

FILED BY ___ D.C.
MAY 05 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-cr-14027 Rosenberg/Maynard

18 U.S.C. § 2422(b)
18 U.S.C. §§ 2251(a) and (e)
18 U.S.C. §§ 2252(a)(2) and (b)(1)

UNITED STATES OF AMERICA

v.

BLAINE KORBIN HULTEN,

Defendant.
_____/

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE
### Enticement of a Minor
### (18 U.S.C. § 2422(b))

Beginning on or about January 8, 2022, through on or about March 26, 2022, the exact date being unknown to the Grand Jury, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

**BLAINE KORBIN HULTEN**

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, and entice an individual who had not attained the age of eighteen years, that is, Victim 1, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO
### Enticement of a Minor
### (18 U.S.C. § 2422(b))

Beginning on or about March 16, 2022, through on or about March 24, 2022, the exact date being unknown to the Grand Jury, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

**BLAINE KORBIN HULTEN**

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, and entice an individual who had not attained the age of eighteen years, that is, Victim 2, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
### Production of Visual Depictions Involving Sexual Exploitation of Minors
### (18 U.S.C. §§ 2251(a) and (e))

Beginning on or about March 17, 2022, through on or about April 10, 2022, the exact date being unknown to the Grand Jury, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

**BLAINE KORBIN HULTEN**

did use, persuade, induce, entice and coerce, a minor, that is, Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR
### Distribution of Visual Depictions Involving Sexual Exploitation of Minors
### (18 U.S.C. § 2252(a)(2) and (b)(1))

Beginning on or about March 13, 2022, through on or about March 21, 2022, the exact date being unknown to the Grand Jury, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

**BLAINE KORBIN HULTEN**

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such sexually explicit conduct; in violation of Title 18, United States Code Sections 2252(a)(2) and (b)(1).

### CRIMINAL FORFEITURE

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **BLAINE KORBIN HULTEN,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 2242, 2251(a) and 2252(a)(2), as alleged in this Indictment, the defendant shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to such property, pursuant to Title 18 United States Code, Sections 981(a)(1)(C) and 2428(a)(2), and any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense, pursuant to Title 18, United States Code, Section 2428(a)(1).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2428(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
LUISA HONORA BERTI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

BLAINE KORBIN HULTEN,

_____/
Defendant.

CASE NO.: 2:22-cr-14027 Rosenberg/Maynard

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☑ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take   4   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                     Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                     Case No.
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of 4/13/2022
11. Rule 20 from the           District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
LUISA HONORA BERTI
Assistant United States Attorney
FLA Bar No.   73462

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-cr-14027 Rosenberg/Maynard

UNITED STATES OF AMERICA

v.

BLAINE KORBIN HULTEN,

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
LUISA HONORA BERTI
Assistant United States Attorney
FL Bar No. 73462
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 293-0982
Email: Luisa.Berti@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-cr-14027 Rosenberg/Maynard

### PENALTY SHEET

**Defendant's Name: BLAINE KORBIN HULTEN**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1-2 | Enticement of a Minor | 18 U.S.C. § 2422(b) | 10 years to Life<br>5 years supervised release to Life<br>$250,000 fine<br>$100 and $5,000 Special assessment |
| 3 | Production of Visual Depictions Involving Sexual Exploitation of Minors | 18 U.S.C. §§ 2251(a) and (e) | 15-30 years<br>5 years supervised release to Life<br>$250,000 fine<br>$100 and $5,000 Special assessment |
| 4 | Distribution of Visual Depictions Involving Sexual Exploitation of Minors | 18 U.S.C. §§ 2252(a)(2) and (b)(1) | 5-20 years<br>5 years supervised release to Life<br>$250,000 fine<br>$100 and $5,000 Special assessment |