UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14027-RLR/MAYNARD

UNITED STATES OF AMERICA

v.

BLAINE KORBIN HULTEN,

        Defendant.
_____/

## UNITED STATES' FACTUAL PROFFER
## FOR THE DETENTION HEARING FOR BLAINE KORBIN HULTEN

The Government is seeking pre-trial detention as to defendant Blaine Korbin Hulten ("HULTEN") based on both his risk of flight and his dangerousness to the community. Subject to a rebuttal by HULTEN, this case carries with it a presumption that no condition or combination of conditions of bond will reasonably assure the safety of the community nor the appearance of HULTEN in court.[1] The Government proffers the following facts in support of its request, in addition to the bond report prepared by probation.

On March 24, 2022, a deputy with the Martin County Sheriff's Office (MCSO) was informed by a woman that her daughter, a juvenile, was in a friend group with a number of other girls who had been having inappropriate contact with an adult male.

---

[1] *See* 18 U.S.C. § 3142(e)(3)(E).

1

The male had alleged taken some of these girls to the Treasure Coast Mall in Martin County, Florida and purchased underwear for them. A few days later, the same deputy was put in contact with a parent whose daughter had received nude images from the adult male. At this point, the deputy turned over the investigation to Detective Ismael Hau.

In the interim, a report was taken by an additional deputy, reporting that a minor victim had been contacted through Snapchat and asked for sex by the adult male. Through the preserved Snapchat conversations, the deputy learned that the suspect sent the minor victim a picture of his penis and asked her to send him a picture of her in her bra, which she did.

Upon Detective Hau taking over the investigation, he was able to determine that the suspect was a white male, aged 21, named Blaine Korbin HULTEN, DOB: XX/X/2000. Shortly thereafter, Hau received and reviewed screen shots of the conversations between this uncharged victim (age 13) ("UV 1") and HULTEN. The messages were graphic and sexual in nature, with HULTEN describing what he wanted to do to UV 1 and what he wanted her to do to him. At one point in the conversation, UV 1 said: "[y]eah but blaine, your 21 and I'm 13 how do you expect that to even happen." UV 1 followed up with: "I mean we can't be sexual tho blaine," to which he responded: "I understand why ur reason but fuck what the laws say, there are no laws jus people who conform We can do anything we want, the fact I'm able to go to the

2

mall with u means I could take u anywhere private and no one would ever know and trust me Ik safe places I'd be able to try any curiosity of urs on me. I want u to, Give me ur deep wet dream thoughts." The messages also seemed to depict UV 1 repeatedly telling HULTEN she did not want to engage in sexual activity with him and him constantly telling her she will or she should, even, at one point, telling her he will give her "free shit," to include weed and "nic" (presumably nicotine) to encourage her.

Ultimately, UV 1 was interviewed at the MCSO by Hau. She explained that she began texting on Snapchat with HULTEN and the conversations turned sexual, with HULTEN sending her pictures of his penis and a video of a female masturbating. She said she sent a picture of herself wearing a bra to HULTEN.

On March 29, 2022, Hau made contact with another victim and her mother. Uncharged victim 2 (age 14) ("UV 2") described meeting HULTEN and said that he had sent her a picture of his penis on Snapchat. Hau searched UV 2's tablet with her mother's permission. Hau found conversations in which HULTEN repeatedly asked UV 2 if she wanted him to send pictures of his penis and asked her for "nudes." During their chat, HULTEN sent UV 2 a picture of his penis to which she responded, "never do that again please."

The following day, Hau made contact with another uncharged victim (age 13) ("UV 3") and her mother. UV 3 told Hau that she met HULTEN through a mutual friend. UV 3 shared screenshots of her Snapchat conversations with HULTEN wherein

3

he repeatedly suggested to UV 3 that she have sex with him or be intimate with him and she repeatedly rejected his advances.

Hau ultimately learned about another mother and her daughter, minor victim 1 (age 13) ("MV 1"). Hau was granted permission to interview MV 1 by her mother, which Hau did, on March 31, 2022. MV 1 told Hau that she met HULTEN through mutual friends and began chatting with him on Snapchat. She explained that she told HULTEN she was 13 years old. MV 1 admitted to Hau that she had had sex with HULTEN.

Shortly after receiving this information, Hau submitted a state search warrant for HULTEN'S Snapchat account, "blainefirerx." The return of that search warrant revealed that HULTEN was having inappropriate conversations of a sexual nature with a number of underage girls. Importantly, as it related to MV 1, her allegations of having had sex with HULTEN were confirmed based on the nature of the text messages obtained via the warrant. Specifically, the chats made clear that soon after beginning to talk on Snapchat, HULTEN told MV 1 he was 21 and she told him she was 13, to which he responded, "wow ok I had no idea lol… U don't look so young."

The day after this conversation (January 9, 2022), HULTEN sent MV 1 a picture of his penis. He also sent her a picture of a naked female body with her breasts and vagina visible with what appears to be semen on her body. He proceeded to send her several explicit videos of him engaging in sexual intercourse with a female or females.

He told her that he "doesn't use protection," and that he would buy her "Plan B," so that even if he came in her, her body would "force a period basically."

