UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-14027-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BLAINE HULTEN,

    Defendant.

_____:

### UNOPPOSED MOTION FOR COMPLETION OF COMPETENCY EVALUATION NO LATER THAN NOVEMBER 30, 2022

Pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), undersigned counsel for defendant, Blaine Hulten, requests this Court order the Attorney General complete the previously ordered competency evaluation [DE 24] no later than November 30, 2022. As grounds, undersigned counsel states:

1. On May 5, 2022, the government indicted Mr. Hulten alleging two counts of enticement of a minor in violation of 18 U.S.C. § 2422(b), and one count each of production and distribution of child pornography in violation of 18 U.S.C. § 2251(a) and (e) and 18 U.S.C. § 2252(a)(2) and (b)(1), respectively. (DE 1).

2. On July 11, 2022, this Court ordered an evaluation to determine whether

1

   Mr. Hulten is competent to proceed and committed him to the custody of the Attorney General for that purpose. (DE 24).

3. Consistent with 18 U.S.C. §§ 4241(b) and 4247(b), this Court ordered the evaluation completed within 30 days. (DE 24).

4. Section 4247(b) requires a competency examination "be conducted in a suitable facility closest to the court," and permits the facility director to request a 15-day extension for "good cause." Nonetheless, the Bureau of Prisons designated Mr. Hulten to MDC-Los Angeles and there were delays in transporting him to that location.

5. At a status hearing/ calendar call on October 19, 2022, the government advised this Court that MDC-Los Angeles needed *at least* until November 30, 2022 to complete its evaluation and report.

6. Because this Court's order and section 4247(b) required the evaluation completed within 30 days and that time-period has expired, this Court should order completion of the evaluation and report no later than November 30, 2022.

7. AUSAs Luisa Berti does not object to this motion.

WHEREFORE, based upon the foregoing, undersigned counsel requests this Court order a competency evaluation and report no later than November 30, 2022.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

*s/ Scott Berry*
Scott Berry
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0525561
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Scott_Berry@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Scott Berry*
Scott Berry