# Eric A. Imhof, Psy.D.

**BUSINESS ADDRESS:**   Specialized Treatment and Assessment Resources, P.A.
317 River Edge Blvd., Ste. 202
Cocoa, FL 32922
Phone: (321) 338-7555
Cellular: (954) 646-6141
E-mail:  star_ei@bellsouth.net

**EDUCATION:**

GRADUATE

1989 - 1996                    Psy.D., 1996
**Virginia Consortium Program in Clinical Psychology (VCPCP)***
Virginia Beach, Virginia

*Accreditation:  Full APA
*Sponsored by:  The College of William and Mary, Eastern Virginia Medical
 School, Norfolk State University, and Old Dominion University

*Dissertation:*          "Clinical Correlates of the MMPI-A Immaturity (IMM) Scale in an Adolescent
 Psychiatric Population"

*Concentration:*         Advanced Personality Assessment
Instructor:  Robert P. Archer, Ph.D., ABPP

PRE-DOCTORAL INTERNSHIP

July 1992 - June 1993          **Eastern Virginia Medical School**
Clinical Psychology Internship Program
Norfolk, Virginia
Accreditation:  Full APA

*Major Rotations:*
January 1993 - June 1993       **Sentara Mental Health Services**
Sentara Norfolk General Hospital
Norfolk, Virginia

Supervisors:  David Kruger, M.D., & Robert P. Archer, Ph.D., ABPP
Population:  Adult psychiatric inpatients
Responsibilities:  Psychological assessment; individual and family therapy; consultation
and liaison services

June 1992 - December 1992      **The Pines Residential Treatment Center**
Phoenix Program
Portsmouth, Virginia

Supervisor:  Alan Feldberg, Ph.D.
Population:  Adolescent residential inpatients
Responsibilities:  Individual and family therapy, and case management for five
residents; group therapy; psychological assessment; pre-placement interview

Imhof, E. A.
Page 2

*Minor Rotations:*

July 1992 - June 1993          **Eastern Virginia Medical School**
                               Clinical Research
                               Norfolk, Virginia

                               Supervisor:  Robert P. Archer, Ph.D., ABPP
                               Responsibilities:  Literary reviews, data collection, data entry, and statistical
                               analysis on two projects:   Time Requirements of Psychological Testing:  A
                               Survey of Practitioners and Clinical Correlates of the MMPI-A

July 1992 - June 1993          **Churchland Psychological Center**
                               Outpatient therapy
                               Portsmouth, Virginia

                               Supervisor:  Michael Weissman, Ph.D.
                               Population:  Child, adolescent, adult outpatient
                               Responsibilities:  Individual therapy

RESIDENCY

June 1996 - June 1997          **Pines Residential Treatment Center**
                               Behavioral Studies Program (BSP)
                               Portsmouth, Virginia

                               Supervisors:   John A. Hunter, Ph.D., Michael Brunner, Ph.D., Robert Archer, Ph.D.,
                                   ABPP
                               Population:  Adolescent and young adult residential sex-offenders
                               Responsibilities:  Individual and family therapy, case management, and treatment
                               planning; group therapy; sex-offender specific psychological evaluation, program
                               evaluation, research, staff development and training

UNDERGRADUATE

1985 - 1989                    B.S., *Cum laude*, May, 1989
                               **James Madison University**
                               Harrisonburg, Virginia  (Psychology)

**LICENSURE**:

September 2010 – present        Clinical Psychologist
                                Alabama, #1635

October 1999 - present          Psychologist
                                Florida, #PY 6061

July 1997 - present             Clinical Psychologist
                                Virginia, #0810002517 (Board of Psychology)

**CERTIFICATIONS**:

| September 1998 - present | Certified Sex-Offender Treatment Provider |
|---|---|
| | Virginia, #0812000108 (Board of Psychology) |

**PROFESSIONAL EXPERIENCE**:

June 2000 – present
President/Clinical Director
**Specialized Treatment and Assessment Resources, P. A.**
Cocoa, Florida

Population:  General clinical and forensic practice specializing in adolescent and adult sex-offender evaluations, consulting, and program evaluation services.
Responsibilities:  President and Clinical Director of a private practice, conducting forensic and sex-offender evaluations, consultation, provision of expert testimony, and program evaluation services.

January 2003 – December 2018
Consultant to Peninsula Therapy Center
Responsibilities:  Personality assessment, treatment recommendations

August 2002 – September 2004
Contracted treatment provider with The Oakbrook Counseling Center; Center for Offender Rehabilitation (CORE)
Responsibilities:  provision of sex offender treatment to adult sexual offenders under a United States Federal Probation and Parole contract.

April 2002 – December 2003
Consultant to Three Springs of Broward County and Elaine Gordon Treatment Center
Responsibilities:  Supervision of clinical staff, education and training, programming.

January 2002 – January 2004
Contracted with Broward County Court Projects to conduct court referred forensic evaluations.

June 2000 – June 2012
June 2013 – present
Contracted with the ITM Group/DCF to provide sexually violent predator evaluations for the Department of Children and Families Sexually Violent Predator Program.

June 2000 – December 2002
Contracted with the Brown Schools of Florida Competency Restoration Program to provide juvenile competency evaluations.

February 2000 – July 2000
Private Practitioner
**Comprehensive Forensic and Clinical Services**
Plantation, Florida

Population:  Adolescent and Adult outpatients
Responsibilities:  Generalized practice including individual and family therapy, general and forensic psychological evaluations.

February 2000 – July 2000
Assessment/ Research and Outcomes Director
**The Brown Schools of Florida**
Hollywood, Florida

Population:  Children, adolescents, and young adults in a variety of settings including foster care, shelter, residential, day treatment and secure residential sex-offender, and competency restoration programs.
Responsibilities:  Provision of clinical supervision, psychological evaluations, develop

and implement program evaluation and outcome initiatives throughout the Brown Schools of Florida's delivery network.

| | |
|---|---|
| April 1999 – February 2000 | Program Director<br>**The Brown Schools of Florida**<br>Elaine Gordon Treatment Center<br>Pembroke Pines, Florida<br><br>Population:  Adolescent and young adult, residential sex-offenders<br>Responsibilities:  Overall operation and management of a 40-bed facility contracted with the Department of Juvenile Justice, which includes administrative duties, management of a two million dollar budget, clinical programming, management of a staff of 50+, and management of physical plant operations.  Additional responsibilities include staff training, liaison with Florida Department of Juvenile Justice, and community education. |
| February 1997 – April 1999 | Assessment/Research and Outcomes Coordinator<br>**Alternative Behavioral Services (ABS)**<br>Norfolk, Virginia<br><br>Supervisor:  John A. Hunter, Ph.D.<br>Population:  Adolescent and adult, residential and psychiatric inpatients<br>Responsibilities:  Develop and implement program evaluation and outcome initiatives in accordance with JACHo and ABS guidelines throughout the ABS delivery network. Management of Research and Outcomes Department including supervision of department staff, management of data base, statistical analyses using SAS, Access, and Excel. Individual, family, and group therapy with residential, adolescent, sexual offenders. |
| September 1998 – April 1999 | Consulting Psychologist<br>**Behavioral Studies Program Outpatient Services**<br>Newport News, Virginia<br><br>Supervisor:  John McCary, L.C.S.W.<br>Population:  Adult and adolescent outpatient sex-offenders<br>Responsibilities:  Conduct court ordered sex-offender specific psychological evaluations |
| September 1993 - February 1997 | Therapist/Caseworker<br>**Pines Residential Treatment Center**<br>Behavioral Studies Program (BSP)<br>Portsmouth, Virginia<br><br>Supervisors:  Michael Brunner, Ph.D., C. John McCary, L.C.S.W., &<br> John A. Hunter, Ph.D.<br>Population:  Adolescent and young adult residential sex-offenders<br>Responsibilities:  Individual and family therapy, case management, and treatment planning for eleven patients; group therapy; staff development and training |
| May 1995 - August 1996 | Responsible for psychological assessment services for BSP, individual and family treatment and case management services for eight patients |
| August 1996 - February 1997 | Individual and family therapy, case management, and treatment planning for fifteen patients |

GRADUATE PRACTICA

*Advanced Practicuum*
June 1991 - May 1992          **The William and Mary Counseling Center**
                              College of William and Mary
                              Williamsburg, Virginia

                              Supervisors:  Lawrence A. Tucker, Ph.D., Desidera Hacker, Ph.D.,
                               Deanna Kraus-Zeilman, Psy.D.
                              Population:  College students
                              Responsibilities:  Individual and group therapy

*Practica*
August 1990 - June 1991       **The Barry Robinson Center**
                              Norfolk, Virginia

                              Supervisor:  Carol Pritchard, Psy.D.
                              Population:  Child and adolescent residential inpatients
                              Responsibilities: Inpatient and outpatient individual and family therapy; group therapy;
                              psychological assessment

January 1990 - August 1990    **Eastern State Hospital**
                              Williamsburg, Virginia

                              Supervisor:  Paul Prince, Ph.D.
                              Population:  Adult acute admissions unit
                              Responsibilities:  Psychological assessment; diagnostic interviewing; group therapy

August 1989 - December 1989   **The Neuropsychology Center**
                              Virginia Beach, Virginia

                              Supervisor:  J.D. Ball, Ph.D.
                              Population:  Outpatient child, adolescent, and adult neuropsychology patients
                              Responsibilities:  Diagnostic interviewing; intellectual assessment

## <u>ACADEMIC APPOINTMENTS</u>:

April 1998 – May 1999         Research Assistant Professor
                              **Eastern Virginia Medical School (EVMS)**
                              Department of Psychiatry and Behavioral Sciences
                              Norfolk, Virginia

## <u>PROFESSIONAL APPOINTMENTS</u>:

May 2018 – May 2020           Past President
                              **Florida Association for the Treatment of Sexual Abusers**

May 2013 – May 2018           President
                              **Florida Association for the Treatment of Sexual Abusers**

| December 2012 – May 2013 | President Elect<br>**Florida Association for the Treatment of Sexual Abusers** |
|---|---|
| May 2010 – December 2012 | Past President<br>**Florida Association for the Treatment of Sexual Abusers** |
| September 2007 – October 2008 | Co-Chair<br>2008 Conference Committee<br>**Association for the Treatment of Sexual Abusers** |
| February 2007 – May 2010 | President<br>**Florida Association for the Treatment of Sexual Abusers** |
| February 2007 – present | Member<br>Conference Committee<br>**Florida Association for the Treatment of Sexual Abusers** |
| February 2007 – July 2007 | Chairperson<br>Juvenile Sex Offender Workgroup<br>**Florida Department of Juvenile Justice** |
| December 2006 – October 2007 | Member<br>2007 Conference Committee<br>**Association for the Treatment of Sexual Abusers** |
| August 2005 – January 2006 | Member<br>**Governor's Task Force on Juvenile Sex Offenders and their Victims** |
| February 2004 – present | Board Member<br>**Florida Association for the Treatment of Sexual Abusers** |
| August 1998 – December 2004 | Ad-Hoc Reviewer<br>**Assessment** |
| March 1998 – April 1999 | Assessment and Evaluation Work Group member<br>**Consortium for Infant and Child Health (CINCH)**<br>Norfolk, VA |
| February 1988 – April 1999 | Correspondence Secretary<br>**Virginia Consortium Program in Clinical Psychology Board of Alumni** |

**RESEARCH**:

| September 1989 - July 1991 | <u>Research Assistant</u><br>**Eastern Virginia Medical School**<br>Department of Psychiatry and Behavioral Sciences<br>Norfolk, Virginia<br><br>Supervisor:  Robert Archer, Ph.D., ABPP<br>Responsibilities:  Data collection and entry; assisted in preparation of text, <u>MMPI-A:</u><br><u>Assessing Adolescent Psychopathology</u> and numerous research papers |
|---|---|

| | |
|---|---|
| January 1989 - May 1989 | Research Assistant<br>**Western State Hospital**<br>Staunton, Virginia<br><br>Personality Pathology among Psychiatric Inpatients<br>Supervisor:  Dennis C. Donat, Ph.D.<br>Responsibilities:  Coordinated assessment procedures; data entry |
| September 1988 -<br>  December 1988 | Research Assistant<br>**James Madison University**<br>Harrisonburg, Virginia<br><br>Exercise and Beta-Endorphins in Rats<br>Supervisor:  Michael C. Stoloff, Ph.D.<br>Responsibilities:  Data collection; data entry; statistical<br>analysis; drafted research paper and presentation<br>materials; poster presentation at SEPA Spring Conference, 1989 |
| January 1988 - May 1988 | Research Assistant<br>**James Madison University**<br>Harrisonburg, Virginia<br><br>Differences in Morality Levels of College Aged Persons<br>in Regards to Academic Major<br>Supervisor:  Eileen Nelson, Ph.D.<br>Responsibilities:  Literary reviews; statistical analysis; research paper |

**CONTINUING EDUCATION**:

(See Addendum A)

**PUBLICATIONS:**

Imhof, E.A., Schaffnit, G. A., & Shaw, T. (2015). Assessing Internet Child Pornography Possessors.  In Schwartz, B. (Ed.)  The Sex Offender, Volume 8 (pp. 22-1 – 22-43).  Kingston, NJ: Civic Research Institute, Inc.

Imhof, E.A., & Archer, R.P.  (1997). Correlates of the MMPI-A Immaturity (IMM) Scale in an Adolescent Psychiatric Sample.  Assessment, 4, 169-179.

Ball, J. D., Archer, R. P., & Imhof, E. A. (1993).  Time requirements of psychological testing:   A survey of practitioners.  Journal of Personality Assessment, 63, 239-249.

Archer, R. P., Maruish, M., Imhof, E. A., & Piotrowski, C. (1991).  Psychological test usage with adolescent clients: 1990 survey findings.  Professional Psychology: Research and Practice, 22, 247-252.

**PRESENTATIONS:**

Spence, K. & Imhof, E. A. (2023, March).  Creating & Communicating Effective ASD-focused Treatment Recommendations for Individuals with Autism.  2023 Annual Research & Treatment Conference of the Florida Association for the Treatment and Prevention of Sexual Abuse, Orlando, FL.

Spence, K. & Imhof, E. A. (2022, November).  Autism Spectrum Disorders & Sexual Offending.  On-line training

sponsored by the Broward Association of Criminal Defense Lawyers, Fort Lauderdale, FL.

Spence, K. & Imhof, E. A. (2022, October).  Creating & Communicating Effective ASD-focused Treatment Recommendations for Individuals with Autism.  Association for the Treatment and Prevention of Sexual Abuse 41st Annual Conference, Los Angeles, CA.

Imhof, E. A., Brannon, M., & Gerena, J.  (2022, March). Ethical Dilemmas Across the Continuum of Services:  The Unique Challenges of Assessment, Testimony, and Treatment with Juvenile and Adult Sexual offenders.  2022 Annual Research & Treatment Conference of the Florida Association for the Treatment of Sexual Abusers, Altamonte Springs, FL.

Imhof, E. A. & Fernandez, V.  (2022, March). Treatment Intake and Initial Evaluations.  2022 Annual Research & Treatment Conference of the Florida Association for the Treatment of Sexual Abusers, Altamonte Springs, FL.

Spence, K. & Imhof, E. A. (2021, April).  Autism & Sexual Offending: Is it Autism, Deviance, or Both?.  On-line training sponsored by the Central Florida Association of Criminal Defense Lawyers, Orlando, FL.

Spence, K. & Imhof, E. A. (2021, April).  Autism & Sexual Offending: Is it Autism, Deviance, or Both?.  On-line training sponsored by the Minnesota Association for the Treatment of Sexual Abusers, Lake Elmo, Minnesota.

Spence, K. & Imhof, E. A. (2021, April).  Autism & Those Who Commit Sexual Offenses: Identifying and Understanding Autism Spectrum Disorders (ASD) for the Administrative Office of the United States Court.  On-line training sponsored by the Administrative Office of the United States Court, Probation and Pretrial Services Office, Washington, DC.

Spence, K. & Imhof, E. A. (2020, November).  Autism & Sexual Offending: Is it Autism, Deviance, or Both?.  On-line training sponsored by the Middle District of Florida Office of the Federal Public Defender, Orlando, FL.

Spence, K. & Imhof, E. A. (2019, November).  Forensic Assessment with Autism Spectrum Disorders:  Best Practices & Intervention.  Association for the Treatment of Sexual Abusers 38th Annual Conference, Atlanta, GA.

Imhof, E. A.  (2019, September).  Paraphilic Disorders: Categories, Risks, & Effective Management.  2019 Tri-District Sex Offender Symposium, United States Probation - Middle District of Florida, St. Pete Beach, FL.

Imhof, E. A.  (2019, March).  Working Together –Therapists, Attorneys, & Probation.  (Seminar Chair). 2019 Annual Research & Treatment Conference of the Florida Association for the Treatment of Sexual Abusers, Altamonte Springs, FL.

Brannon, M., & Imhof, E. A.  (2019, March).  Perils and Pitfalls of Court Testimony.  2019 Annual Research & Treatment Conference of the Florida Association for the Treatment of Sexual Abusers, Altamonte Springs, FL.

Spence, K. & Imhof, E. A. (2018, October).  Autism Spectrum Disorders & Sexuality:  Identifying Risky Sexual Behavior.  Association for the Treatment of Sexual Abusers 37th Annual Conference, Vancouver, British Columbia, Canada.

Imhof, E. A. & Spence, K.  (2018, April).  Differentiating Problematic Sexual Behavior Related to Autism Spectrum Disorder (ASD) Versus Paraphilic Disorders.  Center for Autism and Related Disabilities (CARD), Orlando, FL.

Kline, S. M., & Imhof, E. A.  (2018, April).   Child Pornographers, Solicitors, and Travelers:  Everything You Need to Know About Internet Sex Offenders.  In Spidell, M. (Seminar Chair). Working with Defendants and Offenders Charged with or Convicted of Sex Offenses.  Administrative Office of the United States Court, Federal Probation and Pretrial Services. Chicago, IL.

Imhof, E. A. & Spence, K. (2018, February).  Autism Spectrum Disorders & Sexuality:  Identifying Risky Sexual Behavior [two sessions].  START Transition Conference, Melbourne, FL.

Imhof, E. A. & Spence, K.  (2017, December).  Differentiating Problematic Sexual Behavior Related to Autism Spectrum Disorder (ASD) Versus Paraphilic Disorders. Pennsylvania Sex Offender Assessment Board, Harrisburg, PA.

Kline, S. M., & Imhof, E. A.  (2017, August).   Child Pornographers, Solicitors, and Travelers:  Everything You Need to Know About Internet Sex Offenders. In Spidell, M. (Seminar Chair). Working with Defendants and Offenders Charged with or Convicted of Sex Offenses.  Administrative Office of the United States Court, Federal Probation and Pretrial Services. Detroit, MI.

Spence, K., & Imhof, E. A.  (2017, July).  The Intersect between Autism Spectrum Disorders (ASD) and Paraphilias: Ramifications within the Criminal Justice System. In Cepero, L. (Seminar Chair).  Nitty Gritty Mitigation Sentencing Strategies, Ninth Judicial Circuit of Florida Office of the Public Defender, Orlando, FL.

Spence, K., & Imhof, E. A.  (2017, April).  Differentiating Problematic Sexual Behavior Related to Autism Spectrum Disorder (ASD) Versus Paraphilic Disorders:  Part II Adults. Criminal Justice Advocacy Program Webinar Series Sponsored by the ARC of New Jersey, Rockledge, FL.

Kline, S. M. & Imhof, E. A. (2017, April).  Maxims for the Court:  The Art & Science of Effective Expert Testimony. 2017 Annual Research & Treatment Conference of the Florida Association for the Treatment of Sexual Abusers, Altamonte Springs, FL.

Spence, K., & Imhof, E. A.  (2017, April).  The Intersect between Autism Spectrum Disorders (ASD) and Paraphilias: Ramifications within the Criminal Justice System. 2017 Annual Research & Treatment Conference of the Florida Association for the Treatment of Sexual Abusers, Altamonte Springs, FL.

Spence, K., & Imhof, E. A.  (2017, March).  Differentiating Problematic Sexual Behavior Related to Autism Spectrum Disorder (ASD) Versus Paraphilic Disorders:  Part I Juveniles. Criminal Justice Advocacy Program Webinar Series Sponsored by the ARC of New Jersey, Rockledge, FL.

Imhof, E. A. (2017, February).  Myth Busters:  How to Effectively Use Expert Witnesses in Sex Offender Cases. In Geraghty, C. (Seminar Chair).  No More Labels:  Sex Offender Sentencing. Palm Beach Association of Criminal Defense Lawyers. West Palm Beach, FL.

Kline, S. M. & Imhof, E. A. (2016, November).  Best Practices for Standardized Assessment, Report Writing, and Effective Testimony in Child Pornography Cases. Association for the Treatment of Sexual Abusers 35th Annual Conference, Orlando, FL.

Spence, K., & Imhof, E. A. (2016, November).  Autism Spectrum Disorders Versus Paraphilic Disorders:  Evidence Based Best Practices in Forensic Evaluations for Juveniles. Association for the Treatment of Sexual Abusers 35th Annual Conference, Orlando, FL.

Kline, S. M., & Imhof, E. A.  (2016, September).   Child Pornographers, Solicitors, and Travelers:  Everything You Need to Know About Internet Sex Offenders. Global Institute of Forensic Research, Las Vegas, NV.

Kline, S. M., & Imhof, E. A.  (2016, September).   Child Pornographers, Solicitors, and Travelers:  Everything You Need to Know About Internet Sex Offenders. Global Institute of Forensic Research, Des Moines, IA.

Imhof, E. A. & Kline, S. M.  (2016, April).  Child Pornographers, Solicitors, and Travelers – Best Practices for Standardized Assessment and Effective Testimony with Internet Sex Offenders. 2016 Annual Research & Treatment Conference of the Florida Association for the Treatment of Sexual Abusers, Altamonte Springs, FL

Kline, S. M., & Imhof, E. A.  (2015, November).  Internet Sex Offenders:  What You Need to Know. Global Institute of Forensic Research Webinar Training Series, Tallahassee, FL.

Imhof, E. A. (2014, September).  Internet Child Pornography Offenders, Solicitors, Travelers, and Contact Offense Risk. Sexually Violent Predator Program (SVPP) 2014 Annual Training Workshop sponsored by Florida Department of Children and Families Sexually Violent Predator Program, Tallahassee, FL.

Imhof, E. A. & Schaffnit, G.  (2014, March).  Assessment of Internet Sexual Offenders:  Child Pornographers, Solicitors, & Travelers. Society for Personality Assessment Annual Meeting 2014, Washington, DC.

Colletta, G., Imhof, E., & Kline, S. (2013, August).  Effective Advocacy & Lobbying Strategies Interactive Workshop. 2013 National Conference to Reform Sexual Offender Laws, Los Angeles, CA.

Imhof, E. A. (2013, June).  Assessing Internet Sexual Offenders:  Child Pornographers, Solicitors, and Travelers.  2013 SVPP Evaluator Training and Workshop sponsored by Florida Department of Children and Families Sexually Violent Predator Program, Tallahassee, FL.

Imhof, E. A. (2013, June).  Assessment of Sexual Interest Using the Abel Assessment *for sexual interest* – 3 (AASI-3). 2013 SVPP Evaluator Training and Workshop sponsored by Florida Department of Children and Families Sexually Violent Predator Program, Tallahassee, FL.

Imhof, E. A. (2013, May). Internet Child Pornography (CP) Offenders: Best Practices for Assessment and Testimony Based on the Empirical Literature.  2013 Michigan Association for the Treatment of Sexual Abusers Conference, Dewitt, MI

Imhof, E. A. (2013, May). Physiological Measures of Sexual Arousal – The Able Screen.  2013 Annual Research & Treatment Conference of the Florida Association for the Treatment of Sexual Abusers, Lake Mary, FL

Imhof, E. A. & Schaffnit, G.  (2013, March).  Internet Child Pornography Offenders:  Accurate Assessment and Effective Testimony. Society for Personality Assessment Annual Meeting 2013, San Diego, CA.

Imhof, E. A. (2012, September).  Separating Myth from Truth.  4th Annual Reform Sex Offender Laws National Conference, Albuquerque, NM.

Imhof, E. A. (2012, July).  The Impact of Treatment on Sex Offender Recidivism:  A Review of Relevant Research.  2012 SVPP Evaluator Training and Workshop sponsored by Florida Department of Children and Families Sexually Violent Predator Program, Tallahassee, FL.

Imhof, E. A. (2012, July).  Assessing Internet Child Pornography Offenders:  An Introduction.  2012 SVPP Evaluator Training and Workshop sponsored by Florida Department of Children and Families Sexually Violent Predator Program, Tallahassee, FL.

Imhof, E. A., Shaw, T., & Brimer, R. (2012, April) Internet Related Sex Crimes:  Updates on the Research and Changes to the Laws.  Florida Association for the Treatment of Sexual Abusers Annual Meeting 2012, Orlando, FL

Imhof, E. A., Schaffnit, G., & Shaw, T.  (2012, March).  Internet Child Pornography Offenders:  A Review of Literature, Evaluation Procedures, Case Law, and Effective Testimony. Society for Personality Assessment Annual Meeting 2012, Chicago, IL.

Shaw, T., Schaffnit, G., & Imhof, E. A. (2011, November).  Internet Child Pornography Offenders:  Preparation for Evaluation & Effective Testimony Through Review of Relevant Research, Case Law, & Assessment Techniques. Association for the Treatment of Sexual Abusers 30th Annual Conference, Toronto, ON, Canada.

Imhof, E. A. (2011, September).  Sexual Offenders: Sorting Out Myth from Truth with Research & Risk Assessment. Florida Association of Community Corrections, Wakulla, FL.

