

PALM BEACH COUNTY
**SHERIFF'S OFFICE**

# DEPARTMENT OF CORRECTIONS - INCIDENT REPORT

☐ MDC ☐ WDC ☐ CSS ☐ IMD ☐ SSD ☐ CCS

Incident Type: Assault    Corrections Case #: CIR-23-04-0257    PBSO Case #:

| I/M Name: | Role: | Jacket #: | R/Sex: | Housing Unit: |
|---|---|---|---|---|
| Hulten, Blaine | Victim | 0533111 | W/M | South 8C |
| Coley, Ricardo | Suspect | 0488412 | B/M | South 8C |
| | | | | |

Location of Incident (cell, bldg., area, etc.): South 8C

Date of Incident: 04/30/2023    Day of Incident: Sunday    Time of Incident: 2022 Hours

Reporting Staff Member (Witness/Victim) Name: (Printed)

Last: Bernstein    First: Alissa    MI:    ID#: 40264

**INCIDENT** (Explain in detail; what transpired, list staff & inmate witnesses, etc.):

While at the Officer's Station, Inmate Hulten, Blaine #0533111 approached me and stated, "Coley smacked me across the face." Inmate Hulten was referring to Inmate Coley, Ricardo #0488412. I observed a red mark on Inmate Hulten's face. I called a Signal 36 (fight) using my hand held radio. I ordered Inmate Coley to place his hands

☒ Continued on back......

Sworn To and Subscribed Before Me, This:
30th Day of April Year 2023
Deputy Sheriff ☑ Notary Public ☐ FSS 117.10
Signature: [signature] 20410

I Swear/Affirm the Above and/or Attached Statements are Correct and True.
Signature: [signature] 40264

**MEDICAL** (Required for injury/illness, all Use of Control incidents):

☐ Medical assessment not applicable

☒ Medical assessment form attached

RECEIVED
MAY 01 2023
LAVETRA THOMAS

**SUPERVISOR'S COMMENTS** (Action taken, notifications to IA, Crime Scene, etc.):

Inmate Coley was rehoused to South 4A pending a Disciplinary Report for 1-6, Battery of any person other than a staff member. Inmate Hulten remains housed in South 8C. Both inmates were medically assessed and cleared by Nurse Edman. Classification Deputy

☒ Continued on back......

Name (print): Sergeant Faller    ID # 20410    Signature: [signature] 20410    Date: 04/30/2023

**SHIFT COMMANDER'S REVIEW:**

| SUPPLEMENT DOCUMENTS: | DISPOSITION PENDING: | DISTRIBUTION: |
|---|---|---|
| ☐ Blue Team Report | ☐ No Further Action | ☒ Records Custodian/original |
| ☒ Disciplinary Report | ☒ Disciplinary Investigation/hearing | ☒ Classification |
| ☐ Mental Health Referral | ☐ IA Investigation | ☐ Legal Advisor's Office |
| ☐ Major Case Report | ☒ Jail Investigation | ☐ Internal Affairs |
| ☒ Other: Photographs | ☐ Other: | ☐ Corr. Crime Analyst |
| | | ☒ Other: Monthly |

Name (print): Lieutenant Cribbs    ID # 6767    Signature: [signature]    Date: 04/30/2023