A few hours after these messages were sent, HULTEN messaged her again, to tell her her "pussy doesn't smell" and he knows this because he smelled his hand after touching his penis, corroborating the fact that they had recently had sex. The following day, January 10, 2022, HULTEN messaged her and said, "I still feel weird about doing it but I'm glad you liked it… I did to [sic] just feel weird … it's a lot to process doing a 13 yr old." On February 2, 2022, HULTEN messaged her again to say, "I honestly really would like to fuck again." Other messages revealed him asking her multiple times for "nudes," pictures of her "pussy," "sex pics or vids."

On April 11, 2022, the Martin County Sheriff's Office (Detective Killough) was contacted by the staff at Jensen Beach High School about a student (age 16) ("MV 2") who reported that she too had had sexual intercourse with HULTEN. She reported that while she did give HULTEN permission to record the sex act, he made additional recordings of her of which she was not aware and did not give him permission to make. MV 2 reported that she was told by another student that the other student had received videos and stills of MV 2 and HULTEN having sex. MV 2 gave a range of time during which she believed the videos were made, consistent with a period of time she was unsupervised when her mother was out of town.

In the Snapchat messages ultimately reviewed by law enforcement, it is clear that

HULTEN is aware that MV 2 was under the age of 18. Snapchat messages also reveal that HULTEN sent MV 2 at least 17 videos or photos depicting him either masturbating or engaging in a sex act with another female and on at least one occasion, HULTEN commands MV 2, "[s]how me your pussy." It also became clear that within less than a day of producing the videos of the sex act between himself and MV 2, HULTEN distributed those videos to at least one other person, via Snapchat.

On April 13, 2022, a state arrest warrant was issued for HULTEN, and law enforcement discovered that he was residing at a location in Tampa, in Pinellas County, Florida. The following day, the Pinellas County Sheriff's Office United States Marshal's Task Force took HULTEN into custody. HULTEN was transported to the Pinellas County Jail and then transported to the Martin County Sheriff's Office to be interviewed. The interview was audio and video recorded. Prior to any questioning, HULTEN was read his *Miranda* Warnings via an agency-issued Miranda Warnings card. HULTEN agreed to speak with law enforcement. Over the course of the interview, HULTEN admitted to messaging with MV 1 and authenticated a number of his messages back and forth with her. He admitted they had had sex in a car. He likewise admitted to having sex with MV 2, and admitted he had recorded the sex act. He admitted to distributing the video of the sex act to MV 2, but claimed he could not recall if he had distributed it to anyone else. HULTEN admitted he had wiped his phone clean and had been aware of the possibility of a criminal investigation prior to being

6

arrested as parents of the juveniles had contacted him and, essentially, threatened him, via Snapchat. Ultimately, he agreed to write apology letters to both MV 1 and 2. HULTEN stated that he would know better what to write to the 16-year-old victim but he was not sure about what to say to the 13-year-old victim because she's just a "young little slut."

Based on the above facts, HULTEN is both a danger to the community and a risk to not appear for judicial proceedings. Not only did he wipe his phone upon learning that there was a potential for a criminal investigation, he left the east coast of Florida shortly after learning this, as well. Less restrictive conditions of release, like house arrest, for example, should give the Court cold comfort considering the allegations in this case involve HULTEN violating federal criminal statutes from the comfort of his personal cell phone – a compact, portable, relatively cheap, and highly efficient instrumentality of this specific crime. The frequency of HULTEN'S contact with minor victims who he clearly knew were well underage was absolutely unrelenting until the time he was taken into police custody. Further, per his own admission, he had and could again have, easy access to children –

*"fuck what the laws say, there are no laws jus people who conform We can do anything we want, the fact I'm able to go to the mall with u means I could take u anywhere private and no one would ever know and trust me Ik safe places"*

In determining which cases carry a rebuttable presumption that a defendant is a flight risk and a danger to the community – i.e., a presumption inherent in the charge

7

itself, crimes against children are specifically enumerated. HULTEN finds himself facing serious criminal charges now with serious sentencing implications. It is not unreasonable to believe that given the implications inherent in a conviction for a sex crime involving minor children that he would be incentivized to flee the jurisdiction of the court, if not the State of Florida. The government would urge this Court to find that there simply are no conditions or combination of conditions that will reasonably assure HULTEN'S appearance in court nor ensure the safety of the community. Therefore, pursuant to Title 18, United States Code, Sections 3142(e)(3)(E) and (f)(1)(E), the Government requests that HULTEN be detained pending trial.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:     /s/Luisa Honora Berti
LUISA HONORA BERTI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number 73462
United States Attorney's Office
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Telephone: (772) 293-0982
Email: Luisa.Berti@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record on the attached Service List in the manner specified.

/s/ Luisa Honora Berti
Luisa Honora Berti
ASSISTANT UNITED STATES ATTORNEY

## SERVICE LIST
United States v. Blaine Korbin Hulten
Case No.: 22-CR-14027-RLR/MAYNARD

### 22-CR-14027-RLR/MAYNARD
United States District Court
Southern District of Florida

| Party: | Counsel: |
|---|---|
| Plaintiff: United States | LUISA HONORA BERTI<br>Assistant United States Attorney<br>United States Attorney's Office<br>101 South US Highway 1, Suite 3100<br>Fort Pierce, Florida 34950<br>Email: Luisa.Berti@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant: Blaine Korbin Hulten | SCOTT BERRY, B.C.S.<br>Assistant Federal Public Defender<br>450 Australian Avenue, Suite 500<br>West Palm Beach, Florida 33401<br>Email: Scott_Berry@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF** |