Glick, T., Barki, M., Frank-Aponte, A., Imhof, E. A., & Prichard, G. (2011, June). <u>Sexually Violent Predator Mock Trial I & II</u>. Sexually Violent Predator Program Workshop sponsored by Florida Department of Children and Families Sexually Violent Predator Program, Tallahassee, FL.

Imhof, E. A. (2011, May). <u>Sexual Offenders: Sorting Out Myth from Truth</u>. Florida Action Committee, Boyton Beach, FL.

Shaw, T., Schaffnit, G., & Imhof, E. A. (2010, October). <u>Internet Child Pornography Offenders: Research, Evaluation, Relevant Case Law, & Effective Testimony</u>. Association for the Treatment of Sexual Abusers 29th Annual Conference, Phoenix, AZ.

Imhof, E. A., Havens, P., Esq., & Selden, J. M., Esq. (2010, June). <u>Sexually Violent Predator Roundtable Discussion</u>. Sexually Violent Predator Program Workshop sponsored by Florida Department of Children and Families Sexually Violent Predator Program, Tallahassee, FL.

Imhof, E. A., Havens, P., Esq., & Selden, J. M., Esq. (2010, June). <u>Sexually Violent Predator Mock Trial</u>. Sexually Violent Predator Program Workshop sponsored by Florida Department of Children and Families Sexually Violent Predator Program, Tallahassee, FL.

Imhof, E. A. (2010, June). <u>Effective Preparation: A Few Simple Axioms for Effective Testimony</u>. Sexually Violent Predator Program Workshop sponsored by Florida Department of Children and Families Sexually Violent Predator Program, Tallahassee, FL.

Imhof, E. A. (2010, May). <u>Internet Child Pornography Offenders: Use of Mental Health Experts in Defense Cases</u>. Presentation to the 01st Judicial Circuit of Florida Office of the Public Defender, Pensacola, FL.

Shaw, T. & Imhof, E. A. (2010, May). <u>Assessment: Child Pornography Viewers</u>. Florida Association for the Treatment of Sexual Abusers 2010 Annual Meeting and Conference, Tampa, FL.

Shaw, T. & Imhof, E. A. (2010, March). <u>Using a Mental Health Expert in Child Pornography Cases</u>. Middle District of Florida Federal Criminal Practice Seminar, Orlando, FL.

Shaw, T. & Imhof, E. A. (2010, February). <u>Youth and Internet Sex Offending</u>. National Adolescent Perpetrators Network 25th Annual Conference, Denver, CO.

Imhof, E. A. (2010, January). <u>A Review of Findings from the 2005 Task Force on Juvenile Sexual Offenders and their Victims</u>. Gabriel Myers Work Group, Fort Lauderdale, FL.

Imhof, E. A. (2009, November). <u>Paraphilia NOS and the Future of Paraphilic Diagnoses in the DSM-V</u>. In Ross, C.. (Seminar Chair) <u>Jimmy Ryce Training Seminar</u>. Florida Prosecuting Attorneys Association, Orlando, FL.

Imhof, E. A. (2009, November). <u>Effects of Aging on Sexual Offense Recidivism</u>. In Ross, C. (Seminar Chair) <u>Jimmy Ryce Training Seminar</u>. Florida Prosecuting Attorneys Association, Orlando, FL.

Imhof, E. A. (2009, November). <u>Assessment of Sexual Interest</u>. In Ross, C. (Seminar Chair) <u>Jimmy Ryce Training Seminar</u>. Florida Prosecuting Attorneys Association, Orlando, FL.

Imhof, E. A. (2009, November). <u>Internet Offenders: Evaluation & Management</u>. In Ross, C.. (Seminar Chair) <u>Jimmy Ryce Training Seminar</u>. Florida Prosecuting Attorneys Association, Orlando, FL.

Shaw, T. & Imhof, E. A. (2009, October). <u>Internet Child Pornography Offenders: Evaluation, Treatment & Management</u>.

Association for the Treatment of Sexual Abusers 28th Annual Conference, Dallas, Tx.

Shaw, T. & Imhof, E. A. (2008, August). Training for Adolescent Sex Offender  JPOs: Managing Adolescents Who Sexually Offend.  Florida Department of Juvenile Justice, Marianna, FL.

Shaw, T. & Imhof, E. A. (2008, August). Training for Adolescent Sex Offender  JPOs: Managing Adolescents Who Sexually Offend.  Florida Department of Juvenile Justice, Jacksonville, FL.

Shaw, T. & Imhof, E. A. (2008, July). Training for Adolescent Sex Offender  JPOs: Managing Adolescents Who Sexually Offend.  Florida Department of Juvenile Justice, Tampa, FL.

Shaw, T. & Imhof, E. A. (2008, July). Training for Adolescent Sex Offender  JPOs: Managing Adolescents Who Sexually Offend.  Florida Department of Juvenile Justice, Orlando, FL.

Shaw, T. & Imhof, E. A. (2008, July). Training for Adolescent Sex Offender  JPOs: Managing Adolescents Who Sexually Offend.  Florida Department of Juvenile Justice, West Palm Beach, FL.

Shaw, T. & Imhof, E. A. (2008, July). Training for Adolescent Sex Offender  JPOs: Managing Adolescents Who Sexually Offend.  Florida Department of Juvenile Justice, Miami, FL.

Shaw, T. & Imhof, E. A. (2008, April). Sex Offense Specific Evaluations for Youth with Sexual Behavior Problems. Sexual Abuse Intervention Network (SAIN), Tampa, FL.

Imhof, E. A., Shaw, T., Hall, A., & Reyes, J. (2008, March).  Psychosexual to Risk Assessments:  Trends to Innovations. Sexual Abuse Intervention Network (SAIN) and the Florida Association for the Treatment of Sexual Abusers (ATSA) Annual Conference, Tampa, FL.

Imhof, E. A. & Shaw, T. (2007, May).  Psychosexual Evaluation of Youth with Sexual Behavior Problems.  Florida Association for the Treatment of Sexual Abusers 2007 Annual Meeting and Conference, Tampa, FL.

Imhof, E. A. (2007, May).  Beyond Actuarial Risk Assessment – Dynamic Risk Assessment and Selected Issues.  In Morin, J. W. & Imhof, E. A.  Adult Risk Assessment.  Florida Association for the Treatment of Sexual Abusers 2007 Annual Meeting and Conference, Tampa, FL.

Imhof, E. A. (2006, July).  Qualified Practitioner Update.  In Cotter, L. & Imhof E. A.  Implementing Legislative Changes into Clinical Practice.  Florida Association for the Treatment of Sexual Abusers 2006 Annual Meeting and Conference, Tampa, FL.

Imhof, E. A. (2005, November).  Legal, Ethical, & Forensic Issues In Treating Juvenile Sexual Offenders: A Practical Approach. Presentation to Sunshine Youth Services, Tampa, FL.

Imhof, E. A. (2005, April).  Dynamic Risk Assessment.  In Morin, J., Imhof, E. A. , & Shaw, T. Issues in Risk Assessment of  Offenders in Community Based Treatment.  Florida Association for the Treatment of Sexual Abusers, Tampa, FL.

Imhof, E. A. & Gibbs, M. (2005, January).  The Neuropsychological Approaches to Impulse Control, Rape, and Paraphilia NOS.  In Beaty, D. (Seminar Chair) Civil Commitment of the Sexually Violent Predator.  Florida Prosecuting Attorneys Association, Clearwater, FL.


Beaty, D., Venz, G., Gibbs, M., Doren, D. M., Hall, R., Heffron, J., & Imhof E. A. (2005, January).  Question/Answer Session for ASA's and Expert Panel.  In Beaty, D. (Seminar Chair) Civil Commitment of the Sexually Violent Predator. Florida Prosecuting Attorneys Association, Clearwater, FL.

Hall, R., Heffron, J., & Imhof E. A. (2005, January).  To Commit or Not to Commit?  What Goes Behind the MDT's Recommendations.  In Beaty, D. (Seminar Chair) <u>Civil Commitment of the Sexually Violent Predator</u>.  Florida Prosecuting Attorneys Association, Clearwater, FL.

Imhof, E. A. (2001, November).  Juvenile Sexual Offender Evaluation, Treatment, and Outcomes.  In C. Washington & L. Tarasi (moderators) <u>Sexual Perpetration and Victimization Among Adolescents and Children in South Florida: Scope, Intervention, and Service Delivery Issues.</u> The Human and Social Services Forum conducted at the Florida Atlantic University, Center for Urban Redevelopment and Empowerment, Fort Lauderdale, FL.

Imhof, E. A. (1999, November).  <u>Sexual Offender Diagnosis</u>.  Presentation at the Fall meeting of the Daytona Sexual Abuse Intervention Network, Daytona Beach, FL.

Imhof, E. A. (1998, October).   <u>Sex-Offender Evaluation and Risk Prediction</u>.  Presentation at the Newport News Commonwealth Attorney's Office Monthly Meeting, Newport News, VA.

Imhof, E. A.  (1998, October).   <u>Sex-Offender Evaluation and Risk Prediction</u>.  Presentation at the Virginia Eastern Regional Probation and Parole Sex-Offender Evaluation Seminars, Newport News, VA.

Imhof, E. A.  (1998, October).   <u>Sex-Offender Evaluation and Risk Prediction</u>.  Presentation at the Newport News City Circuit Court Judges Monthly Meeting, Newport News, VA.

Imhof, E. A.  (1998, April).  <u>Outcomes Research: Applications in a Private Mental Health Delivery System</u> .  Presentation at the Virginia Consortium Program in Clinical Psychology lecture series, Virginia Beach, VA.

Ball, J. D. & Imhof, E. A. (1993, April).   <u>Time demands of psychological testing: 1992 survey findings and reimbursement considerations</u>. Paper presented at the annual meeting of the Virginia Psychological Association (VPA), Virginia Beach, VA.

Weatherbee, E., Hensley, R., Huffman, C. & Imhof, E. A.  (1989, March).  <u>Exercise and Beta-Endorphin levels in Rats.</u> Poster session at the annual meeting of the Southeastern Psychological Association (SEPA), Washington, DC.

**PROFESSIONAL AFFILIATIONS**:

| | |
|---|---|
| 2018 – present | American Association on Intellectual and Developmental Disabilities (AAIDD) |
| 2010 – 2012 | Sex Offender Civil Commitment Programs Network (SOCCPN) |
| 2000 – present | Clinical Member, Association for the Treatment of Sexual Abusers (ATSA) |
| 2000 – present | Member, Florida Association for the Treatment of Sexual Abusers (FATSA) |
| 2000 – present | Member, Florida Psychological Association (FPA) |
| 2000 – present | Member, Broward Psychological Association (BPA) |
| 1998 – 1999 | Member, Virginia Psychological Association (VPA) |
| 1998 – 1999 | Member, Virginia Academy of Clinical Psychologists (VACP) |
| 1998 – 1999 | Member, Tidewater Academy of Clinical Psychologists (TACP) |
| 1991 – present | Member, American Psychological Association (APA) |
| 1991 – present | Member, Society for Personality Assessment (SPA) |

**HONORS**:

| | |
|---|---|
| September 1990 - May 1991 | Student Representative, VCPCP Council of Directors |

Imhof, E. A.
Page 14

| | |
|---|---|
| May 1989 | B.S., Psychology, *Cum laude*<br>James Madison University |
| Spring 1988 & 1989 | President's List<br>James Madison University |
| Fall 1987 & 1988 | Dean's List<br>James Madison University |
| December 7, 1986 | Kappa Sigma Fraternity<br>Inducted Lambda-Sigma Chapter |

# Kim Spence, Ph.D.
## Clinical Director Autism Support Services
## Specialized Treatment & Assessment Resources, PA
## 317 River Edge Blvd., Suite 202
## Cocoa, FL  32922
## Office (321) 338-7555
## drkimspence@gmail.com

### Preparation

**Doctorate in Special Education**
University of Central Florida – Orlando, Florida
August 2001 – July 2004

**Master of Arts in Varying Exceptionalities**
University of Central Florida – Orlando, Florida
January 1995 – December 1998

**Bachelor of Science in English Education**
University of Central Florida – Orlando, Florida
August 1986 – December 1990

### Professional Certification

**Florida Teacher Certification** – Professional Educator's Certificate from the State of Florida
Department of Education.  Department of Education Number 693731.  *Areas of certification
include*: English (Grades 6-12), Varying Exceptionalities (Grades K-12), and a Middle
Grades Endorsement. Valid through June 30, 2027.

### Professional Experience

**Adjunct Instructor UCF - SPA 6432 Issues in Autism** graduate course for the College of Health
Professions and Sciences – School of Communication Sciences and Disorders, University of
Central Florida, Orlando (January 2019 – April 2019), (January 2018 – April 2018), (January 2017
– April 2017), (January 2016 – April 2016), (January 2015 – May 2015), (January 2014 – May
2014), (January 2013 – May 2013), (January 2012 – May 2012), (January 2011 – May 2011),
(August 2009 – December 2009), (August 2007 – December 2007). (May 2007 – July 2007),
(August 2006 – December 2006).

**Adjunct Instructor UCF - EEX 6759 Transition Planning and Interdisciplinary Teaming for
Students with Disabilities** – graduate course developed for the College of Education, University
of Central Florida, Orlando (August 2016 – December 2016), (August 2015 – December 2015),
(May 2014 – August 2014), (May 2013 – August 2013), (May 2012 – August 2012), (May 2011 –

August 2011), (May 2010 – August 2010), (August 2009 – December 2009), (May 2009 – August 2009), (August 2008 – December 2008),  (May 2008 – August 2008), (August 2007 – December 2007).

***Subject Matter Expert (SME) in the Development of Autism Awareness Training for Law Enforcement Officers for the Florida Department of Law Enforcement (FDLE)*** – appointed to task force as a subject matter expert in autism and law enforcement training to assist the FDLE in the development of an Autism Course for law enforcement officials, March 21, 2017 – Present.

***Florida Department of Law Enforcement's (FDLE) Missing Endangered Persons Information Clearinghouse Advisory Board (MEPICAB)*** – board established by legislation to inform and optimize the prevention and recovery of Florida's missing children and endangered missing adults. Florida Department of Law Enforcement (FDLE) board appointment August 12, 2016. (August 2016 to Present).

***Editorial Review Board*** for the journal *Intellectual and Developmental Disabilities* published by the American Association on Intellectual and Developmental Disabilities (AAIDD) (July 2016 – Present).

***Grant Advisory Committee Member Project Bridges: Personnel Development Funded through the Office of Special Education Programs -*** *Innovative federal project leading to a Master of Education in Exceptional Student Education and a Graduate Certificate as an Intervention Specialist* at the University of Central Florida, Orlando (October 2014 – Present).

***Adjunct Instructor UCF*** - ***SPA 4803 Introduction to Research in the Heath Professions*** – undergraduate course for the College of Health and Public Affairs – Department of Communication and Sciences Disorders, University of Central Florida, Orlando (October 2014 – December 2014).

***Adjunct Instructor UCF - SPA 4400 Language Disorders Across the Lifespan*** – undergraduate course for the College of Health and Public Affairs – Department of Communication and Sciences Disorders, University of Central Florida, Orlando (August 2013 – December 2013).

***Adjunct Instructor UCF*** - ***EEX 6246: Nature of Autism: Theory and Educational Practice*** - Department of Child, Family, and Communication Sciences, Virtual Distance E.S.E., Florida State Improvement Grant Technical Support Project, University of Central Florida, Orlando (January 2009 – May 2009), (May 2007 – July 2007), (May 2006 – July 2006), (January 2006 – April 2006).

***Special Issue Editor -*** *Journal of Assistive Technology Outcome Benefits* for publication, *Assistive Technology and Autism Spectrum Disorders*, published by *Assistive Technology Outcomes and Benefits*, in the Spring of 2009. (January 2008 – August 2009)**.**

***ad hoc Reviewer***, journal of *Remedial and Special Education* (August 2008 – September 2008).

***Editorial Review Board***, the journal of *Assistive Technology Outcomes and Benefits (ATOB)* (March 2007 – February 2013 Conclusion of Publication).

***Editorial Board***, the *Journal of Vocational Rehabilitation* (April 2005 – Present).

***Grant Advisory Committee Member Project ASD -*** *Preparing Teachers to Work with Students With Autism Spectrum Disorders (Project ASD)* at the University of Central Florida, Orlando. Florida Project ASD is an OSEP Personnel Preparation Grant intended to prepare educators at the graduate level to teach students with ASD (August 2003 – Present).

***Coordinator of Educational & Training Programs*** - Center for Autism & Related Disabilities (CARD) – University of Central Florida.  Position includes: consultation with families of individuals with autism and related disabilities within seven counties; consultation with seven school districts, including schools, teachers, and support staff; development of parent and professional training opportunities; assistance in workshop and seminar development; assistance to families, teachers, and support organizations with communication, behavioral, and educational programming; facilitation of personal futures planning meetings; public awareness training; direct and technical assistance to constituents, agencies, and school districts; report writing; contributions to newsletter; support to colleagues including Director and Executive Director. (October 1999 – Present).

***Clinical Director of Autism Support Services*** – Specialized Treatment and Assessment Resources, PA (2017 – Present)

## Grants

**TJEEI Grant**, *Introducing Teachers to Computerized Observation Systems for Functional Behavioral Assessments*: A Toni Jennings Exceptional Education Institute Award – Co-PI – **Awarded September 2005**.

**OSEP Personnel Preparation Grant**, Preparing Teachers to Work With Students With Autism Spectrum Disorders (Project ASD) – Writing Team - **Awarded August 2003**.

## Podcasts

***Autism Spectrum Disorders and Victimization***.  August 13, 2020.  Podcast for the Victim Service Center (VSC), Orlando, Florida.

***Episode 29: Autism & Community Safety: Stalking versus Inappropriate Social Skills.*** October 14, 2020.  Podcase for the Victim Service Center (VSC), Orlando, Florida

## Publications

Spence, K, Pearl, C., & Walker, Z.  (2012). ***Facilitating and Supporting Transition***.  In P. Wehman (Ed.).  Life Beyond the Classroom Transition Strategies for Young People with Disabilities, 5th Ed.  Baltimore: Paul H. Brookes Publishing Co.

Spence, K., & Pearl, C. (2012). ***Assistive Technology to Support People with Autism Spectrum Disorders***.  In D. Zager, M.L. Wehmeyer, & R. Simpson (Eds.), *Research-Based Principles and Practices for Educating Students with Autism*.  New York:  Routledge.

Spence, K. (Ed.). (2009). ***Assistive Technology and Autism Spectrum Disorders: Research-Based Practice and Innovation in the Field.*** Normal, IL: Special Education Assistive Technology Center at Illinois State University and Assistive Technology Industry Association

Spence, K. & Pearl, C. (2009). ***A Comparison of Hand-Held Computer and Staff Model Supports for High School Students with Autism and Intellectual Disabilities***. In *Assistive Technology and Autism Spectrum Disorders: Research-Based Practice and Innovation in the Field*. Normal, IL: Special Education Assistive Technology Center at Illinois State University and Assistive Technology Industry Association.

Spence, K., & Pearl, C. (2006).  Wehman, P. ed.  (2006). ***Moving Toward Full Inclusion*** In Wehman, P. (Ed.) *Life Beyond the Classroom Transition Strategies for Young People with Disabilities* (4th ed.).  Paul H. Brookes Publishing, Inc.

***DDD Express*** A publication of the Division on Developmental Disabilities, a unit of the Council for Exceptional Children.  Volume 16, Number 1, Spring 2005. *Project L.I.F.E. (Life-Long Inclusion for Everyone) Featuring Mission Possible*, **Teacher's Corner**.

Doctoral Dissertation (2004).  *An Investigation of The Proficiency Level of High School Students With Autism And Mental Retardation Within Community-Based Job Settings: The Relationship Between The Use of a Hand-Held Computer Compared To Staff Modeling For Accurate Novel Job Skill Acquisition And Student Learning.* Library of Congress: Washington, DC.

## Conference Presentations

***Supporting Youth with Autism Spectrum Disorders Who Engage in Dangerous Sexual Behavior: Applying Evidence-Based Practices to Intervention and Community-Based Supports*** (2022, August 11) provided for the Indiana Association of Juvenile Sex Offender Practitioners (INAJSOP).  Training provided information and suggested intervention strategies for personnel supporting youth with Autism Spectrum Disorders (ASD) who have engaged in risky sexual behavior.  A particular emphasis was placed upon the identification of common maladaptive behaviors related to ASD, as well as recommended areas of intervention and prevention focus including: addressing unwanted attempts at relationships, difficulties understanding acceptable physical and social boundaries, challenges in understanding perceptions of others, and suggestions for managing rejection.  Current peer-reviewed research regarding behavioral trends in sexual misconduct by youth with ASD, as well as evidence-based teaching techniques to improve appropriate social interactions between youth with ASD and their same-aged peers was reviewed, along with case study illustrations.  Examples of intervention plans and suggestions for program development were discussed in addition to recommendations for differentiating various types of relationships and development of personal safety plans were provided for the Advancing The Outcomes for Youth With Sexual Behavior Problems and Their Families Conference, Indianapolis, Indiana.

***Managing Challenging Behavior: Proactive Intervention & Support Strategies for the Florida Association of School Resource Officers (FASRO)***, (2022, July 21) Information about mental health issues, including prevalence rates and an overview of commonly occurring disorders in school-aged children was given during a plenary speech for school resource officers and law enforcement officials from all regions of Florida.  An overview of behavioral challenges that occur with frequency in school-aged children with disabling conditions across all communities was reviewed, along with suggestions for intervention and assistance in specific locations throughout Florida were provided for the Florida Association of School Resource Officers (FASRO), Orlando, Florida.

***Understanding Clients on the Autism Spectrum*** (2022, July 7) workshop provided for the Florida Public Defenders Association (FPDA) about Autism Spectrum Disorders (ASD) for the Florida Public Defender's Summer 2022 Training Program/Conference, Bonita Springs, Florida.

***Supporting Victims with Autism Spectrum Disorders*** (2022, June 15) workshop provided for victim's advocates about Autism Spectrum Disorder (ASD) for the Florida Council Against Sexual Violence (FCASV) Annual Conference, Orlando, Florida.

***Supporting Victims with Autism Spectrum Disorders*** (2022, June 14) workshop provided to Sexual Assault Nurse Examiners (SANE) about Autism Spectrum Disorder (ASD) for the Florida Council Against Sexual Violence (FCASV) Annual Conference, extended training under the What You Do Not Know to Better Care for the Underserved Sexual Assault Survivor Track, Orlando, Florida.

***Sexual Health & Sex Offenders: Implications for Treatment Providers and the Criminal Justice System*** (2022, March 26) In this workshop, various educational theories of learning were addressed with a particular emphasis on evidence-based strategies that can be adapted to assist treatment providers in the provision of meaningful, healthy sexuality education for their clients. This workshop was designed to assist participants in understanding the importance of healthy sexuality in the lives of those who have engaged in sexual misconduct and was provided for the Florida Association of Sexual Abusers (FATSA) Annual Conference, Altamonte Springs, Florida.

***Autism & Those Who Commit Sexual Offenses: Identifying and Understanding Autism Spectrum Disorders*** (2022, March 24) Presentation provided a detailed overview of autism spectrum disorders (ASD), with a particular emphasis upon the identification of common maladaptive behaviors related to ASD.  Related, peer-reviewed literature illustrating behavioral trends related to sexual misconduct was reviewed along with current statistics about ASD prevalence in the United States.  Case examples were reviewed to explain challenging behavior frequently demonstrated by those with ASD that is a manifestation of their restricted interest areas versus those with comorbid paraphilic disorder(s), in addition to suggestions regarding comprehensive assessment and individualized treatment planning and was provided for the Florida Association of Sexual Abusers (FATSA) Annual Conference, Altamonte Springs, Florida.

***Autism & Sexuality: Understanding the Impact of ASD on Your Adult Client***. (2021, September 29).  Pre-Con presentation offered a detailed overview of autism spectrum disorders

(ASD). A particular emphasis was placed upon the identification of common maladaptive behaviors related to ASD, as well as current peer-reviewed literature illustrating behavioral trends related to sexual misconduct. Utilizing a variety case examples, attendees were taught to identify challenging behavior frequently demonstrated by those with ASD that is a manifestation of their restricted interest areas versus those with comorbid paraphilic disorder(s).  Suggestions regarding comprehensive assessment and individualized treatment planning were provided for the Association for the Treatment of Sexual Abusers (ATSA) Annual Research & Treatment Conference, on-line.

***Autism & Sexuality: Understanding the Impact of ASD on Your Juvenile Client***. (2021, September 29).  Pre-Con presentation offered a detailed overview of autism spectrum disorders (ASD). A particular emphasis was placed upon the identification of common maladaptive behaviors related to ASD, as well as current peer-reviewed literature illustrating behavioral trends related to sexual misconduct. Utilizing a variety case examples, attendees were taught to identify challenging behavior frequently demonstrated by those with ASD that is a manifestation of their restricted interest areas versus those with comorbid paraphilic disorder(s).  Suggestions regarding comprehensive assessment and individualized treatment planning were provided for the Association for the Treatment of Sexual Abusers (ATSA) Annual Research & Treatment Conference, on-line.

***Managing Challenging Behavior: Proactive Intervention & Support Strategies for the Florida Association of School Resource Officers (FASRO)***), (2021, July 29) Information about mental health issues, including prevalence rates and an overview of commonly occurring disorders in school-aged children was given during a plenary speech for school resource officers and law enforcement officials from all regions of Florida.  An overview of behavioral challenges that occur with frequency in school-aged children with disabling conditions across all communities was reviewed, along with suggestions for intervention and assistance in specific locations throughout Florida were provided for the Florida Association of School Resource Officers (FASRO), Orlando, Florida.