CONFIDENTIAL

**INCIDENT continued:**

behind his back and he complied. I placed handcuffs on Inmate Coley's wrists, checked for proper fit and double locked them. I escorted Inmate Coley to South 8 East Recreation Yard. The following staff responded: Lieutenant Cribbs and Lee; Sergeants Cooper, Williams, Karwoski and Faller; Deputies Turner, Pless, Hunter, Tozzi, Townsend, Blanchard, Bingham, Green and Julien along with Nurses Edman and Muteweta. Deputy Hunter ordered Inmate Hulten to place his hands behind his back and he complied. Deputy Hunter placed handcuffs on Inmate Hulten's wrists, checked for proper fit and double locked them. Deputy Hunter escorted Inmate Hulten to South 8 West Recreation Yard. I questioned both inmates about the incident. Inmate Hulten stated, "It was because I told you about the signal that was called last night." Inmate Coley stated, "Snitches get stitches!" Classification Deputy Ferraro was notified and keep separates were placed in the IMACS system. Deputy Hunter packed, searched and scanned Inmate Coley and his property utilizing his hand held metal detector. No contraband was found. Nurse Karlene Edman medically assessed and cleared both inmates. Deputies Tozzi and Hunter escorted Inmate Coley to South 8A for rehousing. Inmate Coley is pending a Disciplinary Report for rule violation 1-6 (Battery on any person other than staff). Inmate Hulten was escorted back into South 8C where he remains housed. Deputy Tozzi took photos and generated a photo report for both inmates.

*Initials/ID #:* AB #40264 AB

**SUPERVISOR'S COMMENTS continued:**

Ferraro was notified. Keep Separates From was placed in IMACS. Photographs were taken by Deputy Tozzi.

*Initials/ID #:* TF #20410 TF #20410

**SHIFT COMMANDER'S REVIEW continued:**

*Initials/ID #:* [signature]

CONFIDENTIAL



PALM BEACH COUNTY
SHERIFF'S OFFICE

# Department of Corrections
## Inmate Disciplinary Report

◉ Main Detention Center ○ West Detention Center

Shift: ○ A – 0001-0800 ○ B – 0800-1600 ◉ C – 1600-2400

Date: Apr 30, 2023 Post: South 8C

Inmate Name: Coley, Ricardo D.O.B.: 04-22-2005

Race: Black Sex: ◉ Male ○ Female Housing: South 8C Jacket # 0488412

Incident Date: Apr 30, 2023 Time: 2022 Hours Location: South 8C

Violation #: 1-6 Rule: (Battery on any person other than staff)

## STATEMENT OF FACTS

PART I

Inmate Hulten, Blaine #0533111 approached me and stated, "Coley smacked me across the face." Inmate Hulten was referring to Inmate Coley, Ricardo #0488412. I observed a red mark on Inmate Hulten's face.

Reporting Staff's Name: Deputy Bernstein I.D.#: 40264

Date: Apr 30, 2023 Time: 2045 Hrs Signature: D/S Bernstein

## DELIVERY OF CHARGES

PART II I have delivered a copy of the charges to the inmate. I have also served the notice that a disciplinary hearing will be held within five (5) days, excluding weekends and holidays.

Investigating Officer: D/S Tozzi I.D.#: 2474 Date: 4/30/23 Time: 2148

## WAIVER OF 24 HOURS NOTICE

PART III. I understand that I have the right to 24 hours prior to the disciplinary hearing to prepare my defense. I hereby waive my right to this 24 hours and request immediate disposal of this incident.

Inmate's Signature: R. Coley Date: 4/30/23 Time: 2150

## REPORT OF INVESTIGATION

PART IV

Inmate Coley stated "I was scared he was going to pop off on me. He have a lot of people backing him."

This is a minor infraction and may be resolved informally ○ Yes ◉ No

Investigating Officer: D/S Tozzi I.D.# 2474 Date: 4/30/23 Time: 2152

PBSO CF #0024 CG REV 10/11 *(upd. 12/2017)*

CONFIDENTIAL

PALM BEACH COUNTY
**SHERIFF'S OFFICE**
RIC L. BRADSHAW, SHERIFF



# PICTURE REPORT

**Inmate Name :** Coley, Ricardo **Date of Birth:** 4/22/2005

**Inmate Jacket #:** 0488412 **Race/Gender:** B/M **Housing Unit:** South 8C

**Date of Incident:** 4/30/2023 **Day of Incident:** ○ M ○ T ○ W ○ TH ○ F ○ S ◉ SU **Time Picture Taken:** 2030

**Taken by: Staff Member's Name:** Deputy Tozzi **ID #** 24718




SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS
PHOTOGRAPH RECORD

DATE: 4/30/2023 TIME PHOTO TAKEN: 2030

INMATE'S INFORMATION:

NAME: Coley, Ricardo

DOB: 4/22/2005 JACKET NUMBER: 0488412

RACE: Black SEX: Male

INCIDENT INFORMATION:

CORRECTIONS CASE #: CIR 23-04-0257

DATE OF INCIDENT: 4/30/2023

TIME OF INCIDENT: 2022

STAFF MEMBER'S INFORMATION:

PHOTOGRAPHED BY: Deputy Tozzi ID # 24718

CONFIDENTIAL

PALM BEACH COUNTY
**SHERIFF'S OFFICE**
RIC L. BRADSHAW, SHERIFF



# PICTURE REPORT

**Inmate Name :** Hulten, Blaine **Date of Birth:** 11/9/2000

**Inmate Jacket #:** 0533111 **Race/Gender:** W/M **Housing Unit:** South 8C

**Date of Incident:** 4/30/2023 **Day of Incident:** ○ M ○ T ○ W ○ TH ○ F ○ S ◉ SU **Time Picture Taken:** 2035

**Taken by: Staff Member's Name:** Deputy Tozzi **ID #** 24718



| Description | Description | Description |
| --- | --- | --- |
| Photo Log | Front Facial | Left Facial |

SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS
PHOTOGRAPH RECORD

DATE: 4/30/2023 TIME PHOTO TAKEN: 2035

INMATE'S INFORMATION:

NAME: Hulten, Blaine

DOB: 11/9/2000 JACKET NUMBER: 0533111

RACE: White SEX: Male

INCIDENT INFORMATION:

CORRECTIONS CASE #: CIR 23-04-0257

DATE OF INCIDENT: 4/30/2023

TIME OF INCIDENT: 2022

STAFF MEMBER'S INFORMATION:

PHOTOGRAPHED BY: Deputy Tozzi ID # 24718

| Description | Description | Description |
| --- | --- | --- |
| Right Facial | Hands | Left Ear |

CONFIDENTIAL

# Medical Attachment to Incident Report
## Department of Corrections

Date of Incident: 4/30/2023

Time of Incident: 2022

Location of Incident: S8C

| PATIENT NAME | JACKET NUMBER | ASSESSED AND TREATED BY MEDICAL AS NECESSARY |
|---|---|---|
| 1. Blaine Hulten | 0533111 | ☑ |
| 2. Ricardo Coley | 0488412 | ☑ |
| 3. | | ☐ |

☐ Off Site Incident

CONFIDENTIAL

[signature]
Nurse Signature

RN/CN
Title

KARLENE EDMAN
Print Name

4/30/2023
Date

2045
Time

50 2023 CF 005396 AMB

#04884412

☐ Marsy's Law CVI FL. Const. Art.1 § 16(b)

☐ Check if Supplement is Attached

# ARREST / NOTICE TO APPEAR
## Juvenile Referral Report

1. Arrest 2. N.T.A. 3. Request for Warrant 4. Request for Capias: 1

Juvenile: N

**ADMINISTRATIVE**

OBTS Number:

Agency ORI Number: FL0 5 0 0 0 0 0

Agency Name: PALM BEACH COUNTY SHERIFF'S OFFICE

Agency Report Number (N.T.A.'s only): 06 - 23 - 064349 ( )

Charge Type: Check as many as apply. ☒ 1. Felony ☐ 2. Traffic Felony ☒ 3. Misdemeanor ☐ 4. Traffic Misdemeanor ☐ 5. Ordinance ☐ 6. Other

If Weapon Seized Enter Type:

Multiple Clearance Indicator: 2

Location of Arrest (including Name of Business): 3228 Gun Club Road West Palm Beach, Fl

Location of Offense (Business Name, Address): 3228 Gun Club Road West Palm Beach, FL 33406