***Autism & Sexual Offending: Is it Autism, Deviance, or Both?*** (2021, April 30) Presented with Dr. Eric Imhof. Beginning with an overview of autism spectrum disorders (ASD), the presenters elucidated clinical differences in clients with ASD who engage in inappropriate sexual behavior versus clients with ASD and a comorbid paraphilic disorder(s).  A particular emphasis was placed on the diagnosis of Pedophilic Disorder and targeted suggestions were offered to best educate the court regarding ASD diagnosis and misperceptions related to risk and dangerousness. Recommendations for comprehensive forensic assessments of individuals with ASD, including differential diagnosis, risk assessment, and the identification of individual client needs were discussed utilizing case examples was provided for the Central Florida Association of Criminal Defense Lawyers (CFACFL) conference on *Defending Sex Cases: Selected Topics* on-line.

***Autism & Sexual Offending: Is it Autism, Deviance, or Both?*** (2021, April 21) Presented with Dr. Eric Imhof. Beginning with an overview of autism spectrum disorders (ASD), the presenters elucidated clinical differences in clients with ASD who engage in inappropriate sexual behavior versus clients with ASD and a comorbid paraphilic disorder(s).  A particular emphasis was placed on the diagnosis of Pedophilic Disorder and targeted suggestions were offered to best educate the court regarding ASD diagnosis and misperceptions related to risk and dangerousness.

Recommendations for comprehensive forensic assessments of individuals with ASD, including differential diagnosis, risk assessment, and the identification of individual client needs were discussed utilizing case examples was provided for the Minnesota Association for the Treatment of Sexual Abusers (MnATSA) statewide conference on-line.

***Autism & Those Who Commit Sexual Offenses: Identifying and Understanding Autism Spectrum Disorders*** (2021, March 20) Presentation provided a detailed overview of autism spectrum disorders (ASD), with a particular emphasis upon the identification of common maladaptive behaviors related to ASD.  Related, peer-reviewed literature illustrating behavioral trends related to sexual misconduct was reviewed along with current statistics about ASD prevalence in the United States.  Using case examples, examples of challenging behavior frequently demonstrated by those with ASD that is a manifestation of their restricted interest areas versus those with comorbid paraphilic disorder(s) was offered along with suggestions regarding comprehensive assessment and individualized treatment planning was provided for the Florida Association of Sexual Abusers (FATSA) Annual Conference, via livestream.

***Autism & Sexual Offending: Is it Autism, Deviance, or Both?*** (2020, November 10) Presented with Dr. Eric Imhof. Beginning with an overview of autism spectrum disorders (ASD), the presenters elucidated clinical differences in clients with ASD who engage in inappropriate sexual behavior versus clients with ASD and a comorbid paraphilic disorder(s).  A particular emphasis was placed on the diagnosis of Pedophilic Disorder and targeted suggestions were offered to best educate the court regarding ASD diagnosis and misperceptions related to risk and dangerousness. Recommendations for comprehensive forensic assessments of individuals with ASD, including differential diagnosis, risk assessment, and the identification of individual client needs were discussed utilizing case examples was provided for the Orlando/Tampa Federal Public Defenders and CJA Panel Attorneys on-line.

***Autism Spectrum Disorders (ASD) for the Southern District of Alabama Federal Public Defender and CJA Panel Attorneys*** (2020, October 8) Information provided to participants about: the characteristics of ASD, how to identify autism in undiagnosed clients, and how to interview clients and their families to unearth evidence of autism (including how to differentiate symptoms of autism from behaviors that may be corollaries of poverty, neglect, or abuse). Recommendations for engaging strong expert witnesses in support of ASD and tips for evaluating their diagnostic methods were reviewed. Additionally, mental illnesses commonly mistaken for autism spectrum disorders and a review of comorbid mental health issues prevalent in those with autism were reviewed with case examples for the Southern District of Alabama Federal Public Defender and CJA Panel Attorneys, Administrative Office of the United States Courts, on-line.

***Mental Health Awareness for the Florida Association of School Resource Officers (FASRO***), (2020, July 21) Information about mental health issues, including prevalence rates and an overview of commonly occurring disorders in school-aged children was given during a plenary speech for school resource officers and law enforcement officials from all regions of Florida.  An overview of specific psychiatric disorders that occur with frequency in school-aged children across all communities was reviewed, along with suggestions for intervention and assistance in specific locations throughout Florida were provided for the Florida Association of School Resource Officers (FASRO), Orlando, Florida.

***Autism Spectrum Disorders*** (2020, February 28) Information provided to participants about: the characteristics of ASD, how to identify autism in undiagnosed clients, and how to interview clients and their families to unearth evidence of autism (including how to differentiate symptoms of autism from behaviors that may be corollaries of poverty, neglect, or abuse). Recommendations for engaging strong expert witnesses in support of ASD and tips for evaluating their diagnostic methods were reviewed. Additionally, mental illnesses commonly mistaken for autism spectrum disorders and a review of comorbid mental health issues prevalent in those with autism were reviewed with case examples for the Non-Capital Sentencing Mitigation Skills Workshop (Administrative Office of the United States Courts), Orlando, Florida.

***Autism Spectrum Disorders Overview*** (2019, December 5) Information provided to participants about: the characteristics of ASD, how to identify autism in undiagnosed clients, and how to interview clients and their families to unearth evidence of autism (including how to differentiate symptoms of autism from behaviors that may be corollaries of poverty, neglect, or abuse). Recommendations for engaging strong expert witnesses in support of ASD and tips for evaluating their diagnostic methods were reviewed. Additionally, mental illnesses commonly mistaken for autism spectrum disorders and a review of comorbid mental health issues prevalent in those with autism were reviewed with case examples for the Winning Strategies Seminar: Mindful Advocacy: Learning, Litigating, and Leading on Mental Health Issues Conference (Administrative Office of the United States Courts), Austin, Texas.

***Autism & Youthful Offenders: Understanding the Impact of ASD on Your Client*** (2019, November 8) Presentation provided a detailed overview of autism spectrum disorders (ASD) in youth. A particular emphasis was placed upon the identification of common maladaptive behaviors related to ASD versus inappropriate sexual behavior(s) of concern. Using case examples, the presenter assisted attendees in the identification of challenging behavior frequently demonstrated by those with ASD that is a manifestation of their limited interest areas and/or restricted and repetitive behavioral characteristics versus those with ASD and comorbid paraphilic disorder(s). Targeted suggestions to best educate parents, teachers, and treatment providers regarding assessment recommendations and comprehensive, individualized treatment planning for youth with ASD were discussed for the Association for the Treatment of Sexual Abusers (ATSA) 39th Annual Research & Treatment Conference, Atlanta, Georgia.

***Forensic Assessment with Autism Spectrum Disorders: Best Practices & Intervention*** (2019, November 6) Presented with Dr. Eric Imhof. Pre-Con Presentation focused on how to best evaluate individuals with Autism Spectrum Disorders (ASD) who demonstrate inappropriate or dangerous sexual behaviors using a multidisciplinary approach. Recommendations were provided to differentiate clients with ASD and inappropriate sexual behavior versus those with ASD and comorbid paraphilic disorder(s) utilizing case examples from actual forensic cases. Suggestions were offered to participants regarding how to effectively communicate these differences and associated risk. Evidence-based, best-practices for intervention/treatment of ASD were reviewed including: visual supports, video modeling, and direct instruction for the Association for the Treatment of Sexual Abusers (ATSA) 39th Annual Research & Treatment Conference, Atlanta, Georgia.

***Whacha Gonna Do When They Come For You?*** (2019, October 24) Presented with Lt. Michael Marden. Training provided information for adults with autism spectrum disorders (ASD) and

intellectual impairments (I/DD) about how to conduct themselves safely with law enforcement within their communities for the ARC of Florida's 65th Convention, Daytona Beach, FL.

***Practical Magic! UCF CARD Tricks for DSPs*** (2019, October 24) Training provided an overview of Autism Spectrum Disorders (ASD) for DSPs including information about: common characteristics of ASD, diagnostic and therapeutic intervention information for supporting adults with ASD and other comorbid conditions, and examples of specific behavioral interventions to address challenging behavior within the community for the ARC of Florida's 65th Convention, Daytona Beach, FL.

***University of Florida - Jacksonville Division of Developmental Pediatrics Center for Autism and Related Disabilities Partnership for Effective Programs for Students with Autism (PEPSA)*** (2019, October 2). Presented with Jason Klazon, M.A. This training provided information and suggested strategies for teachers and other school-based personnel supporting school-aged individuals with Autism Spectrum Disorders (ASD) who may be engaging in sexually maladaptive behavior at school including: touching others without permission, attempting to masturbate, unwanted attempts to engage in romantic relationships, and difficulty understanding physical boundaries with others. Current research regarding individuals with ASD who engage in sexually inappropriate behavior was reviewed, as well as research-based teaching techniques to improve appropriate social interactions between students with ASD and their same-aged peers. Examples of intervention plans and suggestions for program development were discussed along with recommendations for: differentiating different types of friendships (levels of friendship), developing personal safety plans, and assisting students in avoiding behavior defined as sexual harassment were provided for the University of Florida - Jacksonville Division of Developmental Pediatrics Center for Autism and Related Disabilities Partnership for Effective Programs for Students with Autism (PEPSA) at the University of North Florida, Jacksonville, FL.

***FAU CARD Annual Summer Academy: Personal Safety: Addressing Issues of Sexuality with Children and Youth with ASD*** (2019, July 22). Presented with Alison Bourdeau, M.S.Ed., RMFTI. This training provided information and suggested strategies for teachers and other school-based personnel to assist individuals with Autism Spectrum Disorders (ASD) who may be engaging in inappropriate classroom/school behavior including: touching others without permission, touching themselves inappropriately, unwanted attempts to engage in romantic relationships, and difficulty understanding differences between public versus private behavior. Research-based teaching techniques to improve appropriate social interactions between students with ASD and their same-aged peers to address a variety of maladaptive behaviors within various school settings were presented along with suggestions for: clarifying differences between romantic relationships versus friendships, personal safety techniques, and helping students avoid behavior defined as sexual harassment. Strategies for assisting students with appropriately managing attraction to others and maintaining safe personal and romantic relationships were also reviewed for the FAU CARD Annual Summer Academy, Jupiter, FL.

***Autism and the Criminal Justice System for the Capital Habeas Unit (CHU) National Conference*** (2019, April 4). Presented with Dennis Debbaudt. Information provided to participants answering the following questions: Are people with autism more or less likely to become involved with the criminal justice system than those without autism? Are they more or less likely to commit certain types of crimes, such as sex crimes? How are police and corrections personnel trained on

interacting with people with autism, and how might those interactions go awry and contribute to the commission of capital crimes (particularly murders of police officers)? How do people with autism fare in the corrections setting, and how might we mitigate some of the problems our clients face in prison (which, in turn, affect our ability to argue for clemency)? What evidence might we look for in our clients' criminal histories, jail and prison records, and juvenile records to discover possible support for an autism diagnosis? Additionally, specific questions about cases from across the United States were discussed along with the implications for teams from various locations for the Capital Habeas Unit (CHU) National Conference, Mobile, AL.

***Autism in the Capital Client Population: How to Detect, Investigate, and Present It for the Capital Habeas Unit (CHU) National Conference*** (2019, April 4) Presented with Dennis Debbaudt. Information provided to participants during two plenary sessions about: how to identify autism in clients and manage long-term relationships between those clients and their defense team; how to interview clients and their families to unearth evidence of autism, including how to differentiate symptoms of autism from behaviors that may be corollaries of poverty, neglect, or abuse; how to hire strong expert witnesses and evaluate their diagnostic methods; mental illnesses commonly mistaken for autism spectrum disorders and a review of comorbid mental health issues prevalent for those with autism; and how to present the client's symptoms in a manner that elicits the best response from relevant decision-makers for the Capital Habeas Unit (CHU) National Conference, Mobile, AL.

***Autism Spectrum Disorders (ASD) for the 16th Annual National Seminar on the Development and Integration of Mitigation Evidence in Capital Cases*** (2019, March 15) presentation provided information for Federal Public Defenders about individuals with autism spectrum disorders (ASD) including common characteristics, specific diagnostic information and examples of specific behavioral manifestations explained and reviewed for the 16th Annual National Seminar on the Development and Integration of Mitigation Evidence in Capital Cases, Philadelphia, PA.

***Recovering People with Autism: What Every Child Abduction Response Team (CART) Should Know for the* 2018 Internet Crimes Against Children (ICAC) & Child Abduction Response Team (CART) Symposium** (2018, December 10) This training provided law enforcement professionals with specific information about Autism Spectrum Disorders (ASD) including common characteristics that lead individuals away from their home, school, or designated locations. Participants were given information about specific, observable symptoms of ASD, practical strategies to employ when an individual goes missing, and suggestions on how to safely engage individuals with ASD within community-based settings for the 2018 Internet Crimes Against Children (ICAC) & Child Abduction Response Team (CART) Symposium, Orlando, FL.

***Autism Spectrum Disorders & Sexuality: Best Practices in Identifying Risky Sexual Behavior*** (2018, October 19) Presented with Dr. Eric Imhof. Drawing on years of collective experience, the presenters provided an overview of autism spectrum disorders (ASD) and typical sexual development at different stages from birth to adolescence. Clinical differences between clients with ASD who engage in normative sexual behaviors versus those who engage in inappropriate sexual behavior(s) of concern were reviewed and detailed information was provided to assist attendees with the identification of maladaptive behavior frequently demonstrated by those with ASD that is a manifestation of their limited interest areas and/or restricted and repetitive behavioral characteristics, versus those with ASD and comorbid paraphilic disorder(s). Various

case examples were offered to assist participants in recognizing and differentiating between dangerous maladaptive sexual behavior(s) of concern versus behavior that is more likely a misunderstood expression of ASD. A particular emphasis was placed upon targeted suggestions to best educate parents, teachers, and treatment providers regarding diagnoses and misperceptions related to risk, dangerousness, and effective intervention.  Recommendations for thorough forensic assessments of individuals with ASD, including appropriate assessment tools to aid in differential diagnoses, risk assessment, and the identification of individual client needs were discussed for the Association for the Treatment of Sexual Abusers (ATSA) annual conference, Vancouver, British Columbia, Canada.

***Recognition and Overview of Autism Spectrum Disorders (ASD) for the FAFLSE & FFEIA 2018 Joint Conference*** (2018, June 19) presentation provided information for fire marshals, fire inspectors, fire fighters, and emergency responders about individuals with autism spectrum disorders (ASD) including common characteristics, specific diagnostic information and examples of specific behavioral manifestations for the FAFLSE & FFEIA 2018 Joint Conference, Lake Buena Vista, Florida.

***Autism & Sexuality: When Awkward Exploration Becomes a Crime for the National Association of Social Workers, Florida Chapter 2018 Conference*** (2018, June 16). Presented with Jill S Levenson, Ph.D., LCSW and Susan Mankita, MSW, LCSW.  Individuals diagnosed with Autism Spectrum Disorders (ASD) often present unique challenges related to sexual boundary difficulties.  The workshop focused on assisting social workers to identify common characteristics of ASD, intervene with individuals with ASD who violate sexual boundaries, and support individuals or families navigating the criminal justice system for the National Association of Social Workers, Florida Chapter 2018 Conference, Ft. Lauderdale, Florida.

***Autism Spectrum Disorders (ASD) for the 15th Annual National Seminar on the Development and Integration of Mitigation Evidence in Capital Cases*** (2018, April 20) presentation provided information for Federal Public Defenders about individuals with autism spectrum disorders (ASD) including common characteristics, specific diagnostic information and examples of specific behavioral manifestations explained and reviewed for the 15th Annual National Seminar on the Development and Integration of Mitigation Evidence in Capital Cases, Miami, Florida.

***Autism Spectrum Disorders & Sexuality: Identifying Risky Sexual Behavior*** (2018, February 24). Presented with Dr. Eric Imhof. Beginning with a comprehensive overview of typical sexual development from birth to adolescence, the presenters differentiated clinical differences in clients with ASD who engage in inappropriate sexual behavior versus clients with ASD and comorbid paraphilic disorder(s). A particular emphasis was placed upon offering targeted suggestions to best educate parents, teachers, and treatment providers regarding these diagnoses and misperceptions related to risk, dangerousness, and effective intervention for participants at the 2018 START Transition Conference Brevard County, Viera, Florida**.**

***Recovering People with Autism: What Every Child Abduction Response Team (CART) Should Know for the 2017 Internet Crimes Against Children (ICAC) & Child Abduction Response Team (CART) Symposium*** (2017, December 12) This training provided law enforcement professionals with specific information about Autism Spectrum Disorders (ASD) including common characteristics that lead individuals away from their home, school, or designated

locations. Participants were given information about specific, observable symptoms of ASD, practical strategies to employ when an individual goes missing, and suggestions on how to safely engage individuals with ASD within community-based settings for the 2017 Internet Crimes Against Children (ICAC) & Child Abduction Response Team (CART) Symposium, Tampa, FL.

***Addressing Issues of Sexuality with Individuals with Autism Spectrum Disorders (ASD) and Intellectual & Developmental Disabilities (I/DD):  How Parents, Families, and Care Givers Can Support Social and Behavioral Intervention*** (2017, October 19) Training provided information for parents, family members, and care providers about supporting individuals with autism spectrum disorders and intellectual and developmental disabilities when dealing with common issues related to sexuality. Information regarding research-based, "best practices" in the area of sexuality education for people with ASD and I/DD was addressed, along with suggested interventions, visual supports, and curricula. Specific strategies and educational information was provided in the following areas: appropriate boundaries, personal hygiene and masturbation for the ARC of Florida State Conference, St. Augustine, FL.

***Let/s Talk about Sex: How to Stay Safe in Your Community*** (2017, October 19) Training provided information for adults with autism spectrum disorders (ASD) and intellectual impairments (I/DD) about how to maintain safe interpersonal boundaries within their communities and suggestions for successfully navigating friendships and romantic relationships for the ARC of Florida State Conference, St. Augustine, FL.

***Autism Awareness Training for School Resource Officers*** (2017, July 13) 2 sessions of autism spectrum disorders (ASD) awareness training provided to school resource officers and law enforcement personnel representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, Orlando, Florida.

***My Body, My Choices for the Pediatric Epilepsy Surgery Conference & Family Reunion*** (July 7, 2017) Information about issues of sexuality related to individuals with neurological diversity and suggestions for implementing individualized interventions for the purpose of sexuality education instruction for learners with traumatic brain injury, epilepsy, and those with partial or half of their brain missing provided for participants at the 2017 Pediatric Epilepsy Surgery Conference & Family Reunion, Orlando, Florida**.**

***The Intersect Between Autism Spectrum Disorders (ASD) and Paraphilias: Ramifications Within the Criminal Justice System*** (March 30, 2017) Presented with Dr. Eric Imhof. Beginning with an overview of autism spectrum disorders (ASD), the presenters elucidated clinical differences in clients with ASD who engage in inappropriate sexual behavior versus clients with ASD and a comorbid paraphilic disorder(s).  A particular emphasis was placed on the diagnosis of Pedophilic Disorder and targeted suggestions were offered to best educate the court regarding ASD diagnosis and misperceptions related to risk and dangerousness.  Recommendations for comprehensive forensic assessments of individuals with ASD, including differential diagnosis, risk assessment, and the identification of individual client needs were discussed utilizing case examples was provided as a Pre-Conference Seminar at the Florida Association for the Treatment of Sexual Abusers (FATSA) annual conference, Altamonte Springs, Florida.

***Addressing Issues of Sexuality for School-Aged Individuals with Autism Spectrum***

***Disorders:  How School-Based Teams Can Support Social and Behavioral Intervention for the START Conference*** (2017, February 25). Information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized interventions for the purpose of sexuality education instruction for learners with ASD provided for participants at the 2017 START Transition Conference Brevard County, Viera, Florida**.**

***Autism Spectrum Disorders Versus Paraphilic Disorders: Evidence-Based Best Practices in Forensic Evaluations for Juveniles*** (2016, November 2) Presented with Dr. Eric Imhof. Beginning with a brief overview of autism spectrum disorders (ASD), the presenters elucidate clinical differences in juvenile clients with ASD who engage in inappropriate sexual behavior versus clients with ASD and a comorbid paraphilic disorder(s).  Best practices for assessment including differential diagnosis, risk assessment, identification of client needs, and how best to respond with comprehensive multi-disciplinary treatment planning were reviewed in addition to the importance of a forensic team approach including psychiatry, neuropsychology, and polygraphy was provided as a Pre-Conference Seminar at the Association for the Treatment of Sexual Abusers (ATSA) annual conference, Orlando, Florida.

***Behavioral Intervention Strategies for School Resource Officers: Proactive Suggestions for Students with Special Needs*** (2016, July 21) applied behavioral analysis training, including information regarding: basic functions of behavior, suggested intervention strategies, proactive interventions for students with disabilities and suggestions for collaborative teaming within public school settings and districts provided to school resource officers and law enforcement personnel representing the entire state of Florida at the annual Florida Association of School Resource Officers (FASRO) Conference, Naples, Florida.

***Sexuality & Autism Spectrum Disorders: Intervention Strategies for Parents, Teachers, and Community-Based Providers*** (2016, July 20) Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD for the Pennsylvania Community on Transition Conference, State College, Pennsylvania.

***Webinar for the ELs Center of Excellence: Sexuality Education for Individuals with Autism Spectrum Disorders (ASD)*** (2016, June 30). Information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized interventions for the purpose of sexuality education instruction for learners with ASD provided for participants via webinar broadcast by the ELs Center for Excellence, Jupiter, Florida**.**

***Addressing Issues of Sexuality for School-Aged Individuals with Autism Spectrum Disorders:  How School-Based Teams Can Support Social and Behavioral Intervention for the START Conference*** (2016, February 20). Information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized interventions for the purpose of sexuality education instruction for learners with ASD provided for participants at the 2016 START Transition Conference Brevard County, Viera, Florida**.**

***How to Engage in Meaningful Interactions with Clients with Learning Differences for the 13th Annual Statewide Arizona Public Defender Association Conference.***  (2015, June 18)

this presentation provided overview information about individuals with various learning profiles, disabling conditions, and developmental disabilities and suggestions and strategies for lawyers, mitigation specialists, and consultants working with these types of conditions and learning styles for the 13th Annual Statewide Arizona Public Defender Association Conference, Tempe, Arizona.

*"Sexuality and Autism Seminar" for The Daniel Jordan Fiddle Foundation Transition Adult Programs, University of Miami Center for Autism & Related Disabilities, and The Social Cog.* (2015, June 13) two presentations were provided for this seminar. *Sexuality & Autism: Instructional Strategies for Parents and Professionals* (9:00 am – 12:30 pm) information presented about issues of sexuality related to individuals with ASD, evidence-based best practices for instruction and suggestions for implementing individualized intervention for the purpose of sexuality education instruction for learners with ASD was given for parents and professionals and *Sexuality & Autism: Addressing Challenging Concepts and Situations* (2:30 pm – 4:00 pm) information was presented to adults with ASD over suggested social skills, safety skills related to dating, and general information about sexually-related topics, Coral Gables, FL

*Sexuality & Autism Spectrum Disorders (ASD) for the 2015 Annual Florida Association for the Treatment of Sexual Abusers Conference.* (2015, May 30). Information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized interventions for the purpose of sexuality education instruction for treatment for clients with ASD provided for participants at the 2015 Annual Florida Association for the Treatment of Sexual Abusers Conference, Lake Mary, Florida**.**

*Autism Spectrum Disorders (ASD) for the 12th National Seminar on the Development and Integration of Mitigation Evidence in Capital Cases* (2015, April 11) presentation provided information for Federal Public Defenders about individuals with autism spectrum disorders (ASD). Diagnostic information and explanation of specific behavioral manifestations explained and reviewed for the 12th National Seminar on the Development and Integration of Mitigation Evidence in Capital Cases, Baltimore, Maryland.

*Who? What? Where? When? Sexuality Education for Individuals with Autism Spectrum Disorders (ASD)* (2015, January 18) presentation provided information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized interventions for the purpose of sexuality education instruction for students with ASD. Recommendations for the development of relevant and measurable goals and objectives in this area were presented at the Annual Center for Autism & Related Disabilities Statewide Conference, Orlando, Florida**.**

*Autism Awareness Training for School Resource Officers* (2014, July 24) 2 sessions of autism spectrum disorders(ASD) awareness training provided to school resource officers and law enforcement personnel representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, Daytona Beach, Florida.

*Autism Spectrum Disorders (ASD) Overview for the 12th Annual Statewide Arizona Public Defender Association Conference.* (2014, June 26) this presentation provided information related to individuals with autism spectrum disorders (ASD) and developmental disabilities and potential consequences within the criminal justice system for public defenders for the 12th Annual Statewide Arizona Public Defender Association Conference, Tempe, Arizona.

***Let's Talk about Sex!  Instructional Strategies for Parents and Professionals Supporting Individuals with Autism Spectrum Disorders (ASD)*** (2014, January 23) information presented about issues of sexuality related to individuals with ASD and suggestions for implementing individualized intervention for the purpose of sexuality education instruction for students with ASD presented at the 2014 PBS Conference, Palm Beach Gardens, Florida**.**

***Autism Spectrum Disorders (ASD) Overview for the Florida Council on Crime and Delinquency 84th Annual Criminal Justice Training Institute.***  (2013, August 28) this presentation provided information related to individuals with autism spectrum disorders (ASD) and developmental disabilities and potential consequences within the criminal justice system for the Florida Council on Crime and Delinquency 84th Annual Criminal Justice Training Institute, Orlando, Florida.

***Autism Spectrum Disorders (ASD) Overview for the Multi-Track Criminal Defense Seminar.*** (2013, August 8) this presentation provided information related to individuals with autism spectrum disorders (ASD) and developmental disabilities and potential consequences within the criminal justice system for the Multi-Track Criminal Defense Seminar, Buffalo, New York.