Date of Arrest: 05/08/2023 | Time of Arrest: 14:45 | Booking Date: | Booking Time: | Jail Date: | Jail Time: | Location of Vehicle:

**DEFENDANT**

Name (Last, First, Middle): Coley Ricardo Armando

Alias (Name, DOB, Soc. Sec. #, Etc.):

Race (W - White, B - Black, I - American Indian, O - Oriental/Asian): B | Sex: M | Date of Birth: 04/22/2005 | Height: 5"10 | Weight: 150 | Eye Color: Brown | Hair Color: Black | Complexion: Dark | Build: Medium

Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description): Tattos on face, neck, and arms

Marital Status: Single | Religion: None | Indication of: Alcohol Influence / Drug Influence Y ☐ N ☐ Unk ☒

Local Address (Street, Apt. Number): 8887 Thumbwood Circle D | (City): Boynton Beach | (State): Florida | (Zip): 33436 | Phone: (561) 880-1354

Residence Type: 1. City 2. County 3. Florida 4. Out of State: 2

Permanent Address (Street, Apt. Number): | (City): | (State): | (Zip): | Phone: ( )

Address Source: IMACS

Business Address (Name, Street): | (City): | (State): | (Zip): | Phone: ( )

Occupation: UNK

D/L Number, State: C400-736-05-142-0 FL - Florida | Soc. Sec. Number: [redacted] | INS Number: | Place of Birth (City, State): West Palm Beach, FL | Citizenship: USA

**CO-DEF**

Co-Defendant (Last, First, Middle): None | Race: | Sex: | Date of Birth: | ☐ 1. Arrested ☐ 2. At Large | ☐ 3. Felony ☐ 4. Misdemeanor ☐ 5. Juvenile

Co-Defendant (Last, First, Middle): | Race: | Sex: | Date of Birth: | ☐ 1. Arrested ☐ 2. At Large | ☐ 6. Felony ☐ 7. Misdemeanor ☐ 8. Juvenile

**JUVENILE**

☐ Parent ☐ Legal Custodian ☐ Other: Name (Last) (First) (Middle) | Residence Phone ( )

Address (Street, Apt. Number) (City) (State) (Zip) | Business Phone ( )

Notified by: (Name) | Date | Time | Juvenile Disposition: 1. Handled/Processed within Dept. and Released. 2. TOT HRS/DYS 3. Incarcerated

Released To: (Name) | Relationship | Date | Time

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone (561) 355-6511) informed of any change of address. ☐ Yes, by: (Name) ☐ No (Reason) | School Attended | Grade

Property Crime? ☐ Yes ☐ No | Description of Property | Value of Property

**CODE**

Drug Activity: N. N/A, P. Possess, S. Sell, B. Buy, T. Traffic, R. Smuggle, D. Deliver, E. Use, K. Dispense/Distribute, M. Manufacture/Produce/Cultivate, Z. Other

Drug Type: N. N/A, A. Amphetamine, B. Barbiturate, C. Cocaine, E. Heroin, H. Hallucinogen, M. Marijuana, O. Opium/Deriv., P. Paraphernalia/Equipment, S. Synthetic, U. Unknown, Z. Other

**CHARGE**

Charge Description: Battery in a Detention Facility | Counts: 1 | Domestic Violence: ☐ Y ☒ N | Statute Violation Number: 784.082(3) | Violation of ORD #:

Drug Activity: N/A | Drug Type: N/A | Amount / Unit: | Offense #: 23 064349 | Warrant / Capias Number: | Bond: 3000

**CHARGE**

Charge Description: | Counts: | Domestic Violence: ☐ Y ☐ N | Statute Violation Number: | Violation of ORD #:

Drug Activity: | Drug Type: | Amount / Unit: | Offense #: 23 064349 | Warrant / Capias Number: | Bond:

**CHARGE**

Charge Description: | Counts: | Domestic Violence: ☐ Y ☐ N | Statute Violation Number: | Violation of ORD #:

Drug Activity: | Drug Type: | Amount / Unit: | Offense #: 23 064349 | Warrant / Capias Number: | Bond:

**CHARGE**

Charge Description: | Counts: | Domestic Violence: ☐ Y ☐ N | Statute Violation Number: | Violation of ORD #:

Drug Activity: | Drug Type: | Amount / Unit: | Offense #: 23 064349 | Warrant / Capias Number: | Bond:

**NOTICE TO APPEAR**

FILED PBC - GUN CLUB
'23 MAY 9 AM8:03

Court Date and Time: Month | Day | Year | Time | A.M. ☐ P.M. ☐

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant (or Juvenile and Parent/Custodian) | Date Signed

**ADMIN**

HOLD for other agency | Signature of Arresting Officer: X Deborah Botella #20339 | Name Verification (Printed by Arrestee) (PRINT)

☐ Dangerous ☐ Suicidal ☐ Resisted Arrest ☐ Other: | Name of Arresting Officer (Print): Det. D. Botella | I.D. #: 20339

Intake Deputy | I.D. # | Pouch # | Transporting Officer: In-custody | I.D. # | Agency: PBSO | Witness here if subject signed with an "X"

PAGE 1 OF 3



NOT A CERTIFIED COPY

**PROBABLE CAUSE AFFIDAVIT**

OBTS Number | 1 Arrest 2 NTA 3 Request for Warrant 4 Request for Capias: 1 | Juvenile: N

ADMIN

Agency ORI Number: FL0 5 0 0 0 0 0 0 | Agency Name: PALM BEACH COUNTY SHERIFF'S OFFICE | Agency Report Number: 23 - 064349

Charge Type (Check as many as apply): [X] 1 Felony [ ] 2 Traffic Felony [X] 3 Misdemeanor [ ] 4 Traffic Misdemeanor [ ] 5 Ordinance [ ] 6 Other | Special Notes:

DEF

Name (Last, First, Middle): Coley Ricardo | Alias: Armando | Race: B | Sex: M | Date of Birth: 04/22/2005

CHARGES

Charge Description: Battery in a Detention Facility 784.082(3) | Charge Description:

Charge Description: | Charge Description:

VICTIM

Victim's Name (Last, First, Middle): Hulten Blaine | Race: W | Sex: M | Date of Birth: 11/09/2000

Local Address (Street, Apt Number): 1400 Parkland Blvd | (City): Fort Pierce | (State): Florida | (Zip): 34982 | Phone: (561) 283-5743 | Address Source: IMACS

Business Address (Name, Street) | (City) | (State) | (Zip) | Phone: ( ) | Occupation: UNK

The undersigned certifies and swears that I have just and reasonable grounds to believe, and do believe that the above named Defendant committed the listed violation(s) of law.

The Person taken into custody:

[ ] committed the below acts in my presence.

[ ] confessed to ________ admitting to the below facts.

[ ] was observed by ________ who told that he/she saw the arrested person commit the below acts.

[X] was found to have committed the below acts, resulting from my (described) investigation.

On the 30th day of April 20 23 at 20:22 [ ] A.M [X] P.M (Specifically include facts constituting cause for arrest.)

[ ] Marsy's Law CVI FL. Const. Art.1 § 16(b)

PROBABLE CAUSE STATEMENT

On May 4, 2023, I (Detective Botella #20339) conducted a follow-up investigation regarding an inmate-on-inmate battery on April 30, 2023, in the [REDACTED] housing unit at the Palm Beach Sheriff's Office Main Detention Center. As Corrections Deputy Sheriff A. Bernstein was working in her assigned dorm of [REDACTED] she was informed of an altercation involving inmates Ricardo Coley and Blaine Hulten. As a result of the incident, Deputy Bernstein provided a sworn written statement supporting the facts in her incident report. Below is a brief synopsis.