***Let's Talk about Sex!  Instructional Strategies for Parents and Professionals Supporting Individuals with Autism Spectrum Disorders (ASD)*** (2013, July 30) information presented about issues of sexuality related to individuals with ASD and suggestions for implementing individualized intervention for the purpose of sexuality education instruction for students with ASD presented at the 2013 Annual Summer Academy by the FAU Center for Autism & Related Disabilities, Jupiter, Florida**.**

***Behavioral Intervention Strategies for School Resource Officers: Proactive Suggestions for Students with Special Needs*** (2013, July 18) applied behavioral analysis training, including information regarding: basic functions of behavior, suggested intervention strategies, proactive interventions for students with disabilities and suggestions for collaborative teaming within public school settings and districts provided to school resource officers and law enforcement personnel representing the entire state of Florida at the annual Florida Association of School Resource Officers (FASRO) Conference, Orlando, Florida.

***Let's Talk about Sex!  Instructional Strategies for Parents and Educators Supporting Individuals with Autism Spectrum Disorders (ASD)*** (2013, May 13) information presented about issues of sexuality related to individuals with ASD and suggestions for implementing individualized intervention for the purpose of sexuality education instruction for students with ASD presented at the Flying High with Autism Southeastern Regional Conference, Pensacola, Florida**.**

***Autism Spectrum Disorders (ASD) Overview for the Habeas Assistance & Training Project – Tenth National Seminar on the Development and Integration of Mitigation Evidence.***  (2013, April 5) this presentation provided information related to individuals with autism spectrum disorders (ASD) and developmental disabilities and potential consequences within the criminal justice system for the Tenth National Seminar on the Development and Integration of Mitigation Evidence, Baltimore, Maryland.

***Autism Spectrum Disorders (ASD) Overview for the CACJ/CPDA Capital Defense Seminar.***
(2013, February 16) this presentation provided information related to individuals with autism spectrum disorders (ASD) and developmental disabilities and potential consequences within the criminal justice system for public defenders for the CACJ/CPDA Capital Defense Seminar, Monterey, California.

***Behavioral Intervention Strategies for SROs: Proactive Suggestions for Students with Special Needs*** (2012, July 19) applied behavioral analysis training, including information regarding: basic functions of behavior, suggested intervention strategies, proactive interventions for students with disabilities and suggestions for collaborative teaming within public school settings and districts provided to school resource officers and law enforcement personnel representing the entire state of Florida at the annual Florida Association of School Resource Officers (FASRO) Conference, Bonita Springs, Florida.

***Behavioral Intervention Strategies for SROs: Proactive Suggestions for Students with Special Needs*** (2011, July 21) applied behavioral analysis training, including information regarding: basic functions of behavior, suggested intervention strategies, proactive interventions for students with disabilities and suggestions for collaborative teaming within public school settings and districts provided to school resource officers and law enforcement personnel representing the entire state of Florida at the annual Florida Association of School Resource Officers (FASRO) Conference, Orlando, Florida.

***Crisis Intervention Team (CIT) Training for Partners in Crisis Conference.*** (2011, July 13) this session provided an overview and awareness training to various public defenders, judges, social workers and community providers about pervasive developmental disorders and mental retardation, Orlando, FL.

***Pervasive Developmental Disorders Overview for the CACJ/CPDA Capital Defense Seminar.***
(2011, February 19) this presentation provided information related to individuals with autism spectrum disorders (ASD) and developmental disabilities and potential consequences within the criminal justice system for public defenders for the CACJ/CPDA Capital Defense Seminar, Monterey, California.

***Let's Talk about Sex!  Instructional Strategies for Parents and Educators Supporting Individuals with Autism Spectrum Disorders (ASD)*** (2011, January 15) this presentation provided information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized information for the purpose of sexuality education instruction for students with ASD. Recommendations for the development of relevant and measurable goals and objectives in this area were presented at the Annual Center for Autism & Related Disabilities Statewide Conference, Lake Mary, Florida**.**

***Let's Talk about Sex!  Instructional Strategies via Social Skills Instruction for Educators Supporting Individuals with Autism Spectrum Disorders (ASD)*** (2010, July 30) this presentation provided information about issues of sexuality related to individuals with ASD and suggestions for aligning mandated state curriculum standards to sexuality education instruction for students with ASD. Recommendations for the development of relevant and measurable IEP goals and objectives in this area were presented at the 4th Annual Summer Academy for Educators at

Florida Atlantic University Center for Autism and Related Disabilities, Port St. Lucie, Florida*.*

***Pervasive Developmental Disorders and Autism Spectrum Disorders*** (2010, July 30) specific information about ASD and documented consequences within the criminal justice system for lawyers, public defenders, and mitigation specialists presented.  Participants provided with detailed information about pervasive developmental disorders, relevant ASD diagnostic information, practical strategies for determining the presence of ASD in non-diagnosed clients, and video of individuals with ASD for the purpose of identification and support designation for the Building a Better Defense 2010 Conference, Clearwater, Florida.

***Autism Awareness Training*** (2010, July 29) 2 sessions of autism and pervasive developmental disorders awareness training provided to school resource officers and law enforcement personnel representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, Naples, Florida.

***Behavioral Intervention Strategies for SROs: Proactive Suggestions for Students with Special Needs*** (2010, July 27) applied behavioral analysis training, including information regarding: basic functions of behavior, suggested intervention strategies, proactive interventions for students with disabilities and suggestions for collaborative teaming within public school settings and districts provided to school resource officers and law enforcement personnel representing the entire state of Florida at the annual Florida Association of School Resource Officers (FASRO) Conference, Naples, Florida.

***What is Special Education?  Overview of Eligibility Criteria and Special Education Services for Students with Disabilities*** (2010, July 27) information about general disabilities awareness training, including information regarding: qualifications for ESE services/programs, legal ramifications of IDEA, the most current regulations regarding students with disabilities, issues germane to discipline, behavioral strategies, and overall suggestions for collaborative teaming within public school settings and districts provided to school resource officers and law enforcement personnel representing the entire state of Florida at the annual Florida Association of School Resource Officers (FASRO) Conference, Naples, Florida.

***Dancing with the Strategies: Practical Strategies for Providing Social Skills Instruction for students with Learning Differences*** (2010, May 22) This presentation provided educators and parents with basic information about social skills and targeted social skills programming for school, community, and home environments.  Specialized strategies for the purpose of providing appropriate social skills programming and instruction for a variety of students with disabilities were presented along with examples of intervention tools and techniques.  Best practices for the provision of social skills by educators and parents to address the following areas: reasonable and ethical interventions, identification and assessment needs, discrimination between skill acquisition deficits and performance deficits, selection of appropriate teaching methodologies, implementation of instruction and strategies, evaluation of instruction and strategies (data) & modifications to programming as needed were presented at the II Conferencia NEUROSCIENCIA Y APRENDIZAJE, Monterrey, Nuevo Leon, Mexico.

***Keynote Speaker - Dancing with the Strategies: Critical Social Skills for Students with Learning Differences*** (2010, May 22).   II Conferencia NEUROSCIENCIA Y APRENDIZAJE,

Monterrey, Nuevo Leon, Mexico.

***Video Modeling Victories! Practical Evidence-Based Instructional Strategies for Students with ASD*** (2010, April 23) this presentation provided an overview of *Video Modeling* strategies for use in school-based settings for teachers and school-based staff of students with ASD. Participants were provided with practical applications, resource materials, and general information to support the development and use of video modeling techniques within their classrooms at the Council for Exceptional Children (CEC) National Conference held in Nashville, Tennessee.

***Sexuality Education for Students with ASD: Aligning State Standards with Evidence-Based Instructional Strategies by Providing Social Skills Instruction*** (2010, January 22) this presentation provided information about issues of sexuality related to individuals with ASD and suggestions for aligning mandated state curriculum standards to sexuality education instruction for secondary students with ASD. Recommendations for the development of relevant and measurable IEP goals and objectives in this area were presented at the 12th International Conference on Autism, Intellectual Disabilities & Other Developmental Disabilities: Research to Practice, Maui, Hawaii**.**

***Video Modeling Victories!  Practical Evidence-Based Instructional Strategies for Students with ASD*** (2010, January 22) this presentation provided an overview of *Video Modeling* strategies for use in school-based settings for teachers and school-based staff of students with ASD. Participants were provided with practical applications, resource materials, and general information to support the development and use of video modeling techniques within their classrooms at the 12th International Conference on Autism, Intellectual Disabilities & Other Developmental Disabilities: Research to Practice, Maui, Hawaii**.**

***Featured Speaker: Video Modeling Victories!  Practical Evidence-Based Instructional Strategies for Students with ASD*** (2009, October 22) this presentation provided an overview of *Video Modeling* strategies for use within school-based settings for teachers and school-based staff of students with ASD.  Participants were provided with practical applications, resource materials, general information to support the development and use of video modeling techniques within their classrooms and schools.  Suggested support material, guidelines and best practices regarding meeting the individual educational needs of individuals with ASD were presented at the Iowa Council for Exceptional Children and the Iowa Council for Residential Educators, Des Moines, Iowa.

***Video Modeling Victories: Successful Use of Video Modeling Strategies for Students with ASD*** (2009, October 10) this presentation provided an overview of *Video Modeling* strategies for use within school-based settings for teachers and school-based staff of students with ASD. Participants were provided with practical applications, resource materials, general information to support the development and use of video modeling techniques within their classrooms and schools.  Suggested support material, guidelines and best practices regarding meeting the individual educational needs of individuals with ASD were presented at the Florida Council for Exceptional Children Conference, Daytona Beach, Florida.

***Sexuality Education for Students with ASD: Aligning Florida State Standards with Evidence-Based Instructional Strategies*** (2009, October 9) this training provided information regarding

research-based, "best practices" in the area of sexuality education for individuals with Autism Spectrum Disorders (ASD) in the context of the Florida Sunshine State Standards. Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation for the Florida Council for Exceptional Children Conference, Daytona Beach, Florida*.*

***Pervasive Developmental Disorders Overview for the 14th Annual National Federal Habeas Corpus Seminar.*** (2009, August 21) this presentation provided information related to individuals with autism spectrum disorders (ASD) and developmental disabilities and potential consequences within the criminal justice system for lawyers and public defenders for the     14th Annual National Federal Habeas Corpus Seminar, Pittsburgh, Pennsylvania.

***Autism Awareness Training*** (2009, July 23) 2 sessions of autism and pervasive developmental disorders awareness training provided to school resource officers and law enforcement personnel representing the entire state of Florida at the annual Florida Association of School Resource Officers (FASRO) Conference, Jacksonville, Florida.

***Overview of Intellectual Disabilities*** (2009, July 22) information provided regarding awareness, identification, qualifications, and symptoms of cognitive disabilities.  Suggestions for proactive intervention for collaborative teaming within public school settings and districts provided to school resource officers and law enforcement personnel representing the entire state of Florida at the annual Florida Association of School Resource Officers (FASRO) Conference, Jacksonville, Florida.

***Behavioral Intervention Strategies for SROs: Proactive Suggestions for Students with Special Needs*** (2009, July 22) 2 sessions of applied behavioral analysis training, including information regarding: basic functions of behavior, suggested intervention strategies,  proactive interventions for students with disabilities and suggestions for collaborative teaming within public school settings and districts provided to school resource officers and law enforcement personnel representing the entire state of Florida at the annual Florida Association of School Resource Officers (FASRO) Conference, Jacksonville, Florida.

***What is Special Education?  Overview of Eligibility Criteria and Special Education Services for Students with Disabilities*** (2009, July 21) information about general disabilities awareness training, including information regarding: qualifications for ESE services/programs, legal ramifications of IDEA, the most current regulations regarding students with disabilities, issues germane to discipline, behavioral strategies, and overall suggestions for collaborative teaming within public school settings and districts provided to school resource officers and law enforcement personnel representing the entire state of Florida at the annual Florida Association of School Resource Officers (FASRO) Conference, Jacksonville, Florida.

***Overview of Intellectual Disabilities*** (2009, July 21) information provided regarding awareness, identification, qualifications, and symptoms of cognitive disabilities.  Suggestions for proactive intervention for collaborative teaming within public school settings and districts provided to school resource officers and law enforcement personnel representing the entire state of Florida at the annual Florida Association of School Resource Officers (FASRO) Conference, Jacksonville, Florida.

***Understanding Clients with Pervasive Developmental Disorders.*** (2009, April 17) this presentation provided information related to individuals with autism spectrum disorders (ASD) and developmental disabilities and potential consequences within the criminal justice system for lawyers and public defenders for the Habeas Assistance & Training Counsel Project, Fifth National Seminar on the Development and Integration of Mitigation Evidence, Philadelphia, Pennsylvania.

***Let's Get Visual! Video Modeling Strategies for Students with ASD.*** (2009, April 3) this presentation provided an overview of *Video Modeling* strategies for use within school-based settings for teachers and school-based staff of students with ASD. Participants were provided with practical applications, resource materials, general information to support the development and use of video modeling techniques within their classrooms. Suggested support material, guidelines and best practices regarding meeting the individual educational needs of individuals with ASD were presented at the Council for Exceptional Children (CEC) National Conference held in Seattle, Washington.

***Autism Spectrum Disorders (ASD) Overview for the Habeas Corpus Resource Center Full-Day Conference.*** (2008, November 3) this presentation provided information related to individuals with autism spectrum disorders (ASD) and developmental disabilities and potential consequences within the criminal justice system for lawyers and public defenders for the Habeas Corpus Resource Center, Fall Conference Series 2008, Using Mental Health Evidence to Your Advantage, San Francisco, California.

***Let's Get Visual! Video Modeling Strategies for Students with ASD.*** (2008, October 25) this presentation provided an overview of *Video Modeling* strategies for use within school-based settings for teachers and school-based staff of students with ASD. Participants were provided with practical applications, resource materials, general information to support the development and use of video modeling techniques within their classrooms, Orlando, Florida.

***Sexuality Education or Social Skills Instruction?  THAT is the Question!*** (2008, October 24) this training provided information regarding research-based, "best practices" in the area of sexuality education for people with Autism Spectrum Disorders (ASD). Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation for the Florida Council for Exceptional Education (FCEC) State Conference, Sarasota, Florida.

***Intimacy & Disabilities: Practical Social Skills Strategies for Relationship Development*** (2008, August 2) This training was provided to youth, ages 13 – 30, with varying disabilities regarding specific strategies for youth and adults with disabilities in dealing with social-sexual situations as they arise within community settings. Specific strategies and educational information were provided in the following areas: skills of friendship, personal boundaries, and health & hygiene issues at the Florida Youth Counsel 1st Annual Youth Summit, Lake Buena Vista, Florida.

***Autism Awareness Training*** (2008, July 21) autism and pervasive developmental disorders awareness training provided to school resource officers and law enforcement personnel representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, Bonita Springs, Florida.

***Autism Awareness Training*** (2008, July 22) autism and pervasive developmental disorders awareness training provided to school resource officers and law enforcement personnel representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, Bonita Springs, Florida.

***Autism Awareness Training*** (2008, July 24) autism and pervasive developmental disorders awareness training provided to school resource officers and law enforcement personnel representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, Bonita Springs, Florida.

***Let's Talk about Sex!  Instructional Strategies for Secondary Teachers of Students with DD*** (2008, April 5) results from a comprehensive literature review for sexuality education intervention for students with developmental disabilities (including mental retardation and autism), and strategies for curricular programming were presented.  Suggested support material, guidelines and best practices regarding meeting the individual educational needs of each student were presented at the Council for Exceptional Children (CEC) National Conference, Boston, Massachusetts.

***Let's Talk about Sex!  Instructional Strategies for Parents and Educators Supporting Individuals with Autism Spectrum Disorders*** (2008, March 8) this training provided information regarding research-based, "best practices" in the area of sexuality education for people with Autism Spectrum Disorders (ASD). Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation for the Galaxy of Resources Conference, Melbourne, Florida.

***Mission Possible: Technology for Transition and as a Work Support*** (2008, January 24) this presentation revealed results from a research study involving high school students with autism and mental retardation who completed authentic jobs in a community-based setting. Data analysis was conducted in the following areas: accuracy of job completion, levels of assistance, problem behaviors exhibited, and five levels of prompting provided for job completion.  The presentation reviewed the research project, project results/outcomes relevant to transition services for students with autism and mental retardation, additional research findings supporting the use of technology with high school students with significant disabilities, and video of students utilizing technology within community-based settings at the 15th Annual Center for Autism & Related Disabilities (CARD) Conference, Lake Mary, Florida.

***Autism Spectrum Disorders Overview & Awareness Training*** (2007, November 27) this presentation provided an instructional overview of Autism, Asperger's Syndrome and Pervasive Developmental Disorders (PDD) to community-based, social service providers.  Participants were provided with information on current diagnostic features, behavioral manifestations, and community-based difficulties that are frequently reported as problematic by community-based agencies and law enforcement personnel at the Seminole County Child Protection Conference, Lake Mary, Florida.

***Social Skills Instruction: Practical Strategies for Elementary Educators*** (2007, October 13) training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, and support personnel at the

annual Florida Federation of the Council for Exceptional Children (FFCEC) Statewide Conference, Ft. Lauderdale, Florida.

***Autism Awareness Training*** (2007, July 19) autism and pervasive developmental disorders awareness training provided to school resource officers and law enforcement personnel representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, St. Petersburg, Florida.

***Autism Awareness Training*** (2007, July 18) autism and pervasive developmental disorders awareness training provided to school resource officers and law enforcement personnel representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, St. Petersburg, Florida.

***Social Skills Instruction: Practical Strategies for General Educators*** (2007, February 17) Florida's Division on Developmental Disabilities Statewide Drive-In Conference.  Training provided over the provision of specific social skills instruction and implementation strategies for general and special education teachers, Orlando, Florida.

***Graduate Level Preparation of Personnel to Serve Individuals with Autism Spectrum Disorders*** (2007, February 2) Poster session and presentation described a graduate level personnel preparation program in Autism Spectrum Disorders at the University of Central Florida. Presentation information included information about recruitment and admission with a focus on diversity, course of study, support, faculty, emphasis on multicultural issues and concerns, required field work and action research projects focusing on interventions in ASD at the 10th International DDD Conference on Cognitive Disabilities/Mental Retardation, Autism & Other Developmental Disabilities, Keauhou-Kona, Hawaii.

***Key Note Address*** (2006, September 9) Across the Spectrum Conference Autism Education Conference, Daytona Beach, Florida.

***General Disabilities Awareness Training*** (2006, July 26) 2 sessions of general disabilities awareness training, including information regarding: qualifications for ESE services/programs, legal ramifications of IDEA, the most current regulations regarding students with disabilities, issues germane to discipline, behavioral strategies, and overall suggestions for collaborative teaming within public school settings and districts provided to school resource officers and law enforcement personnel representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, Daytona Beach, Florida.

***Autism Awareness Training*** (2006, July 24) 2 sessions of autism and pervasive developmental disorders awareness training provided to school resource officers and law enforcement personnel representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, Daytona Beach, Florida.

***Sex In The City*** (2006, June 2) 8th Annual Family Café' Conference, Orlando, Florida.

***Featured Speaker – Dancing with the Strategies: Practical Guidelines on Classroom Instruction, Behavioral Intervention, and Data Collection for Teachers of Students with ASD***

(2006, April 17) *(Session 1: ASD Teaching Methodologies and Rational – Part 1; Session 2: ASD Teaching Methodologies and Rational – Part 2; Session 3: Evidence-Based (Behavioral) Instructional Strategies; Session 4: Data Collection Strategies).* Professional Development Conference, Key West, Florida.

***Sexuality Education – Instructional Strategies for High School Students with Mental Retardation*** (2006, April 8) National Conference of the Council for Exceptional Children, Salt Lake City, Utah.

***Key Note Address*** (2005, November 19) 4th Annual Behavior Conference: Focusing on Implementation of Positive Behavior Supports, Orlando, Florida.

***Mission Possible: Technology for Transition and as a Work Support*** (2005, October 20) DCDT 13th International Conference, Albuquerque, New Mexico.

***Best Practices for Educating Students with Autism*** (2005, October 13) 2005 Annual Florida Council for Exceptional Children Conference, Cocoa Beach, Florida.

***Key Note Address*** (2005, October 8) Across the Spectrum Conference, Melbourne, Florida.

***Self-Determination: Steps for Success*** (2005, October 8) Across the Spectrum Conference, Melbourne, Florida.

***Autism Awareness for Law Enforcement (SRO)*** (2005, July 28) Autism and pervasive developmental disorders awareness training provided to school resource officers and law enforcement personnel representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, Daytona Beach, Florida.

***Autism Awareness for Law Enforcement (SRO)*** (2005, July 26) Autism and pervasive developmental disorders awareness training provided to school resource officers and law enforcement personnel representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, Daytona Beach, Florida.

***Autism and Related Disabilities*** (2005, May 5) Head2Toe – Florida Foundation for School Health Conference, Sarasota, Florida.

***Mission Possible: Technology as a Work Support for Individuals With Developmental Disabilities*** (2005, April 8) National Conference of the Council for Exceptional Children, Baltimore, Maryland.

***Sex by the Sea*** (2005, February 19) Galaxy of Resources Conference, Melbourne, Florida.

***SRO Law Enforcement Awareness Training*** (2004, July 22) Autism and pervasive developmental disorders awareness training provided to school resource officers representing the entire state of Florida at the Annual Florida Association of School Resource Officers (FASRO) Conference, Orlando, Florida.

*Project L.I.F.E. – Lifelong Inclusion for Everyone* (2004, April 15) National Conference of the Council for Exceptional Children, New Orleans, Louisiana.

*Innovative Program Panel* (2003, October 25) Florida's Voice on Mental Retardation's Statewide Conference, Orlando, Florida.

*Panel Discussion: Issues in Special Education* (2001, October)
National Teacher Education Division (Council for Exceptional Children) Conference, St. Petersburg, Florida.

*Structured Teaching* (2000, October 13) Florida Federation of the Council for Exceptional Children Annual Conference, Tampa, Florida.

## Training & Workshops

*Autism Spectrum Disorders (ASD) Overview for the Orange County Sexual Assault Response Team (SART).*  ASD overview training provided to the Orange County Sexual Assault Response Team about autism spectrum disorders (2022, October 5).

*Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*  ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2022, September 27).

*Autism Spectrum Disorders (ASD) Overview for the Winter Garden Police Department.*  ASD overview training provided to Winter Garden Police Department sworn officers about autism spectrum disorders (2022, September 8).

*Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*  ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2022, August 16).

*Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*  ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2022, July 26).

*Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*  ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2022, July 19).

*Autism Spectrum Disorders (ASD) Overview for the Orange County Sexual Assault Response Team (SART).*  ASD overview training provided to the Orange County Sexual Assault Response Team about autism spectrum disorders (2022, July 13).

***Autism Spectrum Disorders (ASD) Overview for the Lake County Sheriff's Office.*** ASD overview training provided to Sheriff's Deputies about autism spectrum disorders (2022, July 12).

***Autism Spectrum Disorders (ASD) Overview for the University of Central Florida Police Department.*** ASD overview training provided to UCF PD officers about autism spectrum disorders (2022, July 6).

***Autism Spectrum Disorders (ASD) Overview for the Seminole County Sheriff's Office – Child Protective Services.*** ASD overview training provided to Child Protective Services (CPS) officers about autism spectrum disorders, on-line (2022, June 23).

***Autism Spectrum Disorders (ASD) Overview for the Seminole County Sheriff's Office – Child Protective Services.*** ASD overview training provided to Child Protective Services (CPS) officers about autism spectrum disorders, on-line (2022, June 22).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2022, June 21).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2022, June 13).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2022, June 7).

***Autism Spectrum Disorders and Criminal Justice***. Information was provided regarding individuals with autism spectrum disorders (ASD) who become involved with the criminal justice system for Safer Society Press, on-line (2022, May 26).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2022, May 24).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2022, May 17).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law

enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida
(2022, April 26).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange
County Crisis Intervention Team (CIT).*** ASD overview training provided to various law
enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida
(2022, April 19).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange
County Crisis Intervention Team (CIT).*** ASD overview training provided to various law
enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida
(2022, April 12).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange
County Crisis Intervention Team (CIT).*** ASD overview training provided to various law
enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida
(2022, March 22).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange
County Crisis Intervention Team (CIT).*** ASD overview training provided to various law
enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida
(2022, March 1).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange
County Crisis Intervention Team (CIT).*** ASD overview training provided to various law
enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida
(2022, February 15).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Seminole
County Crisis Intervention Team (CIT).*** ASD overview training provided to various law
enforcement officers and corrections officers about autism spectrum disorders, Sanford, Florida
(2022, February 2).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange
County Crisis Intervention Team (CIT).*** ASD overview training provided to various law
enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida
(2022, February 1).

***Law Enforcement & Autism Spectrum Disorders for the Mount Dora Police Department.***
Autism Spectrum Disorder (ASD) overview training provided to the Mount Dora Police Department,
Mount Dora, Florida (2022, January 20).

***Law Enforcement & Autism Spectrum Disorders for the Mount Dora Police Department.***
Autism Spectrum Disorder (ASD) overview training provided to the Mount Dora Police Department,
Mount Dora, Florida (2022, January 18).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange***

***County Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2022, January 11).

***Autism Spectrum Disorders (ASD) Overview for the Victim Service Center (VSC) Accessibility Committee.***  ASD overview training provided to therapists, victim advocates, forensic nurses, and administrators about autism spectrum disorders, Orlando, Florida (2021, December 14).