As Deputy Bernstein was at the Officer's station, she was approached by Inmate Blaine Hulten # 0533111, who stated, "Coley smacked me across the face." (referring to Inmate Ricardo Coley #0488412. Deputy Bernstein, at this time, observed a red mark on Inmate Hulten's face and initiated a signal 36 (Fight) for additional assistance. Once responding staff were on the scene, Deputy Bernstein questioned Inmate Hulten about the incident. Inmate Hulten stated, "It was because I told you about the signal that was called last night" Deputy Bernstein then questioned Inmate Coley, who said, "Snitches get stitches!"

On May 4, 2023, I interviewed Inmate Ricardo Coley (suspect) post-Miranda. I read Inmate Coley his Miranda Warnings from a pre-printed PBSO rights card. Upon completing the Miranda Warnings, I asked Inmate Coley if he understood his rights, and he replied, "Yes." I asked Inmate Coley if I could ask him some questions, and he replied, "Yes." I asked Inmate Coley where he was assigned on April 30, 2023, and he replied, [REDACTED] As I continued to ask Inmate Coley questions regarding the battery on Inmate Hulten, he continued to relay that he did not know about any incident.

NOT A CERTIFIED COPY

ADMINISTRATIVE

STATE OF FLORIDA
COUNTY OF PALM BEACH

Deborah Botella #20339
(Signature of Arresting /Investigative Officer)

The foregoing instrument was sworn to or affirmed and subscribed before me this 8th day of May 20 23 by Det. D. Botella 20339

(Print name of Arresting/Investigative Officer), who is personally known to me and/or produced identification. Type of identification produced: PBSO ID

Det. D. Dimola #4347 Philip DiMola
Notary Public, Clerk of Court, Officer (F.S.S. 117.10)

PAGE 2 OF 3

DISTRIBUTION WHITE — Court Copy GREEN — State Attorney YELLOW — Agency PINK — Agency

PBSO #0564 REV. 04/22

OBTS Number

PROBABLE CAUSE AFFIDAVIT

1 Arrest 2 NTA 3 Request for Warrant 4 Request for Capias: 1 Juvenile: N

ADMIN

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| FL0500000 | PALM BEACH COUNTY SHERIFF'S OFFICE | 23 - 064349 |

Charge Type (Check as many as apply): [X] 1 Felony [ ] 2 Traffic Felony [ ] 3 Misdemeanor [ ] 4 Traffic Misdemeanor [ ] 5 Ordinance [ ] 6 Other

Special Notes:

DEF

| Name (Last, First, Middle) | | Alias | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| Coley | Ricardo | | Armando | B | M | 04/22/2005 |

CHARGES

| Charge Description | Charge Description |
|---|---|
| Battery in a Detention Facility 784.082(3) | |
| Charge Description | Charge Description |
| | |

VICTIM

| Victim's Name (Last, First, Middle) | | Race | Sex | Date of Birth |
|---|---|---|---|---|
| Hulten | Blaine | W | M | 11/09/2000 |

| Local Address (Street, Apt Number) | (City) | (State) | (Zip) | Phone | Address Source |
|---|---|---|---|---|---|
| 1400 Parkland Blvd | Fort Pierce | Florida | 34982 | (561) 283-5743 | IMACS |
| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone ( ) | Occupation: UNK |

The undersigned certifies and swears that I have just and reasonable grounds to believe, and do believe that the above named Defendant committed the listed violation(s) of law.
The Person taken into custody:

[ ] committed the below acts in my presence.
[ ] confessed to ____ admitting to the below facts.
[ ] was observed by ____ who told ____ that he/she saw the arrested person commit the below acts.
[X] was found to have committed the below acts, resulting from my (described) investigation.

On the 30th day of April 20 23 at 20:22 [ ] A.M [X] P.M (Specifically include facts constituting cause for arrest.)