***Internet Safety for Gals on the Spectrum: Navigating On-line dating, Friendships, and Peer Pressure for Parents of Middle & High School-aged Women with Autism Spectrum Disorder (ASD).***  Workshop provided for parents of Middle and High School-aged students with autism spectrum disorder (ASD) specifically addressing suggestions for engaging in safe on-line romantic relationships and navigating peer pressure in all situations.  Strategies for effectively communicating within relationships, dating safely on-line, and skills for navigating challenging personal interactions will be reviewed during the workshop.  Provided on-line for the Partnership for Effective Programs for Students with Autism (PEPSA) program, hosted by Florida Atlantic University (FAU) Center for Autism & Related Disabilities (2021, December 9).

***Internet Safety for Gals on the Spectrum: Navigating On-line dating, Friendships, and Peer Pressure for Middle & High School Women with Autism Spectrum Disorder (ASD).***
Workshop provided for Middle and High School-aged students with autism spectrum disorder (ASD) specifically addressing suggestions for engaging in safe on-line romantic relationships and navigating peer pressure in all situations.  Strategies for effectively communicating within relationships, dating safely on-line, and skills for navigating challenging personal interactions were reviewed during the workshop.  Provided on-line for the Partnership for Effective Programs for Students with Autism (PEPSA) program, hosted by Florida Atlantic University (FAU) Center for Autism & Related Disabilities (2021, December 7).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2021, December 7).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2021, November 30).

***Sexuality & ASD: Supporting High School Students Who Demonstrate Inappropriate or Dangerous Sexual Behavior at School.***  Suggested strategies for teachers and other school-based personnel supporting high school students with Autism Spectrum Disorders (ASD) engaging in sexually maladaptive behavior at school including: touching others without permission, attempting to masturbate, unwanted attempts to engage in romantic relationships, and difficulty understanding physical boundaries with others.  Current research regarding individuals with ASD who engage in sexually inappropriate behavior, as well as evidence-based teaching techniques to

improve appropriate social interactions between students with ASD and their same-aged peers was reviewed, along with case study illustrations.  Provided on-line for the Partnership for Effective Programs for Students with Autism (PEPSA) program, hosted by Florida Atlantic University (FAU) Center for Autism & Related Disabilities (2021, November 16).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Winter Garden, Florida (2021, November 2).

***Sexuality & ASD: Supporting School-Aged Students Who Demonstrate Inappropriate or Dangerous Sexual Behavior at School.***  Training provided information and suggested strategies for teachers and other school-based personnel supporting school-aged students with Autism Spectrum Disorders (ASD) engaging in sexually maladaptive behavior at school including: touching others without permission, attempting to masturbate, unwanted attempts to engage in romantic relationships, and difficulty understanding physical boundaries with others.  Current research regarding individuals with ASD who engage in sexually inappropriate behavior, as well as evidence-based teaching techniques to improve appropriate social interactions between students with ASD and their same-aged peers was reviewed, along with case study illustrations.  Examples of intervention plans and suggestions for program development were discussed in addition to recommendations for: differentiating various types of friendships, developing personal safety plans, and assisting students in avoiding behavior defined as sexual harassment.  Provided on-line for the Partnership for Effective Programs for Students with Autism (PEPSA) program, hosted by the University of Florida-Jacksonville Center for Autism & Related Disabilities (2021, October 27).

***Autism Spectrum Disorders (ASD) Overview for the Victim Service Center (VSC).***  ASD overview training provided to therapists, victim advocates, forensic nurses, and administrators about autism spectrum disorders, Orlando, Florida (2021, October 25).

***Sexuality & ASD: Supporting Middle School Students Who Demonstrate Inappropriate or Dangerous Sexual Behavior at School.***  Training provided information and suggested strategies for teachers and other school-based personnel supporting middle school students with Autism Spectrum Disorders (ASD) who may be engaging in sexually maladaptive behavior at school including: touching others without permission, attempting to masturbate, unwanted attempts to engage in romantic relationships, and difficulty understanding physical boundaries with others.  Current research regarding individuals with ASD who engage in sexually inappropriate behavior, as well as evidence-based teaching techniques to improve appropriate social interactions between students with ASD and their same-aged peers was reviewed, along with case study illustrations. Examples of intervention plans and suggestions for program development were discussed in addition to recommendations for: differentiating various types of friendships, developing personal safety plans, and assisting students in avoiding behavior defined as sexual harassment.  Provided on-line for the Partnership for Effective Programs for Students with Autism (PEPSA) program, hosted by Florida Atlantic University Center for Autism & Related Disabilities (2021, October 21).

***Sexuality & ASD: Supporting School-Aged Students Who Demonstrate Inappropriate or Dangerous Sexual Behavior at School.*** Training provided information and suggested strategies for teachers and other school-based personnel supporting school-aged individuals with Autism Spectrum Disorders (ASD) who may be engaging in sexually maladaptive behavior at school including: touching others without permission, attempting to masturbate, unwanted attempts to engage in romantic relationships, and difficulty understanding physical boundaries with others. Current research regarding individuals with ASD who engage in sexually inappropriate behavior, as well as evidence-based teaching techniques to improve appropriate social interactions between students with ASD and their same-aged peers was reviewed, along with case study illustrations. Examples of intervention plans and suggestions for program development were discussed in addition to recommendations for: differentiating various types of friendships, developing personal safety plans, and assisting students in avoiding behavior defined as sexual harassment. Provided on-line for the Partnership for Effective Programs for Students with Autism (PEPSA) program, hosted by the University of Florida Center for Autism & Related Disabilities, Gainesville, Florida (2021, October 19).

***Romance & Autism Spectrum Disorders: How to Navigate Relationships, Dating and Personal Safety.*** This workshop was provided for teachers, direct care staff, and providers supporting students with autism spectrum disorders (ASD) and addressed suggestions for engaging in safe romantic relationships involving physical and emotional intimacy. Strategies for communicating within relationships, dating safely, and skills for navigating challenging personal situations were reviewed along with activities for practice during the workshop. Provided on-line for the Partnership for Effective Programs for Students with Autism (PEPSA) program, hosted by the University of Florida Center for Autism & Related Disabilities, Gainesville, Florida (2021, October 18).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2021, October 12).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2021, October 6).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2021, September 21).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2021, August 31).

***Law Enforcement & Autism Spectrum Disorders for the Cocoa Police Department.*** Autism Spectrum Disorder (ASD) overview training provided to the Coca Police Department, Cocoa, Florida (2021, August 25 PM Rotation).

***Law Enforcement & Autism Spectrum Disorders for the Cocoa Police Department.*** Autism Spectrum Disorder (ASD) overview training provided to the Coca Police Department, Cocoa, Florida (2021, August 25 AM Rotation).

***Law Enforcement & Autism Spectrum Disorders for the Cocoa Police Department.*** Autism Spectrum Disorder (ASD) overview training provided to the Coca Police Department, Cocoa, Florida (2021, August 18 PM Rotation).

***Law Enforcement & Autism Spectrum Disorders for the Cocoa Police Department.*** Autism Spectrum Disorder (ASD) overview training provided to the Coca Police Department, Cocoa, Florida (2021, August 18 AM Rotation).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the University of Central Florida (UCF) Police Department.*** ASD overview training provided to various law enforcement officers about autism spectrum disorders, Orlando, Florida (2021, June 23).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2021, June 15).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Seminole County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Sanford, Florida (2021, April 14).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2021, April 6).

***Romance & Autism Spectrum Disorders: How to Navigate Relationships, Dating and Personal Safety.*** This workshop was provided for adults with autism spectrum disorders, parents, teachers, and support staff; and specifically addressed suggestions for engaging in safe romantic relationships involving physical and emotional intimacy.  Strategies for communicating within relationships, dating safely, and skills for navigating challenging personal situations were reviewed along with activities for practice during the workshop.  Provided on-line for the Partnership for Effective Programs for Students with Autism (PEPSA) program, hosted by UF Health/Jacksonville CARD, UF Health FDLRS – MDC.  (2021, April 1).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida

(2021, February 22).

***Law Enforcement & Autism Spectrum Disorders for the Melbourne Police Department Crisis Intervention Team (CIT).*** ASD overview training provided to the Melbourne Police Department about autism spectrum disorders, Melbourne, Florida (2021, January 26).

***Law Enforcement & Autism Spectrum Disorders for the Mount Dora Police Department.*** Autism Spectrum Disorder (ASD) overview training provided to the Mount Dora Police Department, Mount Dora, Florida (2020, November 16).

***Law Enforcement & Autism Spectrum Disorders for the Melbourne Police Department Crisis Intervention Team (CIT).*** ASD overview training provided to the Melbourne Police Department about autism spectrum disorders, Melbourne, Florida (2020, November 6).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2020, November 3).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Seminole County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Sanford, Florida (2020, October 28).

***Romance & Autism Spectrum Disorders: How to Navigate Relationships, Dating and Personal Safety.*** Training was provided for parents, teachers, and support staff; and specifically addressed suggestions for engaging in safe romantic relationships involving physical and emotional intimacy. Strategies for communicating within relationships, dating safely, and skills for navigating challenging personal situations were reviewed along with activities for practice during the workshop. Provided on-line for the University of Central Florida Center for Autism & Related Disabilities (2020, October 15).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2020, October 13).

***Romance & Autism Spectrum Disorders: How to Navigate Relationships, Dating and Personal Safety.*** Training was provided for adults with autism spectrum disorders and specifically addressed suggestions for engaging in safe romantic relationships involving physical and emotional intimacy. Strategies for communicating within relationships, dating safely, and skills for navigating challenging personal situations were reviewed along with activities for practice during the workshop. Provided on-line for the University of Central Florida Center for Autism & Related Disabilities (2020, October 8).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law

enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2020, September 22).

***Romance & Autism Spectrum Disorders: How to Navigate Relationships, Dating and Personal Safety.*** This workshop was provided for adults with autism spectrum disorders, parents, teachers, and support staff; and specifically addressed suggestions for engaging in safe romantic relationships involving physical and emotional intimacy.  Strategies for communicating within relationships, dating safely, and skills for navigating challenging personal situations were reviewed along with activities for practice during the workshop.  Provided on-line for the Partnership for Effective Programs for Students with Autism (PEPSA) program, hosted by UF Health/Jacksonville CARD, UF Health FDLRS – MDC.  (2020, July 9).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2020, February 11).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Winter Garden Police Department.***  ASD overview training provided to various law enforcement officers about autism spectrum disorders, Winter Garden, Florida (2019, October 29).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Winter Garden Police Department.***  ASD overview training provided to various law enforcement officers about autism spectrum disorders, Winter Garden, Florida (2019, October 22).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement officers and corrections officers about autism spectrum disorders, Orlando, Florida (2019, October 15).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Volusia County Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement officers about autism spectrum disorders, Daytona Beach, Florida (2019, October 9).

***Autism Spectrum Disorders Overview for the Orange County Sheriff's Department School Resource Officers.***  ASD overview training provided to Orange County Sheriff's Deputies and School Resource Officers (SRO) about autism spectrum disorders, Orlando, Florida (2019, August 8).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement officers about autism spectrum disorders, Orlando, Florida (2019, August 6).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Seminole County Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement officers about autism spectrum disorders, Sanford, Florida (2019, June 5).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Orange County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers about autism spectrum disorders, Orlando, Florida (2019, June 4).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Officers for the Lake County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers about autism spectrum disorders, Tavares, Florida (2019, June 3).

***Youth Mental Health Awareness.*** Training provided for Florida School Safety Specialists about mental health issues affecting school-aged youth nationwide. Strategies for improving district and school interventions to assist at-risk youth were discussed along with suggestions for training and district resources available across Florida, Plantation, FL (2019, May 16).

***Sexuality, Personal Safety, and Sex Education for Students with Intellectual Disabilities at the Postsecondary Level.*** Training provided via webinar for the Florida Center for Students with Unique Abilities (FCSUA) at the University of Central Florida (UCF) for support staff working with college-aged students with intellectual disabilities. Information was provided about sexuality education for adults with developmental disabilities and suggestions for interventions to support healthy relationships, including dating and intimacy, Orlando, FL (2019, May 7).

***Addressing Issues of Sexuality for Individuals with Autism Spectrum Disorders (ASD): How Parents, Families, and Care Givers Can Support Social and Behavioral Intervention.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Cocoa, FL (2019, April 17).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Personnel – for the Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Orlando, Florida (2019, April 9).

***Social Skills Instruction for Individuals with Autism Spectrum Disorders (ASD).*** Training provided for parents and educators about information and strategies for the purpose of providing appropriate social skills instruction for individuals with ASD. Presentation included a review of best practices for programming and intervention, and specifically illustrated how parents and school-based personnel can address the following areas of need for individuals with ASD: reasonable and ethical interventions, identification and assessment needs, discrimination between skill acquisition deficits and performance deficits, selection of appropriate teaching methodologies, implementation of instruction/strategies, evaluation of instruction/strategies (data) & modifications as needed, Kissimmee, FL (2019, March 13).

***Social Skills Instruction for Individuals with Autism Spectrum Disorders (ASD).*** Training provided for parents and educators about information and strategies for the purpose of providing appropriate social skills instruction for individuals with ASD. Presentation included a review of best practices for programming and intervention, and specifically illustrated how parents and school-based personnel can address the following areas of need for individuals with ASD: reasonable and

ethical interventions, identification and assessment needs, discrimination between skill acquisition deficits and performance deficits, selection of appropriate teaching methodologies, implementation of instruction/strategies, evaluation of instruction/strategies (data) & modifications as needed, Cocoa, FL (2019, March 13).

***Autism Spectrum Disorders (ASD) Overview for the Seminole County Crisis Intervention Team (CIT).***  ASD overview training provided to sworn law enforcement officers from the Seminole County Sheriff's Department and various law enforcement agencies within Seminole county about characteristics of autism spectrum disorders (ASD), Sanford, Florida (2019, March 7).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Personnel - for the Volusia County Crisis Intervention Team (CIT) & New Smyrna Police Department.***  ASD overview training provided to sworn law enforcement officers from the New Smyrna Police Department for the Volusia County CIT on autism spectrum disorders (ASD), New Smyrna Beach, Florida (2019, March 6).

***Making Friends and Keeping My Body Safe: Addressing Issues of Sexuality with Children Ages 9 - 12 with Autism Spectrum Disorders (ASD) – Parent Informational Training – Part 2.***
This training provided information for parents about how to support their children ages 9 - 12 with autism spectrum disorders to maintain safe romantic relationships involving intimacy and tips for successfully navigating safe boundaries and definitions of sexual harassment. Strategies for dating safety, informed consent, and engaging in balanced relationships were reviewed in detail, Orlando, Florida (2019, February 23).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel – for the Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Orlando, Florida (2019, February 12).

***Making Friends and Keeping My Body Safe: Addressing Issues of Sexuality with Children Ages 9 - 12 with Autism Spectrum Disorders (ASD) – Parent Informational Training – Part 1.***
This training provided information for parents about how to support their children ages 9 - 12 with autism spectrum disorders to maintain safe romantic relationships involving intimacy and tips for successfully navigating safe boundaries and definitions of sexual harassment. Strategies for dating safety, informed consent, and engaging in balanced relationships were reviewed in detail, Orlando, Florida (2019, February 9).

***Autism Spectrum Disorders Overview for Law Enforcement Personnel – for the Crisis Intervention Team (CIT) of Lake & Sumter Counties.***  ASD overview training provided to various law enforcement, corrections officers, and mental health providers about autism spectrum disorders, Tavares, Florida (2019, February 4).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Personnel - for the Volusia County Crisis Intervention Team (CIT).***  ASD overview training provided to sworn law enforcement officers from the Volusia County Sheriff's Department for the Volusia County Sheriff's Department CIT about autism spectrum disorders, Daytona Beach, Florida (2019, January 16).

***Addressing Issues of Sexuality for Individuals with Autism Spectrum Disorders (ASD): How Parents, Families, and Care Givers Can Support Social and Behavioral Intervention.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Kissimmee, FL (2018, December 13).

***Addressing Issues of Sexuality for Individuals with Autism Spectrum Disorders (ASD): How Parents, Families, and Care Givers Can Support Social and Behavioral Intervention.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Orlando, FL (2018, December 6).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Personnel - for the Volusia County Crisis Intervention Team (CIT).*** ASD overview training provided to sworn law enforcement officers from the Volusia County Sheriff's Department for the Volusia County Sheriff's Department CIT about autism spectrum disorders, Daytona Beach, Florida (2018, December 5).

***Social Skills Instruction for Individuals with Autism Spectrum Disorders (ASD) for Out Lady of Lourdes Catholic School.*** Training provided for educators on information and strategies for the purpose of providing appropriate social skills instruction for individuals with ASD. Presentation included a review of best practices for programming and intervention, and specifically illustrated how school-based personnel can address the following areas of need for individuals with ASD: reasonable and ethical interventions, identification and assessment needs, discrimination between skill acquisition deficits and performance deficits, selection of appropriate teaching methodologies, implementation of instruction/strategies, evaluation of instruction/strategies (data) & modifications as needed, Melbourne, FL (2018, November 9).

***Social Skills Instruction for Individuals with Autism Spectrum Disorders (ASD)***. Training provided for parents and educators about information and strategies for the purpose of providing appropriate social skills instruction for individuals with ASD. Presentation included a review of best practices for programming and intervention, and specifically illustrated how parents and school-based personnel can address the following areas of need for individuals with ASD: reasonable and ethical interventions, identification and assessment needs, discrimination between skill acquisition deficits and performance deficits, selection of appropriate teaching methodologies, implementation of instruction/strategies, evaluation of instruction/strategies (data) & modifications as needed, Kissimmee, FL (2018, October 25).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Personnel - for the Volusia County Crisis Intervention Team (CIT).*** ASD overview training provided to sworn law enforcement officers from the Volusia County Sheriff's Department for the Volusia County Sheriff's Department CIT about autism spectrum disorders, Daytona Beach, Florida (2018, October 24).

***Autism Spectrum Disorders (ASD) Overview for the Apopka Police Department.*** ASD overview training provided to sworn officers and police department staff about autism and suggested interventions for intervening with individuals of all ages with ASD, Apopka, Florida

(2018, September 28).

***Autism Spectrum Disorders (ASD) Overview for the Apopka Police Department.*** ASD overview training provided to sworn officers and police department staff about autism and suggested interventions for intervening with individuals of all ages with ASD, Apopka, Florida (2018, September 21).

***Making Friends and Keeping My Body Safe: Addressing Issues of Sexuality with Children with Autism Spectrum Disorders (ASD).*** Training provided information to parents of children aged 9-12 about how to address relationships with others and engage in safe romantic relationships. Tips for avoiding sexual harassment and suggestions for how to teach kids to engage in appropriate behavior with those they are attracted to, along with strategies for dating safety, and maintaining balanced relationships were reviewed with participants, Melbourne, Florida (2018, September 15).

***Navigating Romantic Feelings and Keeping My Body Safe: Addressing Sexuality in Teenagers with Autism Spectrum Disorders (ASD).*** Training provided information to parents of adolescents aged 13-17 about how to address relationships with others and engage in safe romantic relationships. Tips for avoiding sexual harassment and suggestions for how to teach kids to engage in appropriate behavior with those they are attracted to, along with strategies for dating safety, and maintaining balanced relationships were reviewed with participants, Melbourne, Florida (2018, September 15).

***Autism Spectrum Disorders & Dating: Strategies & Safety Tips for Engaging in Safe and Meaningful Romantic Relationships***. Training provided information to adults with autism about how to maintain safe romantic relationships involving intimacy and tips for successfully navigating informed consent. Strategies for dating safety, informed consent, and engaging in balanced relationships were reviewed, Melbourne, Florida (2018, September 15).

***Autism Spectrum Disorders (ASD) Overview for the Apopka Police Department.*** ASD overview training provided to sworn officers and police department staff about autism and suggested interventions for intervening with individuals of all ages with ASD, Apopka, Florida (2018, September 14).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Personnel - for the Volusia County Crisis Intervention Team (CIT).*** ASD overview training provided to communications officials for the Volusia County Sheriff's Department about autism spectrum disorders, Daytona Beach, Florida (2018, August 28).

***Autism Spectrum Disorders (ASD) Overview for the Winter Park Fire Department.*** 2 sessions of ASD overview training provided to fire fighters and paramedics about autism and suggested interventions for intervening with individuals of all ages with ASD, Winter Park, Florida (2018, August 16).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel – for the Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual

disabilities, Orlando, Florida (2018, August 7).

***Autism Spectrum Disorders Overview for Law Enforcement Personnel – for the Crisis Intervention Team (CIT) of Lake & Sumter Counties.*** ASD overview training provided to various law enforcement, corrections officers, and mental health providers about autism spectrum disorders, Tavares, Florida (2018, August 6).

***Autism Spectrum Disorders (ASD) Overview for the Winter Park Fire Department.*** 2 sessions of ASD overview training provided to fire fighters and paramedics about autism and suggested interventions for intervening with individuals of all ages with ASD, Winter Park, Florida (2018, July 25).

***Autism Spectrum Disorders Overview for Law Enforcement Personnel – for the Crisis Intervention Team (CIT) of Brevard County.*** ASD overview training provided to various law enforcement, corrections officers, and mental health providers about autism spectrum disorders, Melbourne, Florida (2018, July 19).

***Autism Spectrum Disorders (ASD) Overview for the Winter Park Fire Department.*** 2 sessions of ASD overview training provided to fire fighters and paramedics about autism and suggested interventions for intervening with individuals of all ages with ASD, Winter Park, Florida (2018, July 18).

***Autism Spectrum Disorders (ASD) Overview for the Winter Park Fire Department.*** 2 sessions of ASD overview training provided to fire fighters and paramedics about autism and suggested interventions for intervening with individuals of all ages with ASD, Winter Park, Florida (2018, July 11).

***Autism Spectrum Disorders Overview for Law Enforcement Personnel – for the Crisis Intervention Team (CIT) of Lake & Sumter Counties.*** ASD overview training provided to various law enforcement, corrections officers, and mental health providers about autism spectrum disorders, Tavares, Florida (2018, June 25).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel – for the Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Orlando, Florida (2018, June 18).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Personnel - for the Volusia County Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers about autism spectrum disorders, Daytona Beach, Florida (2018, May 22).

***Addressing Issues of Sexuality for Individuals with Autism Spectrum Disorders (ASD): How Parents, Families, and Care Givers Can Support Social and Behavioral Intervention.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Kissimmee, FL (2018, May 3).

***Differentiating Problematic Sexual Behavior Related to Autism Spectrum Disorders (ASD) Versus Paraphilic Disorders***. Half-day workshop presented with Dr. Eric Imhof. The presentation detailed clinical differences in clients with ASD who engage in inappropriate sexual behavior versus clients with ASD and comorbid paraphilic disorder(s) while referencing current empirical literature for state-wide staff members from the Center for Autism & Related Disabilities (CARD). The critical components of a psychosexual evaluation/risk assessment and the applications of these assessments were reviewed in detail to assist attendees in requesting appropriate evaluations for their constituents. An emphasis was placed on offering targeted suggestions to best educate families, school-based personnel, and treatment providers regarding these diagnoses and misperceptions related to risk, dangerousness, and effective intervention. Recommendations for thorough forensic assessments of individuals with ASD, including differential diagnosis, risk assessment, and the identification of individual client needs were discussed utilizing case examples, for the UCF Center for Autism & Related Disabilities (CARD) and state-wide CARD staff from 4 regional centers, Orlando, Florida (2018, April 24).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel – for the Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Orlando, Florida (2018, April 17).

***Social Skills Instruction for Individuals with Autism Spectrum Disorders (ASD)***. Training provided for parents and educators about information and strategies for the purpose of providing appropriate social skills instruction for individuals with ASD. Presentation included a review of best practices for programming and intervention, and specifically illustrated how parents and school-based personnel can address the following areas of need for individuals with ASD: reasonable and ethical interventions, identification and assessment needs, discrimination between skill acquisition deficits and performance deficits, selection of appropriate teaching methodologies, implementation of instruction/strategies, evaluation of instruction/strategies (data) & modifications as needed, Kissimmee, FL (2018, April 12).

***Creating Visual Supports for Individuals with Autism Spectrum Disorders (ASD): How Parents, Families, and Care Givers Can Support Social and Behavioral Intervention*** Training provided information for parents, family members, and care providers about supporting individuals with autism spectrum disorders in understanding and creating visual supports. Information regarding research-based, "best practices" were addressed, along with suggested interventions, visual supports, and curricula, Cocoa, Florida (2018, April 11).

***Autism Spectrum Disorders Overview for Florida Department of Law Enforcement Missing & Endangered Persons Information Clearinghouse (MEPIC) Advisory Board.*** ASD overview training provided for the Florida Department of Law Enforcement Missing & Endangered Persons Information Clearinghouse (MEPIC) Advisory Board about autism spectrum disorders, Tallahassee, Florida (2018, March 30).

***Autism Spectrum Disorders Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT) for the Seminole County Sheriff's Department.*** ASD overview training

provided to various law enforcement officers about autism spectrum disorders, Apopka, Florida (2018, March 26).

***Social Skills Instruction for Individuals with Autism Spectrum Disorders (ASD)***. Training provided for parents and educators about information and strategies for the purpose of providing appropriate social skills instruction for individuals with ASD. Presentation included a review of best practices for programming and intervention, and specifically illustrated how parents and school-based personnel can address the following areas of need for individuals with ASD: reasonable and ethical interventions, identification and assessment needs, discrimination between skill acquisition deficits and performance deficits, selection of appropriate teaching methodologies, implementation of instruction/strategies, evaluation of instruction/strategies (data) & modifications as needed, Cocoa, Florida (2018, March 14).

***Autism Spectrum Disorders Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT) for the Lake and Sumter County Sheriff's Department.*** ASD overview training provided to various law enforcement officers about autism spectrum disorders, Tavares, Florida (2018, February 26).

***Creating Visual Supports for Individuals with Autism Spectrum Disorders (ASD): How Parents, Families, and Care Givers Can Support Social and Behavioral Intervention*** Training provided information for parents, family members, and care providers about supporting individuals with autism spectrum disorders in understanding and creating visual supports. Information regarding research-based, "best practices" were addressed, along with suggested interventions, visual supports, and curricula, Kissimmee, Florida (2018, February 15).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel – for the Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Orlando, Florida (2018, February 13).