PROBABLE CAUSE STATEMENT

[ ] Marsy's Law CVI
FL Const. Art.1 § 16(b)

During my interview with Inmate Hulten (victim), he relayed that another individual (Michael Brunner #0230659) was sitting beside him, watching television, and witnessed the incident. Based on Inmate Hulten's statement, I spoke with Inmate Brunner who acknowledged his presence in the television room as well as witnessing Inmate Coley slapping Inmate Hulten.

Based on the above, probable cause exists to charge Inmate Ricardo Coley in violation of F.S 784.082 (3), Battery in a county jail or Detention Facility. Inmate Hulten positively identified Inmate Coley (suspect) as his attacker from the Correctional photo report. Inmate Hulten relayed that (Inmate Coley) intentionally struck him while watching a program. Inmate Hulten also relayed that Inmate Coley commented on hitting him, stating, "Snitches get stitches!" As a result of Inmate Hulten being struck on the left side of his face, he injured his left ear, causing him to lose hearing in his left ear. Inmate Ricardo Coley will be charged for the abovementioned charge and remain in the custody of the Palm Beach Sheriff's Office Main Detention Center on unrelated charges.

NOT A CERTIFIED COPY

ADMINISTRATIVE

STATE OF FLORIDA
COUNTY OF PALM BEACH

Deborah Botella #20339
(Signature of Arresting/Investigative Officer)

The foregoing instrument was sworn to or affirmed and subscribed before me this 8th day of May 20 23 by Det. D. Botella 20339

(Print name of Arresting/Investigative Officer), who is personally known to me and/or produced identification. Type of identification produced: PBSO ID

Det. D. Dimola #4347 Philip DiMola
Notary Public, Clerk of Court, Officer (F.S.§ 117.10)

PAGE 3 OF 3

DISTRIBUTION WHITE — Court Copy GREEN — State Attorney YELLOW — Agency PINK — Agency

PBSO #0004 REV. 04/22




## Palm Beach County Sheriff's Office – Arrests Only

| Section | X | Florida State Statute | Description | Page Number(s) |
|---|---|---|---|---|
| L/E Exemptions | ☐ | 119.071(2)(d) | Surveillance techniques, procedures and personnel; inventory of law enforcement resources, policies or plans pertaining to mobilization deployment or tactical operations. | |
| | ☐ | 943.053, 943.0525 | NCIC/FCIC/FBI and in-state FDLE/DOC. | |
| | ☐ | 119.071(4)(c) | Undercover personnel. | |
| | ☐ | 119.071(2)(f) | Confidential informants (CIs). | |
| | ☐ | 119.071(2)(e) | Confession. | |
| Public Info. Exemptions | ☐ | 985.04(1) | Juvenile offender records. | |
| | ☐ | 119.071(h)(i) | Assets of a crime victim. | |
| | ☐ | 395.3025(7)(a), 456.057(7)(a) | Medical information. | |
| | ☐ | 394.4615(7) | Mental health information. | |
| | ☐ | 119.071(4)(d)(2)(a) | Home address, telephone, Social Security number, date of birth, or photos of active/former LE personnel, spouses, and children. | |
| Florida Rules of Judicial Administration 2.420 (Rule of 23) | ☒ | (iii) 119.0714(1)(i)-(j), (2)(a)-(e) | Social Security, bank account, charge, debit, and credit card numbers. | 2 |
| | ☐ | (viii) 394.4615(7) | Clinical records under the Baker Act. | |
| | ☐ | (xii) 741.30(3)(b) | The victim's address in a domestic violence action on petitioner's request. | |
| | ☐ | (xiii) 119.071(2)(h), 119.0714(1)(h) | Protected information regarding victims of child abuse or sexual offenses. | |
| | ☐ | | | |
| | ☐ | | | |
| | ☐ | | | |
| | ☐ | | | |
| | ☐ | | | |
| Other | ☒ | 119.071(3)(A),119.071(3)(B)(1-3C) | Other: Security- dorm or cell location. | 3 |
| | ☐ | | Other: | |