***Autism Spectrum Disorders (ASD) Overview for the Cocoa Police Department.*** ASD overview training provided to sworn officers and police department staff about autism and suggested interventions for intervening with individuals of all ages with ASD, Cocoa, Florida (2018, January 31).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT) for the Volusia County Sheriff's Department.*** ASD overview training provided to various law enforcement and communications officers about autism spectrum disorders, Daytona Beach, Florida (2018, January 10).

***Addressing Issues of Sexuality for Individuals with Autism Spectrum Disorders (ASD): How Parents, Families, and Care Givers Can Support Social and Behavioral Intervention.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Kissimmee, FL (2017, December 7).

***Addressing Issues of Sexuality for Individuals with Autism Spectrum Disorders (ASD): How Parents, Families, and Care Givers Can Support Social and Behavioral Intervention.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Cocoa, FL (2017, December 6).

***Differentiating Problematic Sexual Behavior Related to Autism Spectrum Disorders (ASD) Versus Paraphilic Disorders*** Full day workshop presented with Dr. Eric Imhof. Beginning with a comprehensive overview of Autism Spectrum Disorders (ASD) and Paraphilic Disorders, the presenters elucidated clinical differences in clients with ASD who engage in inappropriate sexual behavior versus clients with ASD and comorbid paraphilic disorder(s) while referencing empirical research.  A particular emphasis was placed upon offering targeted suggestions to best educate treatment providers, probation & parole officers, and the court regarding these diagnoses and misperceptions related to risk, dangerousness, and effective intervention. Recommendations for thorough forensic assessments of individuals with ASD, including differential diagnosis, risk assessment, and the identification of individual client needs were discussed utilizing case examples for the Pennsylvania Sexual Offenders Assessment Board, Harrisburg, Pennsylvania (2017, December 1).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT) for the Volusia County Sheriff's Department.*** ASD overview training provided to various law enforcement and communications officers about autism spectrum disorders and intellectual disabilities, Daytona Beach, Florida (2017, November 29).

***Addressing Issues of Sexuality for Individuals with Autism Spectrum Disorders (ASD): How Parents, Families, and Care Givers Can Support Social and Behavioral Intervention.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Melbourne, FL (2017, November 14).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT) for the Lake and Sumter County Sheriff's Department.***  ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Tavares, Florida (2017, Nov 6).

***Social Skills Instruction for Individuals with Autism Spectrum Disorders (ASD)***. Training provided for parents and educators about information and strategies for the purpose of providing appropriate social skills instruction for individuals with ASD. Presentation included a review of best practices for programming and intervention, and specifically illustrated how parents and school-based personnel can address the following areas of need for individuals with ASD: reasonable and ethical interventions, identification and assessment needs, discrimination between skill acquisition deficits and performance deficits, selection of appropriate teaching methodologies, implementation

of instruction/strategies, evaluation of instruction/strategies (data) & modifications as needed, Cocoa, FL (2017, November 1).

***Overview of Autism Spectrum Disorders (ASD) for St. Joseph's Catholic School.*** ASD overview and awareness training provided to professionals and instructional and support staff about autism spectrum disorders and intervention strategies for individuals with ASD, Palm Bay, Florida (2017, November 1).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Personnel for the Crisis Intervention Team (CIT) and the Volusia County Sheriff's Department.*** ASD overview training provided to various law enforcement officers about autism spectrum disorders, Daytona Beach, Florida (2017, October 24).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel – for the Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Orlando, Florida (2017, October 17).

***Teaching Social Skills to Students with Autism Spectrum Disorders (ASD) for the Osceola County Public Schools***. Day-long professional development for teachers in Osceola County provided educators with information and strategies for the purpose of providing appropriate social skills instruction for individuals with ASD. Instruction included a review of best practices for programming and intervention, and specifically illustrated how school-based personnel can address the following areas of need for individuals with ASD: reasonable and ethical interventions, identification and assessment needs, discrimination between skill acquisition deficits and performance deficits, selection of appropriate teaching methodologies, implementation of instruction/strategies, evaluation of instruction/strategies (data) & modifications as needed, Kissimmee, FL (2017, October 16).

***Autism Spectrum Disorders (ASD) Overview for Law Enforcement Personnel – for the Crisis Intervention Team (CIT) of Volusia County.*** ASD overview training provided to various law enforcement officers about autism spectrum disorders, Daytona Beach, Florida (2017, September 20).

***Recognizing Autism Spectrum Disorders (ASD) Characteristics in Clients for the Central Florida Association of Criminal Defense Lawyers (CFACDL).*** An overview of autism spectrum disorders (ASD) was provided, along with clinical descriptions of the characteristics of ASD for Federal Public Defenders, Public Defenders, and criminal defense attorneys at the CFACDL luncheon. A particular emphasis was placed upon common characteristics of ASD, along with targeted suggestions for lawyers to best educate the court regarding an ASD diagnosis and challenges. Recommendations for comprehensive forensic assessments of individuals with ASD, including differential diagnosis, risk assessment, and the identification of individual client needs were discussed, Orlando, Florida (2017, August 30).

***Autism Spectrum Disorders(ASD) Overview for the Cocoa Police Department.*** ASD overview training provided to sworn officers and police department staff about autism and suggested interventions for intervening with individuals of all ages with ASD, Cocoa, Florida (2017, August

23).

***Addressing Issues of Sexuality for School-Aged Individuals with Autism Spectrum Disorders (ASD): How Parents, Families, and Care Givers Can Support Social and Behavioral Intervention.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Melbourne, FL (2017, August 19).

***Autism Spectrum Disorders Overview for the Orange County Sheriff's Department School Resource Officers.*** ASD overview training provided to Orange County Sheriff's Deputies and School Resource Officers (SRO) about autism spectrum disorders, Orlando, Florida (2017, August 9).

***Autism Spectrum Disorders Overview for Law Enforcement Personnel – for the Seminole County Sheriff's Office – School Safety Division.*** ASD overview training provided to various law enforcement officers about autism spectrum disorders, Sanford, Florida (2017, August 8).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Orlando, Florida (2017, August 8).

***Autism Spectrum Disorders Overview for Law Enforcement Personnel – for the Seminole County Sheriff's Office - Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement officers about autism spectrum disorders, Sanford, Florida (2017, August 3).

***Understanding and Supporting Students (K-6) with ASD in the General Education Classroom for Partnership*** for the Effective Programs for Students with Autism (PEPSA), Melbourne, Florida (2017, August 1).

***The Intersect Between Autism Spectrum Disorders (ASD) and Paraphilias: Ramifications Within the Criminal Justice System for the Orange County Public Defender's*** with Dr. Eric Imhof. Beginning with an overview of autism spectrum disorders (ASD), the presenters elucidated clinical differences in clients with ASD who engage in inappropriate sexual behavior versus clients with ASD and a comorbid paraphilic disorder(s).  A particular emphasis was placed on the diagnosis of Pedophilic Disorder and targeted suggestions were offered to best educate the court regarding ASD diagnosis and misperceptions related to risk and dangerousness. Recommendations for comprehensive forensic assessments of individuals with ASD, including differential diagnosis, risk assessment, and the identification of individual client needs were discussed utilizing case examples was provided for the Nitty Gritty Mitigation Seminar, Orlando, Florida (2017, July 25).

***Autism Spectrum Disorders(ASD) Overview for the Melbourne Fire Department.*** 2 sessions of ASD overview training provided to fire fighters and paramedics about autism and suggested interventions for intervening with individuals of all ages with ASD, Melbourne, Florida (2017, June

12).

***Autism Spectrum Disorders(ASD) Overview for the Melbourne Fire Department.*** 3 sessions of ASD overview training provided to fire fighters and paramedics about autism and suggested interventions for intervening with individuals of all ages with ASD, Melbourne, Florida (2017, June 11).

***Autism Spectrum Disorders(ASD) Overview for the Melbourne Fire Department.*** 3 sessions of ASD overview training provided to fire fighters and paramedics about autism and suggested interventions for intervening with individuals of all ages with ASD, Melbourne, Florida (2017, June 10).

***Autism Spectrum Disorders(ASD) Overview for the Titusville Police Department.*** ASD overview training provided to sworn officers and police department staff about autism and suggested interventions for intervening with individuals of all ages with ASD, Titusville, Florida (2017, June 8).

***Executive Functioning Skills to Support Students with Autism Spectrum Disorders (ASD) in General Education Classrooms.*** Overview of Executive Functioning skills that typically pose problems for school-aged students with ASD. Specific overview of executive functioning skills, strategies for intervention, and suggestions for applied methodologies based upon specific student needs provided to the instructional staff at St. Teresa's Catholic School, Titusville, FL (2017, June 7).

***Autism Spectrum Disorders (ASD) Overview for the Titusville Police Department.*** ASD overview training provided to sworn officers and police department staff about autism and suggested interventions for intervening with individuals of all ages with ASD, Titusville, Florida (2017, June 6).

***Autism Spectrum Disorders (ASD) Overview for the Titusville Police Department.*** ASD overview training provided to sworn officers and police department staff about autism and suggested interventions for intervening with individuals of all ages with ASD, Titusville, Florida (2017, June 1).

***Autism Spectrum Disorders(ASD) Overview for the Titusville Police Department.*** ASD overview training provided to sworn officers and police department staff about autism and suggested interventions for intervening with individuals of all ages with ASD, Titusville, Florida (2017, May 30).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT) for the Lake and Sumter County Sheriff's Department.*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Tavares, Florida (2017, May 8).

***Behavior Basics: Part 2*** Training provided to teachers, support personnel, and parents about sound behavioral approaches and interventions, Melbourne, Florida (2017, April 12).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Orlando, Florida (2017, April 11).

***WEBINAR: Differentiating Problematic Sexual Behavior Related to Autism Spectrum Disorders (ASD) versus Paraphilic Disorders: Part 2 ADULTS*** with Dr. Eric Imhof. Beginning with a brief overview of literature regarding autism spectrum disorders (ASD) and problematic sexual behavior, the presenters elucidated clinical differences in juvenile clients with ASD who engage in inappropriate sexual behavior versus clients with ASD and comorbid deviant sexual interests. Best practices for assessment including differential diagnosis, risk assessment, identification of client needs, and how to respond with comprehensive multi-disciplinary treatment planning were discussed utilizing a number of case examples (2017, April 6).

***Behavior Basics: Part 1*** Training provided to teachers, support personnel, and parents about sound behavioral approaches and interventions, Melbourne, Florida (2017, April 5).

***WEBINAR: Differentiating Problematic Sexual Behavior Related to Autism Spectrum Disorders (ASD) versus Paraphilic Disorders: Part 1 JUVENILES.*** With Dr. Eric Imhof. Beginning with a brief overview of literature regarding autism spectrum disorders (ASD) and problematic sexual behavior, the presenters elucidated clinical differences in juvenile clients with ASD who engage in inappropriate sexual behavior versus clients with ASD and comorbid deviant sexual interests. Best practices for assessment including differential diagnosis, risk assessment, identification of client needs, and how to respond with comprehensive multi-disciplinary treatment planning were discussed utilizing a number of case examples (2017, March 9).

***Sexuality and Autism: Instructional Strategies for Parents & Professionals.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Daytona Beach, FL (2017, March 8).

***Overview of Autism Spectrum Disorders (ASD) for St. Mary's Catholic School.*** ASD overview and awareness training provided to professionals, instructional staff and support staff about autism spectrum disorders and intervention strategies for individuals with ASD, Rockledge, Florida (2017, March 1).

***Overview of Autism Spectrum Disorders (ASD) for the Florida Catholic Conference (FCC) Administrators' Conference.*** ASD overview and awareness training provided to administrators, school-based professionals, and support staff about autism spectrum disorders and intervention strategies for individuals with ASD, Orlando, Florida (2017, February 23).

***Overview of Autism Spectrum Disorders (ASD) for Sherwood Elementary School.*** 2 sessions ASD overview and awareness training provided to professionals, instructional staff and support staff about autism spectrum disorders and intervention strategies for individuals with ASD, Melbourne, Florida (2017, February 20).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Orlando, Florida (2017, February 16).

***Executive Functioning Skills for Learners with Autism Spectrum Disorders (ASD).*** Overview of Executive Functioning skills that typically pose problems for school-aged students with ASD. Specific overview of executive functioning skills, strategies for intervention, and suggestions for applied methodologies based upon student need provided to the instructional staff at Our Savior Catholic School, Cocoa Beach, FL (2017, January 27).

***Sexuality and Autism: Instructional Strategies for Parents & Professionals.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Orlando, FL (2016, December 7).

***Autism Spectrum Disorders (ASD) Overview Training for School Resource Officers (SRO) and School-Based Administrators.*** Autism spectrum disorders (ASD) overview training provided to law enforcement officers, designated school resources officers, and school-based administrators (principals and assistant principals) in Osceola County about ASD and how to safely manage situations involving school-aged students with varying behavioral challenges. Strategies for conducting functional behavioral assessments (FBA) and developing sound behavior intervention plans (BIP) were discussed St. Cloud, Florida (2016, November 18).

***Sexuality and Autism: Instructional Strategies for Parents & Professionals.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Orlando, FL (2016, October 26).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Orlando, Florida (2016, October 18).

***Social Skills Instruction to Support Individuals with Autism Spectrum Disorders.*** Training provided over the provision of specific social skills instruction and implementation strategies for parents, care givers, teachers, and school-based personnel, Cocoa, Florida (2016, October 12).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual disabilities, Orlando, Florida (2016, August 2).

***Social Skills Instruction for Students with ASD for Volusia County Public Schools.*** Training provided over the provision of specific social skills instruction and implementation strategies for

general education teachers, special education teachers, support personnel, and parents, Orange City, Florida (2016, June 13).

***Understanding the IEP – Part 2.***  Overview of an Individualized Education Plan (IEP) and review of specific components for parents and caregivers, Titusville, FL (2016, May 25).

***Understanding the IEP.***  Overview of an Individualized Education Plan (IEP) and review of specific components for parents and caregivers, Titusville, FL (2016, May 11).

***Behavioral Overview and Intervention Suggestions for St. Teresa's School.***  Overview of applied behavioral analysis and targeted intervention strategies for students with behavioral challenges in general education classrooms, Titusville, FL (2016, May 3).

***Sexuality and Autism: Instructional Strategies for Parents & Professionals.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Orlando, FL (2016, April 19).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and mental retardation, Orlando, Florida (2016, April 19).

***Who? What? Where? When? Sexuality and Autism: Instructional Strategies for Parents & Professionals.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Melbourne, FL (2016, April 13).

***Sexuality and Autism: Instructional Strategies for Parents & Professionals.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Titusville, FL (2016, April 6).

***Autism Spectrum Disorders (ASD) Overview for the Seminole County Public Defender's Office.***  This training provided comprehensive information about ASD, diagnostics, and community-based agencies supporting individuals with ASD in Seminole County for the Seminole County Public Defender's Office, Sanford, Florida (2016, March 18).

***Overview of Autism Spectrum Disorders (ASD) for Longleaf Elementary School .***  ASD overview and awareness training provided to professionals, parents and support staff about autism spectrum disorders and intervention strategies for individuals with ASD, Melbourne, Florida (2016, March 16).

***Autism Crisis Intervention Training for the Seminole County Sheriff's Department.*** ASD

overview training provided to various law enforcement officers, from multiple agencies in Seminole County about autism spectrum disorders and how to safely manage situations involving individuals with ASD in the community, Apopka, Florida (2016, March 3).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and intellectual impairments, Orlando, Florida (2016, March 1).

***Autism Spectrum Disorders (ASD) Overview for the Brevard County Public Defender's Office.***  This training provided comprehensive information about ASD, diagnostics, and community-based agencies supporting individuals with ASD in Brevard County for the Brevard County Public Defender's Office, Viera, Florida (2016, January 22).

***Autism Spectrum Disorders for Police Officers in Training at the Osceola County Police Academy.***  ASD overview training provided to cadets and law enforcement and officers about autism spectrum disorders and targeted crisis management in the community, Kissimmee, Florida (2015, November 16).

***ASD Overview for the Guardian Ad Litem Program in Seminole County.***  This training provided comprehensive information about ASD, diagnostics, and community-based agencies supporting individuals with ASD in Seminole County for the Guardian Ad Litem Program in Seminole County, Sanford, Florida (2015, October 8).

***Social Skills Instruction for the Space Coast Early Intervention Center - Students with ASD: Practical Strategies for Parents & Educators.***  Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, support personnel, and parents, Melbourne, Florida (2015, October 7).

***Autism Crisis Intervention Training for the Seminole County Sheriff's Department.*** ASD overview training provided to various law enforcement officers, from multiple agencies in Seminole County about autism spectrum disorders and how to safely manage situations involving individuals with ASD in the community, Sanford, Florida (2015, September 23).

***Overview of Autism Spectrum Disorders (ASD) for Space Coast Early Intervention.***  ASD overview and awareness training provided to professionals, parents and support staff about autism spectrum disorders and intervention strategies for individuals with ASD, Melbourne, Florida (2015, September 2).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and mental retardation, Orlando, Florida (2015, April 18).

***Autism Awareness Training for Rockledge Police Department***. 2 sessions of autism spectrum disorders (ASD) awareness training provided to the Rockledge Police Department, Rockledge, Florida (2015, August 11).

***Autism Awareness Training for Rockledge Police Department***. 2 sessions of autism spectrum disorders (ASD) awareness training provided to the Rockledge Police Department, Rockledge, Florida (2015, August 5).

***Autism Awareness Training for Rockledge Police Department***. 2 sessions of autism spectrum disorders (ASD) awareness training provided to the Rockledge Police Department, Rockledge, Florida (2015, August 4).

***Autism Spectrum Disorders (ASD) and Behavioral Intervention for Brevard County Public Schools.*** ASD overview and awareness training and overview of applied behavioral analysis provided to support staff about autism spectrum disorders and intervention strategies for students with ASD in Brevard County, Melbourne, Florida (2015, July 28).

***Autism Crisis intervention training for the Valencia College School of Public Safety.*** ASD overview training provided to various law enforcement officers, from multiple agencies in the central Florida area about autism spectrum disorders and how to safely manage situations involving individuals with ASD in the community, Orlando, Florida (2015, July 10).

***Sexuality and Autism: Instructional Strategies for Parents & Professionals.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Melbourne, FL (2015, May 9).

***Overview of Autism Disorders (ASD) for Eastern Florida State College.*** ASD overview and awareness training provided to Professors and support staff about autism spectrum disorders and intervention strategies for students with ASD, Melbourne, Florida (2015, April 24).

***ASD Transition Information and Support Strategies for Families.*** Overview of transition services available to students K-22 years and specific strategies to successfully transition students with ASD out of school and into their community, Melbourne, Florida (2015, April 22).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and mental retardation, Orlando, Florida (2015, April 14).

***Social Skills Instruction for the Space Coast Early Intervention Center - Students with ASD: Practical Strategies for Parents & Educators.*** Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, support personnel, and parents, Melbourne, Florida (2015, April 8).

***Sexuality & Autism: Instructional Intervention Strategies for Parents and Professionals for CARD VINE Webinar Series.*** Information provided via live webcast about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for

the purpose of sexuality education instruction for learners with ASD, Miami, FL (2015, April 3).

***Disability Awareness Training for School Resource Officers and Administrators in Osceola County.*** ASD overview training provided to various law enforcement officers, SROs, and county-wide school-based administrators about autism spectrum disorders and managing challenging behaviors on school sites without law enforcement involvement, St. Cloud, Florida (2015, March 30).

***Sexuality and Autism: Instructional Strategies for Parents & Professionals.*** Information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD, Pensacola, FL (2015, March 7).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and mental retardation, Orlando, Florida (2015, February 17).

***Who? What? Where? When? Sexuality Education for Individuals with Autism Spectrum Disorders (ASD)*** presentation provided instructional staff with information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized interventions for the purpose of sexuality education instruction for students with ASD. Orlando, Florida (2015, February 15).

***Social/Sexual Awareness Training: Instructional Supports for Sensitive Issues and Students with Autism*** information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD. Lecanto, Florida (2015, January 28).

***Overview of Autism Disorders (ASD) for Audubon Elementary School.*** ASD overview and awareness training provided to teachers and support staff about autism spectrum disorders and intervention strategies for students with ASD, Merritt Island, Florida (2014, December 11).

***Stay Out of Jail: Perils of Pornography for Individuals with ASD*** information provided to parents, agencies, guardians and caretakers regarding internet safety and the danger of viewing illegal on-line pornography. Definitions of Federal statues and potential implications and consequences reviewed, Orlando, Florida (2014, December 5)

***Let's Talk About Sex! And Other Mind-Blowing Facts About Sexuality Education for Individuals with Autism Spectrum Disorders (ASD) for Magnolia High School*** information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD. Orlando, Florida (2014, November 5).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and mental retardation, Orlando, Florida (2014, October 21).

***Let's Talk About Sex! And Other Mind-Blowing Facts About Sexuality Education for Individuals with Autism Spectrum Disorders (ASD)*** information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD. Daytona Beach, Florida (2014, October 21).

***Full Day Teacher In-service for Melbourne Central Catholic High School in Melbourne: Dancing with the Strategies*** full-day, in-service training for the staff of Melbourne Central Catholic High School over autism spectrum disorders (ASD), universal design and accommodations for students with learning differences, social skills interventions for students with high functioning ASD, and behavioral basics training provided to teachers and support staff, Melbourne, Florida (2014, October 17).

***Overview of Autism Disorders (ASD) for Tropical Elementary School.***  ASD overview and awareness training provided to teachers and support staff about autism spectrum disorders and intervention strategies for students with ASD, Titusville, Florida (2014, September 30).

***Full Day Teacher In-service for Bishop Moore Catholic High School in Orlando: Dancing with the Strategies*** full-day, in-service training for the staff of Bishop Moore High School over autism spectrum disorders (ASD), universal design and accommodations for students with learning differences, social skills interventions for students with high functioning ASD, and behavioral basics training provided to teachers and support staff, Orlando, Florida (2014, September 25).

***Let's Talk About Sex! And Other Mind-Blowing Facts About Sexuality Education for Individuals with Autism Spectrum Disorders (ASD)*** information provided about issues of sexuality related to individuals with ASD and suggestions for implementing individualized supports and programming including: boundaries, health and hygiene, community safety, and masturbation for the purpose of sexuality education instruction for learners with ASD. Orlando, Florida (2014, August 9).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and mental retardation, Orlando, Florida (2014, August 5).

***Creating Portfolio's for Students with ASD.***  Training provided for parents, professionals, and teachers at Child and Family Consultants (CFC) about how to create educationally relevant portfolios to assist in communicating about the strengths, preferences, and transition needs of students with ASD, Melbourne, Florida (2014, July 23).

***Let's Talk About Sex! And Other Mind-Blowing Facts About Social-Sexual Education for***

***Individuals with Autism Spectrum Disorders (ASD)*** presentation provided information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized information for the purpose of sexuality education instruction for learners with ASD. Melbourne, Florida (2014, May 7).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and mental retardation, Orlando, Florida (2014, April 15).

***Social Skills Instruction for the Space Coast Early Intervention Center - Students with ASD: Practical Strategies for Parents & Educators.***  Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, support personnel, and parents, Melbourne, Florida (2014, April 2).

***Behavior Basics: Part 2 for St. Teresa's Catholic School.***  Training provided to teachers, support personnel, and administrators about sound behavioral approaches for use in the classroom, Titusville, Florida (2014, May 21).

***Behavior Basics: Part 1 for St Teresa's Catholic School.***  Training provided to teachers, support personnel, and administrators about sound behavioral approaches for use in the classroom, Titusville, Florida (2014, May 21).

***Overview of Autism Disorders (ASD) for St. Teresa's Catholic School.***  ASD overview and awareness training provided to teachers and support staff about autism spectrum disorders and intervention strategies for students with ASD, Titusville, Florida (2014, May 21).

***Let's Talk About Sex! And Other Mind-Blowing Facts About Social-Sexual Education for Individuals with Autism Spectrum Disorders (ASD)*** presentation provided information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized information for the purpose of sexuality education instruction for learners with ASD. Orlando, Florida (2014, February 28).

***Overview of Autism Disorders (ASD) for Gemini Elementary School.***  ASD overview and awareness training provided to teachers and support staff about autism spectrum disorders and intervention strategies for students with ASD, West Melbourne, Florida (2014, February 27).

***Overview of Autism Disorders (ASD) for Melbourne High School.***  ASD overview and awareness training provided to teachers and support staff about autism spectrum disorders and intervention strategies for students with ASD, Melbourne, Florida (2014, February 25).

***Overview of Autism Disorders (ASD) for Melbourne High School.***  ASD overview and awareness training provided to teachers and support staff about autism spectrum disorders and intervention strategies for students with ASD, Melbourne, Florida (2014, February 24).

***Overview of Autism Disorders (ASD) for the Space Coast Early Intervention Center.***  ASD overview and awareness training provided to teachers, support staff, day care providers, and

parents about autism spectrum disorders and intervention strategies for students with ASD, Melbourne, Florida (2014, February 19).

***Autism Spectrum Disorders & Intellectual Disabilities Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and mental retardation, Orlando, Florida (2014, February 18).

***Overview of Autism Disorders (ASD) for Imagine Schools.*** ASD overview and awareness training provided to teachers and support staff about autism spectrum disorders and intervention strategies for students with ASD, West Melbourne, Florida (2014, February 12).

***Overview of Autism Disorders (ASD) for Enterprise Elementary School.*** ASD overview and awareness training provided to teachers and support staff about autism spectrum disorders and intervention strategies for students with ASD, Port St. John, Florida (2014, January 28).