**REVIEW COMPLETED BY**

| Booking Number: 2023012000 | Date: 5/9/2023 |
|---|---|
| | Specialist Name/ID: R.Castro/40259 |

NOT A CERTIFIED COPY

**FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA**
**PLEA IN THE CIRCUIT COURT**
THE FOLLOWING IS TO REFLECT ALL TERMS OF THE NEGOTIATED SETTLEMENT

Name: Last: Coley Jr. First: Ricardo M.I.: A

Plea: Guilty X Guilty/Best Interest _____ Nolo Contendere _____

| Case No. | Charge | Count | Lesser | Degree |
|---|---|---|---|---|
| 23CF003951AMB | Battery in a county jail or detention facility | 1 | NO | F3 |
| 23CF006033AMB | introduce contraband (county detention facility) | 1 | NO | F3 |
| | | | | |
| | | | | |

State to Nolle Prosse the following at sentencing: 23CF002037AMB

**PSI:** Waived/Not Required X Required/Requested ____
**ADJUDICATION:** Adjudicate [X] as to Count(s) all Withhold [ ] as to Count(s) ________
If the Defendant is convicted of possession, sale, trafficking or conspiracy to possess, sell or traffic in any controlled substance, Grand Theft of a motor vehicle, Grand Theft of motor vehicle parts, fleeing or eluding, driving under the influence, vehicular homicide, leaving the scene of an accident involving a death, or any felony in the commission of which a motor vehicle was used, the Defendant's driver's license shall be revoked by the Department of Highway Safety and Motor Vehicles for ________ year(s) pursuant to Court Order. The Clerk is directed to make the proper notifications.

**SENTENCE:**
$ STD Fine $ STD Court Costs $ 200 Cost of Prosecution $ ____ Public Defender Fees/Costs
Incarceration: ______ Days 22.90 Months ______ Years with credit for 237 days time served.
Defendant agrees that 237 (days)/months/years is the correct amount of credit and waives any affirmative right to appeal any other credit the Defendant believes he/she may be entitled to.

X Defendant will provide two (2) samples of DNA in Court

**PROBATION:** ________ Months / Years - Drug Offender if checked [ ]
ALL CONDITIONS OF PROBATION MUST BE SUCCESSFULLY COMPLETED NO LESS THAN 30 DAYS BEFORE PROBATION IS SCHEDULED TO TERMINATE UNLESS STATED BELOW. STANDARD CONDITIONS OF PROBATION HAVE BEEN EXPLAINED BY DEFENSE COUNSEL.
SPECIAL CONDITIONS OF PROBATION:

A. Restitution as per the accompanying order. [ ] (check if ordered)
B. Fine: $______ Court Costs: $________ Drug Trust Fund: $______ Cost of Prosecution: $______ Public Defender Fees/Costs: $______
C. Substance abuse evaluation and successful completion of any recommended treatment (check if ordered) (enroll within 30 days) If in custody, release only to ________.
D. No possession or consumption of alcohol or drugs without a valid prescription with random testing at Defendant's expense [ ] (check if ordered)
E. _____ hours of Community Service at a rate of no less than _____ hours per month.
F. Incarceration: ______ Days ______ Months ______ Year, with credit for ____ days time served.
G. Defendant will provide two (2) samples of DNA in Court

FILED
Circuit Criminal Department
NOV 02 2023
JOSEPH ABRUZZO
Clerk of the Circuit Court & Comptroller
Palm Beach County

**OTHER COMMENTS OR CONDITIONS:**
all items in evidence forfeited.

[signature]
CIRCUIT JUDGE DATE 11/2/23

KMB [signature] [signature] R. Coley
ASSISTANT STATE ATTORNEY DEFENSE ATTORNEY DEFENDANT

11/2/23 11-2-23 11-2-23
DATE DATE DATE

NOT A CERTIFIED COPY