***Overview of Autism Disorders (ASD) for James Madison Middle School.*** ASD overview and awareness training provided to teachers and support staff about autism spectrum disorders and intervention strategies for students with ASD, Titusville, Florida (2013, December 17).

***Autism Spectrum Disorders & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and mental retardation, Orlando, Florida (2013, October 22).

***Understanding Autism Spectrum Disorders (ASD) : How OTs and PTs Can Support Students in All Settings***. Staff development provided to OTs and PTs in Brevard County to assist in the identification, support, and intervention of students with ASD in general education sections, Melbourne, Florida (2013, October 21).

***Social Skills Instruction for the Space Coast Early Intervention Center - Students with ASD: Practical Strategies for Parents & Educators.*** Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, support personnel, and parents, Melbourne, Florida (2013, October 9).

***Overview of Autism Disorders (ASD) for St. Joseph's Catholic School.*** ASD overview and awareness training provided to teachers and support staff about autism spectrum disorders and intervention strategies for students with ASD, Malabar, Florida (2014, October 9).

***Let's Talk About Sex! And Other Mind-Blowing Facts About Social-Sexual Education for Individuals with Autism Spectrum Disorders (ASD)*** presentation provided information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized information for the purpose of sexuality education instruction for learners with ASD. Orlando, Florida (2013, September 21).

***Autism Spectrum Disorders & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** ASD overview training provided to various law enforcement

and corrections officers about autism spectrum disorders and mental retardation, Orlando, Florida (2013, August 6).

***Creating Portfolio's for Students with ASD.***  Training provided for parents, professionals, and teachers at Child and Family Consultants (CFC) about how to create educationally relevant portfolios to assist in communicating about the strengths, preferences, and transition needs of students with ASD, Melbourne, Florida (2012, July 31).

***Autism Spectrum Disorders Overview for the Seminole County Sheriff's Office – Child Protective Services.***  ASD overview training provided to detectives and child protective investigative officers about Autism Spectrum Disorders, Orlando, Florida (2013, June 25).

***Autism Spectrum Disorders & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  ASD overview training provided to various law enforcement and corrections officers about autism spectrum disorders and mental retardation, Orlando, Florida (2013, June 25).

***Behavior Basics: Part 2 for St. Teresa's Catholic School.***  Training provided to teachers, support personnel, and administrators about sound behavioral approaches for use in the classroom, Titusville, Florida (2013, May 8).

***Behavior Basics: Part 1 for St Teresa's Catholic School.***  Training provided to teachers, support personnel, and administrators about sound behavioral approaches for use in the classroom, Titusville, Florida (2013, May 8).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2013, April 16).

***Let's Talk about Sex!  Instructional Strategies for Parents and Educators Supporting Individuals with Autism Spectrum Disorders (ASD)*** presentation provided information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized information for the purpose of sexuality education instruction for students with ASD. Melbourne, Florida (2013, April 10).

***Overview of Pervasive Developmental Disorders (PDD) for St. Teresa's Catholic School.***  PDD overview and awareness training provided to teachers and support staff about pervasive developmental disorders and intervention strategies for students with ASD, Titusville, Florida (2013, April 3).

***Behavior Basics: Part 2.***  Training provided to parents, teachers, support personnel, therapists, and community-based providers about sound behavioral approaches for use in the classroom and at home, Melbourne, Florida (2013, March 13).

***Behavior Basics: Part 1.***  Training provided to parents, teachers, support personnel, therapists, and community-based providers about sound behavioral approaches for use in the classroom and

at home, Melbourne, Florida (2013, March 6).

***Let's Talk about Sex!  Instructional Strategies for Parents and Educators Supporting Individuals with Autism Spectrum Disorders (ASD)*** presentation provided information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized information for the purpose of sexuality education instruction for students with ASD. Kissimmee, Florida *(*2013, February 19).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2013, February 12).

***Overview of Pervasive Developmental Disorders (PDD) for the Archdiocese of Orlando.*** PDD overview and awareness training provided to teachers and support staff about pervasive developmental disorders and intervention strategies for students with ASD, Orlando, Florida (2013, February 6).

***ASD Transition Information and Support Strategies for Families.*** Overview of transition services available to students K-22 years and specific strategies to successfully transition students with ASD out of school and into their community, Cocoa, Florida (January 31, 2013).

***Pervasive Developmental Disorders (PDD) Overview for Osceola County Paraprofessionals.*** ASD overview and awareness training provided to paraprofessionals about pervasive developmental disorders and intervention strategies to assist students with ASD in special education classrooms, Kissimmee, Florida (January 30, 2013).

***Pervasive Developmental Disorders (PDD) Overview for Osceola County Transportation Department.*** ASD overview and awareness training provided to bus drivers and transportation staff about pervasive developmental disorders and intervention strategies, Kissimmee, Florida (January 17, 2013).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** Awareness training provided to corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2012, December 4).

***Overview of Pervasive Developmental Disorders (PDD) for Our Lady of Lourdes Catholic School.*** PDD overview and awareness training provided to teachers, therapeutic, and direct care staff about pervasive developmental disorders and intervention strategies, Melbourne, Florida (2012, November 27).

***Social Skills Instruction for the Space Coast Early Intervention Center - Students with ASD: Practical Strategies for Parents & Educators.*** Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, support personnel, and parents, Melbourne, Florida (2012, November 7).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Kissimmee, Florida (2012, November 6).

***Behavior Basics: Part 1 & 2 for Liberty High School.*** Training provided to teachers and instructional support staff personnel about sound behavioral approaches for use with students with ASD in the school, Kissimmee, Florida (2012, October 19).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2012, October 16).

***Overview of Pervasive Developmental Disorders (PDD) for the Federal Public Defender's Office.*** PDD overview and awareness training provided to the staff at the Federal Public Defender's office about pervasive developmental disorders and legal implications, Orlando, Florida (2012, September 27).

***Overview of Pervasive Developmental Disorders (PDD) for Space Coast Early Intervention Center (SCEIC).*** PDD overview and awareness training provided to parents, teachers, therapeutic, and direct care staff about pervasive developmental disorders and intervention strategies, Melbourne, Florida (2012, September 19).

***Social Skills Intervention for Students with ASD: Practical Strategies for Brevard County In-Service Day.*** Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, and support personnel, and school-based staff, Satellite Beach, Florida (2012, September 10).

***Overview of Pervasive Developmental Disorders (PDD) for Brevard County Public Schools In-Service Day.*** PDD overview and awareness training provided to teachers, counselors, and school-based staff about pervasive developmental disorders and intervention strategies, Satellite Beach, Florida (2012, September 10).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2012, August 14).

***Creating Portfolio's for Students with ASD.*** Training provided for parents and teachers at the Space Coast Early Intervention Center (SCEIC), Melbourne, Florida (2012, July 31).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Chipley, Florida (2012, June 29).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Kissimmee, Florida (2012, June 7).

***Overview of Pervasive Developmental Disorders (PDD) for Lakeside Alternatives.***  PDD overview and awareness training provided to management, therapeutic, and direct care staff about pervasive developmental disorders and intervention strategies, Orlando, Florida (2012, May 2).

***Let's Talk about Sex!  Instructional Strategies for Parents and Educators Supporting Individuals with Autism Spectrum Disorders (ASD)*** presentation provided information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized information for the purpose of sexuality education instruction for students with ASD. Orlando, Florida *(*2012, April 17).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2012, April 17).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Ponce Inlet Police Department.***  Awareness training provided to law enforcement officers and fire fighters about pervasive developmental disorders and mental retardation, Ponce Inlet, Florida (2012, April 11).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Ponce Inlet Police Department.***  Awareness training provided to law enforcement officers and fire fighters about pervasive developmental disorders and mental retardation, Ponce Inlet, Florida (2012, April 10).

***Let's Talk About Sex! Instructional Strategies for Educators Supporting Individuals with Significant Disabilities.***  Training provided for students of the Department of Special and Early Education at Northern Illinois University, DeKalb, Illinois (2012, March 28).

***Let's Talk About Sex! And Other Mind-Blowing Facts About Social-Sexual Education for Individuals with Significant Disabilities.***  Training provided for the faculty Colloquium at Northern Illinois University, DeKalb, Illinois (2012, March 27).

***Behavior Basics: Part 2.***  Training provided on-line to parents, teachers, support personnel, therapists, and community-based providers about sound behavioral approaches for use in the classroom and at home, Cocoa, Florida (2012, March 8).

***Behavior Basics: Part 1.***  Training provided to parents, teachers, support personnel, therapists, and community-based providers about sound behavioral approaches for use in the classroom and at home, Cocoa, Florida (2012, March 6).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis***

*Intervention Team (CIT).*  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Kissimmee, Florida (2012, February 29).

*Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2012, February 14).

*Overview of Pervasive Developmental Disorders (PDD) for Lakeside Alternatives.*  PDD overview and awareness training provided to management, therapeutic, and direct care staff about pervasive developmental disorders and intervention strategies, Orlando, Florida (2011, December 15).

*Social Skills Instruction for Elementary Students with ASD: Practical Strategies for Parents & Educators.*  Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, support personnel, and parents at the Daytona State College/University of Central Florida, Daytona Beach, Florida (2011, October 20).

*Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Kissimmee, Florida (2011, October 18).

*Let's Talk about Sex!  Instructional Strategies for Parents and Educators Supporting Individuals with Autism Spectrum Disorders (ASD)* presentation provided information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized information for the purpose of sexuality education instruction for students with ASD. Recommendations for the development of relevant and measurable goals and objectives in this area were presented for The Scott Center for Autism Treatment at the Florida Institute of Technology, Melbourne, Florida *(*2011, September 28).

*Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Kissimmee, Florida (2011, August 16).

*Behavioral and Social Skills Interventions for Students with ASD for Ascension Catholic School.* Training provided detailed information about social skills, applied behavioral analysis, and the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, and support personnel, Melbourne, Florida (2011, August 4).

*Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Kissimmee, Florida (2011, July 28).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2011, June 14).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2011, April 14).

***Behavior Basics: Part 2.***  Training provided on-line to parents, teachers, support personnel, therapists, and community-based providers about sound behavioral approaches for use in the classroom and at home, Cocoa, Florida (2011, April 13).

***Behavior Basics: Part 1.***  Training provided to parents, teachers, support personnel, therapists, and community-based providers on-line about sound behavioral approaches for use in the classroom and at home, Cocoa, Florida (2011, April 6).

***Pervasive Developmental Disorders (PDD) Overview for Ascension Catholic School.***  This presentation provided the entire staff of educators with overview information about ASD and the neurological underpinnings of PDD.  Information was given regarding educational methodological selections related to appropriately addressing the specific needs of students with ASD within school-based settings.  Melbourne, Florida (2011, April 6).

***Behavioral and Social Skills Interventions for Students with ASD for Melbourne Central Catholic School.*** Training provided detailed information about social skills, applied behavioral analysis, and the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, and support personnel, Melbourne, Florida (2011, March 23).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Kissimmee, Florida (2011, February 24).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2011, February 15).

***Let's Talk about Sex!  Instructional Strategies for Parents and Educators Supporting Individuals with Autism Spectrum Disorders (ASD)*** this presentation provided information about issues of sexuality related to individuals with ASD and suggestions for implementing individualized information for the purpose of sexuality education instruction for individuals with ASD, Gainesville, Florida (2011, February 12)**.**

***Pervasive Developmental Disorders (PDD) Overview for Melbourne Central Catholic School.***
This presentation provided the entire staff of educators with overview information about ASD and the neurological underpinnings of PDD. Information was given regarding educational methodological selections related to appropriately addressing the specific needs of students with ASD within school-based settings. Best practices for the provision of evidence-based best practices by educators to address the following areas: core deficits of ASD, appropriate and ethical interventions for students with AS and ASD, behavioral interventions and suggestions, and the implementation of school-wide, team-based programming to support students with ASD, Melbourne, Florida (2011, January 26).

***Let's Talk about Sex! Instructional Strategies for Parents, Providers and Teachers Working with Individuals with ASD.*** This training provided information regarding research-based, "best practices" in the area of sexuality education for individuals with Autism Spectrum Disorders (ASD). Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation, Kissimmee, Florida (2010, December 9).

***Potty Primer***. Training provided to parents, teachers, support personnel, and community based providers about specialized toilet training techniques for children with ASD and other developmental disabilities for the Space Coast Early Intervention Center, Melbourne, Florida (2010, December 8).

***Social Skills Instruction for Students with ASD: Practical Strategies for Parents & Educators for the Space Coast Early Intervention Center (SCEIC).*** Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, support personnel, and parents at the Space Coast Early Intervention Center, Melbourne, Florida (2010, November 10).

***Video Modeling for Metro West Kids Learning Center.*** Training provided an overview of *Video Modeling* strategies for use within school-based, home, and therapeutic settings for teachers, therapists, parents and school-based staff of students with ASD. Participants were provided with practical applications, resource materials, general information to support the development and use of video modeling techniques along with in-vivo practice of shooting and editing video. Suggested support material, guidelines and best practices regarding meeting the individual educational needs of individuals with ASD were presented at Metro West Kids Learning Center, Des Moines, Iowa (2010, November 6).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2010, October 19).

***Behavior Basics: Part 2 for the Space Coast Early Intervention Center.*** Training provided to parents, teachers, support personnel, therapists, and community-based providers for the Space Coast Early Intervention Center about sound behavioral approaches for use in the classroom and at home, Melbourne, Florida (2010, October 13).

***Behavior Basics: Part 1 for the Space Coast Early Intervention Center.***  Training provided to parents, teachers, support personnel, therapists, and community-based providers for the Space Coast Early Intervention Center about sound behavioral approaches for use in the classroom and at home, Melbourne, Florida (2010, September 29).

***Autism Spectrum Disorders (ASD) Overview for Atlantic Inclusive Academy.*** This presentation provided educators with overview information about ASD and educational methodological selections related to appropriately selecting educational interventions and treatment plans within school-based settings.  Social skills and targeted social skills programming for school, community, and home environments were reviewed and specialized strategies for the purpose of providing appropriate social skills programming and instruction for a variety of students with disabilities were presented along with examples of intervention tools and techniques.  Best practices for the provision of evidence-based best practices by educators to address the following areas: reasonable and ethical interventions, identification and assessment needs, discrimination between skill acquisition deficits and performance deficits, selection of appropriate teaching methodologies, implementation of instruction and strategies, evaluation of instruction and strategies (data) & modifications to programming, Orlando, Florida (2010, September 13).

***Pervasive Developmental Disorders (PDD) and Autism Spectrum Disorder (ASD) for the Space Coast Early Intervention Center.***  Training provided to an entire school (pre-K – 8) faculty regarding pervasive developmental disorders and specific instructional and school-based intervention strategies, Titusville, Florida (2008, September 8).

***Let's Talk about Sex!  Instructional Strategies for Parents, Providers and Teachers Working with Individuals with ASD.***  This training provided information regarding research-based, "best practices" in the area of sexuality education for individuals with Autism Spectrum Disorders (ASD).  Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation, Melbourne, Florida (2010, August 25).

***ASD Teaching Methodologies - Dancing with the Strategies.*** This presentation provided educators with information about methodological selections for students with ASD.  DTT, PRT, and IT were reviewed in detail and demonstrations were provided.  Social skills and targeted social skills programming for school, community, and home environments were reviewed and specialized strategies for the purpose of providing appropriate social skills programming and instruction for a variety of students with disabilities were presented along with examples of intervention tools and techniques.  Best practices for the provision of evidence-based best practices by educators to address the following areas: reasonable and ethical interventions, identification and assessment needs, discrimination between skill acquisition deficits and performance deficits, selection of appropriate teaching methodologies, implementation of instruction and strategies, evaluation of instruction and strategies (data) & modifications to programming, Orlando, Florida (2010, August 3).

***Social Skills for Middle and High School Students with ASD Who What When Where Why?*** Training provided about social skills, video modeling, and the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, support personnel, and parents, Orlando, Florida (2010, August 2).

***ASD Overview for the Guardian Ad Litem Program.***  This training provided comprehensive information about PDD/ASD, diagnostics, and community-based agencies supporting individuals with ASD in Brevard County for the Guardian Ad Litem Program in Brevard County, Viera, Florida (2010, May 24).

***Video Modeling  & Video Self-Modeling Strategies for Ruby Van Meter - Des Moines, Iowa.***  This presentation provided an overview of *Video Modeling* strategies for use within a specialized school-based setting for teachers, paraprofessionals, district personnel,  and school-based staff of students with multiple disabling conditions.  Participants were provided with practical applications, resource materials, general information to support the development and use of video modeling techniques within their education classrooms, Des Moines, Iowa (2010, May 5).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Kissimmee, Florida (2010, April 27).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2010, April 20).

***ASD Overview for the Guardian Ad Litem Program.***  This training provided comprehensive information about PDD/ASD, diagnostics, and community-based agencies supporting individuals with ASD in Brevard County for the Guardian Ad Litem Program in Brevard County, Viera, Florida (2010, April 12).

***Let's Talk about Sex!  Instructional Strategies for Parents, Providers and Teachers Working with Individuals with ASD.***  This training provided information regarding research-based, "best practices" in the area of sexuality education for individuals with Autism Spectrum Disorders (ASD). Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation, Cocoa, Florida (2010, March 25).

***Social Skills Instruction for Students with ASD: Practical Strategies for Parents & Educators.***  Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, support personnel, and parents, Cocoa, Florida (2010, March 18).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2010, February 16).

***Let's Talk about Sex!  Instructional Strategies for Parents, Providers and Teachers Working with Individuals with ASD.*** This training provided information regarding research-based, "best practices" in the area of sexuality education for individuals with Autism Spectrum Disorders (ASD). Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation, Eustis, Florida (2009, November 7).

***Let's Talk about Sex!  Instructional Strategies for Parents, Providers and Teachers Working with Individuals with ASD.*** This training provided information regarding research-based, "best practices" in the area of sexuality education for individuals with Autism Spectrum Disorders (ASD). Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation, Kissimmee, Florida (2009, November 5).

***Let's Talk about Sex!  Instructional Strategies for Parents, Providers and Teachers Working with Individuals with ASD.*** This training provided information regarding research-based, "best practices" in the area of sexuality education for individuals with Autism Spectrum Disorders (ASD). Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation, Cocoa, Florida (2009, October 29).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2009, October 27).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2009, August 25).

***Understanding and Effectively Interacting with Individuals with Autism Spectrum Disorders (ASD) for the Florida Institute of Technology (FIT) Security Force***.  Training provided to campus security officers regarding the identification of autism and pervasive developmental disorders, and proactive intervention strategies for de-escalating problematic situations within the community, Melbourne, Florida (2009, July 17)

***Understanding and Effectively Interacting with Individuals with Autism Spectrum Disorders (ASD) for the Florida Institute of Technology (FIT) Security Force***.  Training provided to campus security officers regarding the identification of autism and pervasive developmental disorders, and proactive intervention strategies for de-escalating problematic situations within the community, Melbourne, Florida (2009, July 16).

***Let's Get Visual! Video Modeling Strategies for Students with ASD.*** this presentation provided an overview of *Video Modeling* strategies for use within school-based settings for teachers and school-based staff of students with ASD.  Participants were provided with practical applications, resource materials, general information to support the development and use of video modeling techniques within their general education classrooms, Orlando, Florida (2009, June 18).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2009, June 16).

***Developing & Enhancing Adult Social Skills (DEASS) – Part 5 -  Social Skills.***  Comprehensive instruction provided to individuals with autism spectrum disorders (ASD) along with information and strategies for the purpose of developing and enhancing their individual social skills in a variety of settings. Participants are provided with strategies for increasing and developing social skills related

to: self-determination, self advocacy, communication, and anxiety management in group setting; as well as specific information about acceptable social skills within their community, and the opportunity to practice these skills in a non-threatening atmosphere. The purpose of this training series is to provide an opportunity for adult individuals with ASD receive instruction and practice with specific social skills in an integrated and collegial manner, University of Central Florida, Cocoa Campus, Cocoa, Florida (2009, June 9).

***Understanding and Effectively Interacting with Individuals with Autism Spectrum Disorders (ASD).*** Training provided to parishioners of a church regarding the identification of autism and pervasive developmental disorders, and proactive intervention strategies for de-escalating problematic situations within the community, Rockledge, Florida (2009, May 27).

***Developing & Enhancing Adult Social Skills (DEASS) – Part 4 – Self Advocacy.***
Comprehensive instruction provided to individuals with autism spectrum disorders (ASD) along with information and strategies for the purpose of developing and enhancing their individual social skills in a variety of settings. Participants are provided with strategies for increasing and developing social skills related to: self-determination, self advocacy, communication, and anxiety management in group setting; as well as specific information about acceptable social skills within their community, and the opportunity to practice these skills in a non-threatening atmosphere. The purpose of this training series is to provide an opportunity for adult individuals with ASD receive instruction and practice with specific social skills in an integrated and collegial manner, University of Central Florida, Cocoa Campus, Cocoa, Florida (2009, May 12).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Punta Gorda, Florida (2009, April 30).

***Let's Talk about Sex! Instructional Strategies for Agency Professionals Supporting Individuals with Developmental Disorders & Autism Spectrum Disorders for Central Florida Communities.*** This training provided information regarding research-based, "best practices" in the area of sexuality education for people with Developmental Disabilities (DD) and Autism Spectrum Disorders (ASD). Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation, Winter Park, Florida (2009, April 24).

***Let's Talk about Sex! Instructional Strategies for Parents with Children with ASD.*** This training provided information regarding research-based, "best practices" in the area of sexuality education for people Autism Spectrum Disorders (ASD). Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation, Kissimmee, Florida (2009, April 23).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2009, April 21).

***Developing & Enhancing Adult Social Skills (DEASS) – Part 3 - Self Determination.***
Comprehensive instruction provided to individuals with autism spectrum disorders (ASD) along with

information and strategies for the purpose of developing and enhancing their individual social skills in a variety of settings. Participants are provided with strategies for increasing and developing social skills related to: self-determination, self advocacy, communication, and anxiety management in group setting; as well as specific information about acceptable social skills within their community, and the opportunity to practice these skills in a non-threatening atmosphere.  The purpose of this training series is to provide an opportunity for adult individuals with ASD receive instruction and practice with specific social skills in an integrated and collegial manner, University of Central Florida, Cocoa Campus, Cocoa, Florida (2009, April 14).

***Behavior Basics: Part 2 for the Space Coast Early Intervention Center.***  Training provided to parents, teachers, support personnel, therapists, and community-based providers for the Space Coast Early Intervention Center about sound behavioral approaches for use in the classroom and at home, Melbourne, Florida (2009, March 26).

***Let's Talk about Sex!  Instructional Strategies for Agency Professionals Supporting Individuals with Developmental Disorders for The Agency for Persons with Disabilities (APD).***  This training provided information regarding research-based, "best practices" in the area of sexuality education for people with Developmental Disabilities (DD) and Autism Spectrum Disorders (ASD). Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation, Orlando, Florida (2009, March 26).

***Behavior Basics: Part 1 for the Space Coast Early Intervention Center.***  Training provided to parents, teachers, support personnel, therapists, and community-based providers for the Space Coast Early Intervention Center about sound behavioral approaches for use in the classroom and at home, Melbourne, Florida (2009, March 12).

***Developing & Enhancing Adult Social Skills (DEASS) – Part 2 - Phone and Communication Skills.***  Comprehensive instruction provided to individuals with autism spectrum disorders (ASD) along with information and strategies for the purpose of developing and enhancing their individual social skills in a variety of settings. Participants are provided with strategies for increasing and developing social skills related to: self-determination, self advocacy, communication, and anxiety management in group setting; as well as specific information about acceptable social skills within their community, and the opportunity to practice these skills in a non-threatening atmosphere.  The purpose of this training series is to provide an opportunity for adult individuals with ASD receive instruction and practice with specific social skills in an integrated and collegial manner, University of Central Florida, Cocoa Campus, Cocoa, Florida (2009, March 10).

***Social Skills Instruction for Students with ASD: Practical Strategies for Parents & Educators for the Space Coast Early Intervention Center (SCEIC).***  Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, support personnel, and parents, Melbourne, Florida (2009, March 5).

***Community Based Services for Individuals with ASD for The Florida Institute of Technology – The Scott Center for Autism.***  Training provided regarding community- specific supports and entitlement programs for individuals with ASD, Melbourne, Florida (2009, February 25).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2009, February 17).

***Asperger's Syndrome: Bully-Proofing One Student At A Time.*** Training provided to Brevard County Public School Teachers and support staff regarding Asperger's Syndrome and strategies for working with students with ASD, Rockledge, Florida (2009, February 16).

***He Said WHAT?  Supporting Students with ASD in Brevard County.*** Training provided to guidance counselors and administrators for the Brevard County Public School Board regarding pervasive developmental disorders and specific instructional and school-based intervention strategies for students with ASD, Rockledge, Florida (2009, February 16).

***Developing & Enhancing Adult Social Skills (DEASS) – Part 1 - Disclosure.*** Comprehensive instruction provided to individuals with autism spectrum disorders (ASD) along with information and strategies for the purpose of developing and enhancing their individual social skills in a variety of settings. Participants are provided with strategies for increasing and developing social skills related to: self-determination, self advocacy, communication, and anxiety management in group setting; as well as specific information about acceptable social skills within their community, and the opportunity to practice these skills in a non-threatening atmosphere.  The purpose of this training series is to provide an opportunity for adult individuals with ASD receive instruction and practice with specific social skills in an integrated and collegial manner, University of Central Florida, Cocoa Campus, Cocoa, Florida (2009, February 10).

***Pervasive Developmental Disabilities Training for the Brevard Association of School Resource Officers (BASRO)*** autism and pervasive developmental disorders awareness training provided to school resource officers and law enforcement personnel in Brevard County for the Brevard Association of School Resource Officers (BASRO), Port St. John, Florida (2009, January 13).

***Understanding and Effectively Interacting with Individuals with Autism Spectrum Disorders (ASD) for the Volusia County Beach Patrol.*** Training provided to law enforcement officers regarding the identification of autism and pervasive developmental disorders, and proactive intervention strategies for de-escalating problematic situations within the community, Daytona Beach, Florida (2008, November 12).

***Understanding and Effectively Interacting with Individuals with Autism Spectrum Disorders (ASD) for the Volusia County Beach Patrol.*** Training provided to law enforcement officers regarding the identification of autism and pervasive developmental disorders, and proactive intervention strategies for de-escalating problematic situations within the community, Daytona Beach, Florida (2008, November 5).

***Understanding and Effectively Interacting with Individuals with Autism Spectrum Disorders (ASD) for the Volusia County Beach Patrol.*** Training provided to law enforcement officers regarding the identification of autism and pervasive developmental disorders, and proactive intervention strategies for de-escalating problematic situations within the community, Daytona Beach, Florida (2008, October 29).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2008, October 28).

***Understanding and Effectively Interacting with Individuals with Autism Spectrum Disorders (ASD) for the Volusia County Beach Patrol***.  Training provided to law enforcement officers regarding the identification of autism and pervasive developmental disorders, and proactive intervention strategies for de-escalating problematic situations within the community, Daytona Beach, Florida (2008, October 22).

***Autism Spectrum Disorders (ASD) Overview for the Early Learning Coalition of Brevard***.  In-service training provided to Part C providers, teachers, and community-based support personnel about ASD characteristics, instructional methodology selection, specific strategies, and behavioral intervention strategies for individuals with ASD, Rockledge, Florida (2008, October 14).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2008, September 23).

***Let's Talk about Sex!  Instructional Strategies for Professionals and Educators Supporting Individuals with Developmental Disorders for The Agency for Persons with Disabilities (APD).***  This training provided information regarding research-based, "best practices" in the area of sexuality education for people with Autism Spectrum Disorders (ASD). Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation, Orlando, Florida (2008, September 16).

***Successful Strategies for Teaching Adult Students with Disabilities.***  This presentation provided an overview of instructor interventions and instructional strategies for college professors working with students with a variety of disabilities.  Participants were provided with practical suggestions, intervention strategies, and general information to support the successful college-level instruction of students with disabilities; and with real-world examples and suggestions for managing difficult classroom situations and difficult behavior for instructors at Seminole Community College, Sanford, Florida (2008, September 4).

***Let's Get Visual! Video Modeling Strategies for Students with ASD, Brevard County Public Schools In-Service Day.***  This presentation provided an overview of *Video Modeling* strategies for use within school-based settings for teachers and school-based staff of students with ASD. Participants were provided with practical applications, resource materials, general information to support the development and use of video modeling techniques within their classrooms, Cape Canaveral, Florida (2008, August 14).

***Pervasive Developmental Disorders (PDD) Overview and Awareness Training for Sculptor Charter School***.  Training provided to an entire school (pre-K – 8) faculty regarding pervasive developmental disorders and specific instructional and school-based intervention strategies, Titusville, Florida (2008, August 13).

***First Responders: Understanding and Effectively Interacting with Individuals with Autism Spectrum Disorders for the Winter Springs Police Department.***  Comprehensive full-day training provided to the Winter Springs Police with specific information about how to safely engage individuals with autism spectrum disorders (ASD) within community-based settings.  Participants were provided with information and resources regarding recent scientific findings, helpful diagnostic information, practical strategies for intervention, and an opportunity to interact with individuals with ASD.  Targeted crisis intervention techniques were provided for use with individuals with ASD, as well as a detailed review of suggested techniques for use when responding to crisis situations involving individuals with ASD, Winter Springs, Florida (2008, August 12).

***First Responders: Understanding and Effectively Interacting with Individuals with Autism Spectrum Disorders for the Winter Springs Police Department.***  Comprehensive full-day training provided to the Winter Springs Police with specific information about how to safely engage individuals with autism spectrum disorders (ASD) within community-based settings.  Participants were provided with information and resources regarding recent scientific findings, helpful diagnostic information, practical strategies for intervention, and an opportunity to interact with individuals with ASD.  Targeted crisis intervention techniques were provided for use with individuals with ASD, as well as a detailed review of suggested techniques for use when responding to crisis situations involving individuals with ASD, Winter Springs, Florida (2008, June 20).

***Autism Awareness Training for the St. Cloud Police Department & School Resource Officers***.  Training provided to law enforcement officers regarding the identification of autism and pervasive developmental disorders, and proactive intervention strategies for de-escalating problematic situations within the community at the St. Cloud Police Department, St. Cloud, Florida (2008, June 11).

***Behavior Intervention Skills & Social Skills for Paraprofessionals***.  Training provided to paraprofessionals on staff at Horizon and Spruce Creek Elementary schools regarding pervasive developmental disorders and specific instructional and school-based intervention strategies, Port Orange, Florida (2008, April 9).

***Social Skills Instruction for Students with ASD: Practical Strategies for Parents & Educators for the Space Coast Early Intervention Center.***  Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, support personnel, and parents, Melbourne, Florida (2008, March 27).

***Let's Talk about Sex!  Instructional Strategies for Professionals and Educators Supporting Individuals with Developmental Disorders for the Agency for Persons with Disabilities (APD).***  This training provided information regarding research-based, "best practices" in the area of sexuality education for people with Autism Spectrum Disorders (ASD). Specific strategies and educational information were provided in the following areas: puberty, appropriate boundaries, personal hygiene and masturbation, Orlando, Florida (2008, March 26).

***Behavior Basics: Part 2 for the Space Coast Early Intervention Center.***  Training provided to parents, teachers, support personnel, therapists, and community-based providers for the Space Coast Early Intervention Center about sound behavioral approaches for use in the classroom and at home, Melbourne, Florida (2008, March 20).

***Behavior Basics: Part 1 for the Space Coast Early Intervention Center.***  Training provided to parents, teachers, support personnel, therapists, and community-based providers for the Space Coast Early Intervention Center about sound behavioral approaches for use in the classroom and at home, Melbourne, Florida (2008, March 13).

***Let's Get Visual! Video Modeling Strategies for Students with ASD, for the Toni Jennings Exceptional Education Institute.***  This presentation provided an overview of *Video Modeling* strategies for use within school-based settings for teachers and school-based staff of students with ASD.  Participants were provided with practical applications, resource materials, general information to support the development and use of video modeling techniques within their classrooms, Orlando, Florida (2008, March 12).

***Featured Speaker:  First Responders: Understanding and Effectively Interacting with Individuals with Autism Spectrum Disorders.***  Comprehensive full-day training provided to law enforcement personnel with specific information about how to safely engage individuals with autism spectrum disorders (ASD) within community-based settings.  Participants were provided with information and resources regarding recent scientific findings, helpful diagnostic information, practical strategies for intervention, and an opportunity to interact with individuals with ASD.  Targeted crisis intervention techniques were provided for use with individuals with ASD, as well as a detailed review of suggested techniques for use when responding to crisis situations involving individuals with ASD, Orlando, Florida (2008, February 29).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2008, February 26).

***Autism Awareness Training for the Eustis Police Department***.  Training provided to law enforcement officers regarding the identification of autism and pervasive developmental disorders, and proactive intervention strategies for de-escalating problematic situations within the community at the Eustis Police Department, Eustis, Florida (2008, February 7).

***Autism Awareness Training for the Eustis Police Department***.  Training provided to law enforcement officers regarding the identification of autism and pervasive developmental disorders, and proactive intervention strategies for de-escalating problematic situations within the community at the Eustis Police Department, Eustis, Florida (2008, February 5).

***Autism Overview and Awareness Training/ Faculty Autism Awareness Training***.  Training provided to paraprofessionals on staff at Horizon and Spruce Creek Elementary schools regarding pervasive developmental disorders and specific instructional and school-based intervention strategies, Port Orange, Florida (2008, January 23).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2007, November 13).

***Staying Out of Jail: Avoiding Law Enforcement Involvement for Students with ASD.***  Full day

in-service training provided to teachers, support staff, and families, Cocoa Beach, FL (2007, September 17).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2007, September 11).

***Practical Strategies for Educating Students with Autism Spectrum Disorders.*** Full day in-service training provided to teachers, behavior analysts, and support personnel in Brevard County, Viera, FL (2007, August 9).

***Practical Strategies for Educating Students with Autism Spectrum Disorders.*** Full day in-service training provided to teachers, behavior analysts, and support personnel in Brevard County, Viera, FL (2007, August 10).

***Autism & Mental Retardation Overview for Law Enforcement Personnel - for Crisis Intervention Team (CIT).*** Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2007, August 7).

***Autism Overview and Awareness Training/ Faculty Autism Awareness Training***. Training provided to an entire elementary school faculty regarding pervasive developmental disorders and specific instructional and school-based intervention strategies, Melbourne, Florida (2007, May 10).

***Behavior Basics: Part 2.*** Training provided to parents, teachers, support personnel, therapists, and community-based providers for the Space Coast Early Intervention Center about sound behavioral approaches for use in the classroom and at home, Melbourne, Florida (2007, May 10).

***Behavior Basics: Part 1.*** Training provided to parents, teachers, support personnel, therapists, and community-based providers for the Space Coast Early Intervention Center about sound behavioral approaches for use in the classroom and at home, Melbourne, Florida (2007, May 3).

***Potty Primer***. Training provided to parents, teachers, support personnel, and community based providers about specialized toilet training techniques for children with ASD and other developmental disabilities for the Space Coast Early Intervention Center, Melbourne, Florida (2007, April 26).

***Social Skills Instruction: Practical Strategies for Educators.*** Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, and support personnel provided to staff members of Palm Terrace Elementary school, Daytona Beach, Florida (2007, April 25).

***Law Enforcement Awareness Training for Crisis Intervention Team (CIT).*** Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2007, April 24).

***Potty Primer***. Training provided to parents, teachers, support personnel, and community based providers about specialized toilet training techniques for children with ASD and other

developmental disabilities for Edgewater Elementary School, Edgewater, Florida (2007, April 23).

***Pervasive Developmental Disorders (PDD) Overview for Space Coast Early Intervention Center.***  Overview and training provided to teachers, paraprofessionals, and parents for the Space Coast Early Intervention Center about pervasive developmental disorders, Melbourne, Florida (2007, April 19).

***Law Enforcement Awareness Training for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Kissimmee, Florida (2007, March 27).

***Pervasive Developmental Disorders (PDD) Overview for Foster Parent Support Group of Brevard.***  Overview and training provided to therapeutic foster parents for the Community Based Care of Brevard County covering pervasive developmental disorders, Palm Bay, Florida (2007, March 1).

***Pervasive Developmental Disorders (PDD) Overview for Pre-Service Educators.*** Instruction and training about pervasive developmental disorders and teaching strategies provided to undergraduate pre-service education students at the University of Central Florida, Orlando, Florida (2007, February 28).

***Law Enforcement Awareness Training for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2007, February 27).

***Best Practices for Educating Students with Autism Spectrum Disorders (ASD) in General Education Classrooms***  Full-day in-service training provided to regular education teachers over general PDD information, instructional methodology selection, specific strategies, and behavioral intervention strategies for students with ASD, Port St. John, Florida (2007, February 19).

***Pervasive Developmental Disorders (PDD) Overview for Pre-Service Educators.*** Instruction and training about pervasive developmental disorders and teaching strategies provided to undergraduate pre-service education students at the University of Central Florida, Orlando, Florida (2007, February 15).

***Social Skills Instruction: Practical Strategies for Educators.***  Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, and guidance personnel provided to staff members of the Atlantic Inclusive Academy private school, Merritt Island, Florida (2007, January 17).

***PDD Overview for Atlantic Inclusive Academy.***  Overview and training provided to staff members of the Atlantic Inclusive Academy private school covering pervasive developmental disorders, Merritt Island, Florida (2007, January 10).

***Autism & Asperger's Awareness Training for Law Enforcement Personnel in Palm Beach County.***  Autism and pervasive developmental disorders awareness training provided to school resource officers and law enforcement personnel representing Palm Beach County, Palm Beach,

Florida (2007, January 8).

***Social Skills Instruction: Practical Strategies for General Educators – Part 2.*** Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, paraeducators, and guidance personnel, Port St. John, Florida (2006, December 6).

***PDD Overview for Health Families of Brevard.*** Overview and training provided to direct care staff, foster parents, guardian-ad-lightem for Healthy Families of Brevard covering pervasive developmental disorders, Cocoa, Florida (2006, December 5).

***Social Skills Instruction: Practical Strategies for General Educators – Part 1.*** Training provided over the provision of specific social skills instruction and implementation strategies for general education teachers, special education teachers, paraeducators, and guidance personnel, Port St. John, Florida (2006, November 29).

***We Are All Different: Kids Autism Awareness Training***. Awareness training provided to a 5th grade elementary classroom and about pervasive developmental disorders, autism spectrum disorders and specific instructional strategies, Deltona, Florida (2006, November 3).

***PDD Overview South Brevard Ostomy Association of Brevard.*** Overview and training provided to 50 members of the South Brevard Ostomy Association of Brevard covering pervasive developmental disorders, Melbourne, Florida (2006, October 8).

***Sex in the City for the Princeton House Charter School.*** Training on health, hygiene, and issues of sexuality for individuals with autism spectrum disorders provided for parents, community members, and support staff, Orlando, Florida *(2006, October 3).*

***Sex in the City for Princeton House Charter School.*** Training on health, hygiene, and issues of sexuality for individuals with autism spectrum disorders provided for parents, teachers, paraprofessionals, and support staff, Orlando, Florida *(2006, October 3).*

***PDD Overview.*** Instruction and training about pervasive developmental disorders and teaching strategies provided to undergraduate pre-service education students at the University of Central Florida, Orlando, Florida (2006, September 27).

***Behavior Management for General Education Classrooms for Enterprise Elementary.*** Training provided to regular and special education teachers and paraprofessionals over the use of specific ABA principles and behavioral approaches for use in the classroom with students with ASD (2006, September 20).

***Structured Teaching: Schedules/Routines Methodologies for Enterprise Elementary.*** Training provided to regular and special education teachers and paraprofessionals over the use of schedules, structured teaching principles, division TEACCH, and visual supports for students with ASD (2006, September 13).

***Structured Teaching: Physical Structure & Visual Structure for***

***Enterprise Elementary.***  Training provided to regular and special education teachers and paraprofessionals over structured teaching principles, division TEACCH, and visual supports for students with ASD (2006, September 6).

***Pervasive Developmental Disorders (PDD) Overview for Enterprise Elementary School.***
Training provided to regular and special education teachers and paraprofessionals over pervasive developmental disorders, and ASD best practices (2006, August 23).

***PDD Overview for Gifted Teachers.***  Training provided to regular education - gifted teachers over pervasive developmental disorders, behavioral intervention strategies, recommended behavioral and curricular accommodations, and ASD best practices, Tamoka, Florida (2006, June 30).

***Home-Based Behavioral Intervention for Children with ASD.***   Parent training provided to parents of students in Monroe County School district, Marathon, Florida (2006, April 18).

***Autism 101***.  Training provided to an entire day care staff regarding pervasive developmental disorders and specific instructional and school-based intervention strategies, Daytona Beach, Florida (2005, November 23).

***Potty Primer***.  Training provided to parents and teachers of children with autism spectrum disorders, Cocoa, Florida (2005, November 10).

***Faculty Autism Awareness Training***.  Training provided to an entire elementary school faculty regarding pervasive developmental disorders and specific instructional and school-based intervention strategies, Palm Bay, Florida (2005, August 2).

***Discrete Trial Training***.  Instructional training for teachers, speech pathologists, and behavior analysts on the methodology, practical applications, and date collection of discrete trials for students with autism spectrum disorders, Melbourne, Florida (2005, July 19).

***Faculty Autism Awareness Training***.  Training provided to an entire elementary school faculty regarding pervasive developmental disorders and specific instructional and school-based intervention strategies, Melbourne, Florida (2005, April 19).

***Autism 101***.  Training provided to an entire elementary school faculty regarding pervasive developmental disorders and specific instructional and school-based intervention strategies, Deland, Florida (2005, April 11).

***Kids Autism Awareness*** and ***ASD Awareness Training***.  Awareness training provided to four elementary classrooms and an additional training provided to teachers about pervasive developmental disorders, autism spectrum disorders and specific instructional strategies, Malabar, Florida (2005, March 22).

***Sex in the City***.  Training on health, hygiene, and issues of sexuality for individuals with autism spectrum disorders provided for parents, teachers, and support staff, Orlando, Florida (2005, March 10).

***Structured Teaching***.  Instruction provided to pre- and in-service teachers in the Project ASD master's program at the University of Central Florida regarding instructional practices, Division TEACCH, and the six components of structured teaching, Orlando, Florida (2005, March 9).

***Autism and the Law***.  Instruction provided to pre- and in-service teachers in the Project ASD master's program at the University of Central Florida regarding instructional practices, changes in special education legislation, NCLB legislation, and Florida state guidelines and criteria for program placement for students with pervasive developmental disorders, Orlando, Florida (2005, February 23).

***Potty Primer***.  Training provided to parents and teachers of children with autism spectrum disorders, Viera, Florida (2005, February 9).
***Kids Autism Awareness***.  Awareness training provided to an entire elementary classroom and their teacher about pervasive developmental disorders, Titusville, Florida (2005, January 18).

***Behavior Basics: Increasing Behaviors.***  Training provided to parents, teachers, and therapists at the Space Coast Early Intervention Center on behavioral approaches for use in the classroom and at home, Melbourne, Florida (2004, March 24).

***Sex in the City***.  Training on health, hygiene, and issues of sexuality for individuals with autism spectrum disorders provided for parents, teachers, and staff at the Princeton Charter School, Orlando, Florida (2003, November 19).

***Overview of Autism Spectrum Disorders: Autism and Asperger's Syndrome***.  Training provided to 25 teachers and staff at Sculptor Charter School, Titusville, Florida (2003, November 19).

***Autism 101***.  Training provided to 35 pre-service, regular education students at the University of Central Florida on autism spectrum disorders and specific instructional strategies, Orlando, Florida (2003, November 12).

***Law Enforcement Awareness Training for School Resource Officers***.  Half-day training provided to 35 school resource officers on strategies for working with students with autism spectrum disorders, Deland, Florida (2003, August 6).

***Structured Teaching & Autism 101***.  Training provided to pre-service, master's level education students at the University of Central Florida on autism spectrum disorders and specific instructional strategies, Orlando, Florida (2003, July 15).

***Autism Overview.***  Instruction and training in pervasive developmental disorders and teaching strategies provided to undergraduate pre-service education students at the University of Central Florida, Orlando, Florida (2003, April 3).

***Law Enforcement Awareness Training for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2003, February 18).

***Autism Overview and Structured Teaching***.  Training provided to graduate, pre-service education students at the University of Central Florida, Orlando, Florida (2002, November 25).

***Autism Awareness for the Public Defender's Office***.  Awareness training provided to three districts of public defenders (lawyers) about pervasive developmental disorders and mental retardation, Orlando, Florida (2002, November 20).

***Autism 101***.  Awareness training provided to administrative and direct care staff at the Easter Seals Sheltered Workshop on pervasive developmental disorders, Palm Bay, Florida (2002 October 2).

***Kids Autism Awareness***.  Awareness training provided to Boy Scouts and their Troop Leaders about pervasive developmental disorders, Satellite Beach, Florida (2002, September 9).

***Cohesive Team Building***.  Training provided to 50 special education teachers and paraprofessionals in Osceola County, Kissimmee, Florida (2002 August, 21).

***EMR 6365 Teaching Students with Mental Disabilities***.  Graduate course.  University of Central Florida, Orlando, Florida.  Co-taught.  Summer 2002.

***Law Enforcement Awareness Training for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2002, June 25).

***Asperger's Awareness Training***.  Awareness training about Asperger's Disorder provided to regular education, pre-service teachers at a private school in Brevard County, Sebastian, Florida (2002, April 1).

***Transition Behavior***.  Training provided to parents over specific strategies and interventions for children with pervasive developmental disorders, Melbourne, Florida (2002, March 16).

***Building Cohesive Teams***.  Training provided to teachers, paraprofessionals, and district staff in Osceola County, Kissimmee, Florida (2002 March 15).

***Law Enforcement Awareness Training for Sheriff's Deputies.***  Awareness training provided to 55 Sheriff's deputies about pervasive developmental disorders and mental retardation, Merritt Island, Florida (2002, January 7).

***Law Enforcement Awareness Training for Sheriff's Deputies.***  Awareness training provided to Sheriff's deputies about pervasive developmental disorders and mental retardation, Merritt Island, Florida (2002, January 6).

***Law Enforcement Awareness Training for Sheriff's Deputies.***  Awareness training provided to Sheriff's deputies about pervasive developmental disorders and mental retardation, Merritt Island, Florida (2002, January 5).

***Law Enforcement Awareness Training for Sheriff's Deputies.***  Awareness training provided to

Sheriff's deputies about pervasive developmental disorders and mental retardation, Merritt Island, Florida (2002, January 4).

***Law Enforcement Awareness Training.***  Awareness training provided to law enforcement officers about pervasive developmental disorders and mental retardation, Titusville, Florida (2001, December 10).

***Law Enforcement Awareness Training.***  Awareness training provided to law enforcement officers about pervasive developmental disorders and mental retardation, Titusville, Florida (2001, November 5).

***Law Enforcement Awareness Training for Emergency Responders.***  Awareness training provided to law enforcement officers, paramedics, and firefighters about pervasive developmental disorders and mental retardation, Titusville, Florida (2001, November 2).

***Law Enforcement Awareness Training for Emergency Responders.***  Awareness training provided to law enforcement officers, paramedics, and firefighters about pervasive developmental disorders and mental retardation, Titusville, Florida (2001, October 30).

***Self-Determination for Individuals with Autism***.  Training provided for teachers and paraprofessionals in Orange County public schools, Orlando, Florida (2001, August 8).

***Law Enforcement Awareness Training for Crisis Intervention Team (CIT).***  Awareness training provided to various law enforcement and corrections officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2001, July 10).

***Autism 101***.  Autism awareness training provided to undergraduate students at Florida Southern College, Orlando, Florida (2001, June 13).

***Autism Awareness for the Public Defender's Office***.  Awareness training provided to two districts of public defenders (lawyers) about pervasive developmental disorders and mental retardation, Orlando, Florida (2001, June 5).

***Law Enforcement Awareness Training for Crisis Intervention Team (CIT).***  Awareness training provided to law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2001, May 23).

***Law Enforcement Awareness Training – Orlando Police Department.***  Awareness training provided to law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2001, May 17).

***Law Enforcement Awareness Training – Orlando Police Department.***  Awareness training provided to law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2001, May 10).

***What is CARD?***  Awareness training presented to the Brevard County Interagency Council, Viera, Florida (2001, April 23).

***Behavior Management, Discrete Trial Training, and Data Collection.*** Presented to teachers and paraprofessionals in Seminole County, Lake Mary Florida. Co-Presenter (2001, April 12).

***Law Enforcement Awareness Training for Crisis Intervention Team (CIT).*** Awareness training provided to law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2001, March 27).

***Social Skills Training: The Tough Kid Tool Kit***. Training provided to Orange County teachers and behavioral support staff, Orlando, Florida (2001, March 21).

***What is CARD?*** and ***IEP Preparation*** Awareness training presented to the Parent to Parent of North Brevard organization, Titusville, Florida (2001, March 20).

***Autism 101***. Training presented to teachers, paraprofessionals, and district staff in Lake County, Tavares, Florida (2001, February 21).

***Structured Teaching***. Full day training provided to Brevard County teachers, paraprofessionals and district staff, Melbourne, Florida (2001, February 19).

***Law Enforcement Awareness Training for Crisis Intervention Team (CIT).*** Awareness training provided to law enforcement officers about pervasive developmental disorders and mental retardation, Orlando, Florida (2001, January 30).

***Autism 101***. Training presented to teachers, paraprofessionals, district staff, and parents in Brevard County, Viera, Florida (2000, October 10).

***Autism 101*** and ***Kids Autism 101***. Training provided for direct care staff at a day care center, Titusville, Florida (2000, October 10).

***Autism 101 for Kids***. Training provided to 325 2nd and 4th grade students and school staff at Enterprise Elementary School in Brevard County, Cocoa, Florida (2000, October 2).

***The Grand Tour of the Spectrum***. Full day training for 40 educators. Brevard County Public Schools, Viera, Florida. Co-Presenter (2000, September 18).

***Autism 101***. Training provided to the entire school staff and administration at Golfview Elementary School in Brevard County, Cocoa, Florida (2000, September 13).

***Circle of Friends***. Facilitated a *Circle of Friends* awareness training for typical students in a 1st grade class, including special and regular education teachers and support staff, Sanford, Florida (2000, August 24).

***Autism 101***. Training provided to the entire staff at Lockmar Elementary School, Palm Bay, Florida (2000, August 3).

**Autism, Strategies, and Data**. Half-day training for 30 paraprofessionals. Brevard County Public

Schools, Viera, Florida.  Co-Presenter (2000, August 1).

***What is CARD?*** and ***What is Autism?***  Training provided for direct care staff, administrators, and volunteers at the Brevard Achievement Center, Rockledge, Florida (2000, June 14).

***Autism Summer Institute***.  Full-day training for teachers.  Seminole County Public Schools, Longwood, Florida.  Co-Presenter (2000, June 12-14).

***Stages of Learning***.  Training provided to teachers at the Cherokee School, Orlando, Florida.  Co-Presenter (2000, March1).

***Structured Teaching***.  Presentation made to Orange County Public School Teachers.  Orange County Public Schools, Orlando, Florida (2000, February 22).

***Structured Teaching***.  Presentation made to parents, professionals and therapists, Melbourne, Florida (2000, February 9).